NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ATTORNEY(S) FOR: Topalsson GmbH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Topalsson GmbH

Plaintiff(s),

v.

Bayerische Motoren Werke AG et al.

Defendant(s)

CASE NUMBER:

2:23-cv-01823

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Topalsson GmbH
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Topalsson GmbH | Plaintiff |
| Venturica UG | Company holding at least 10% of Topalsson GmbH shares |
| Bayerische Motoren Werke AG ("BMW AG") | Defendant |
| Rolls-Royce Motor Cars Limited | Defendant |
| Rolls-Royce Motor Cars NA, LLC | Defendant |
| O'Gara Coach Company, LLC | Defendant |
| Rusnak/Pasadena Corporation | Defendant |
| indiGO European Motorcars, LLC | Defendant |
| Orange County British Motorcars, LLC | Defendant |
| Westlake Coach Company, LLC | Defendant |

March 10, 2023
Date

/s/ Ben M. Davidson
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Topalsson GmbH