DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone:  (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice pending*)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice pending*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topalsson GmbH,<br><br>    Plaintiff,<br><br>  vs.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars Limited;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and Westlake Coach Company, LLC;<br><br>    Defendants. | Case No.: 2:23-cv-01823<br><br>**RULE 7.1 STATEMENT OF PLAINTIFF TOPALSSON GmbH** |

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Topalsson GmbH (Topalsson) respectfully submits the following business and entity disclosure statement:

Venturica UG holds at least 10% of the shares of Topalsson GmbH.

Date: March 10, 2023                    Respectfully Submitted,

By: */s/ Ben M. Davidson*

DAVIDSON LAW GROUP, ALC
Ben M. Davidson (State Bar No. 181464)
ben@dlgla.com
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (310) 473-2300
Fax: (310) 473-2941


ERISE IP, P.A.
Eric A. Buresh (*pro hac vice pending*)
Lydia C. Raw (*pro hac vice pending*)

***Attorneys for Plaintiff Topalsson GmbH***