DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Topalsson GmbH | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 23-1823-GW-PVCx |
| v. | |
| Bayerische Motoren Werke AG, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Buresh, Eric A.
*Applicant's Name (Last Name, First Name & Middle Initial)*
913-777-5600          913-777-5601
*Telephone Number*    *Fax Number*
eric.buresh@eriseip.com
*E-Mail Address*

of Erise IP, PA
7015 College Boulevard, Suite 700
Overland Park, KS 66211
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Topalsson GmbH

*Name(s) of Party(ies) Represent*      ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Davidson, Ben M.
*Designee's Name (Last Name, First Name & Middle Initial)*
181464            310-473-2300        310-473-2941
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*

of Davidson Law Group
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: March 14, 2023

*[signature: George H. Wu]*

HON. GEORGE H. WU, U.S. District Judge

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1