ERISE IP, P.A.
Eric A. Buresh (admitted *pro hac vice*)
eric.buresh@eriseip.com
Lycia C. Raw (admitted *pro hac vice*)
lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Plaintiff Topalsson GmbH

Jonathan M. Smith (Bar No. 292285)
jonathansmith@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for the Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Topalsson GmbH,**<br><br>               **Plaintiff,**<br><br>     v.<br><br>**Bayerische Motoren Werke AG;**<br>**Rolls-Royce Motor Cars Limited;**<br>**Rolls-Royce Motor Cars NA, LLC;**<br>**O'Gara Coach Company, LLC;**<br>**Rusnak/Pasadena Corporation;**<br>**indiGO European Motorcars, LLC;**<br>**Orange County British Motorcars;** | **Case No. 5:22-cv-00142-JWH-PVC**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS OTHER THAN BAYERISCHE MOTOREN WERKE AG TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**<br><br>**Complaint served:**<br><br>Bayerische Motoren Werke AG   Not served yet<br>Rolls-Royce Motor Cars Limited   Not served yet<br>Rolls-Royce Motor Cars NA, LLC   March 16, 2023<br>O Gara Coach Company, LLC   March 15, 2023<br>Rusnak Pasadena Corporation   March 10, 2023 |

| | | |
|---|---|---|
| 1 | **and Westlake Coach Company, LLC,** | indiGO European Motorcars, LLC    March 17, 2023 |
| 2 | | Orange County British Motorcars, LLC    March 20, 2023 |
| 3 | **Defendants.** | Westlake Coach Company, LLC    March 15, 2023 |
| 4 | | **Current response date:** |
| 5 | | Bayerische Motoren Werke AG    None |
|   | | Rolls-Royce Motor Cars Limited    None |
| 6 | | Rolls-Royce Motor Cars NA, LLC    April 6, 2023 |
|   | | O Gara Coach Company, LLC    April 5, 2023 |
| 7 | | Rusnak Pasadena Corporation    March 31, 2023 |
|   | | indiGO European Motorcars, LLC    April 7, 2023 |
| 8 | | Orange County British Motorcars, LLC    April 10, 2023 |
| 9 | | Westlake Coach Company, LLC    April 5, 2023 |
| 10 | | **New response date:** |
| 11 | | Bayerische Motoren Werke AG    None |
|   | | Rolls-Royce Motor Cars Limited    May 26, 2023 |
| 12 | | Rolls-Royce Motor Cars NA, LLC    May 26, 2023 |
|   | | O Gara Coach Company, LLC    May 26, 2023 |
| 13 | | Rusnak Pasadena Corporation    May 26, 2023 |
|   | | indiGO European Motorcars, LLC    May 26, 2023 |
| 14 | | Orange County British Motorcars, LLC    May 26, 2023 |
| 15 | | Westlake Coach Company, LLC    May 26, 2023 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**PURSUANT TO LOCAL RULE 8-3, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective undersigned counsel, subject to the Court's approval, that the time for the defendants other than Bayerische Motoren Werke AG to respond to the initial Complaint be extended to May 26, 2023. This stipulation is based on the following facts:

1. Plaintiff Topalsson GmbH filed the Complaint on March 10, 2023. The Complaint alleges copyright infringement claims against all defendants and a trade secret misappropriation claim against Defendant Rolls-Royce Motorcars Limited ("Rolls-Royce UK"), with regard to certain software for configuring Rolls-Royce vehicles.

2. The Complaint was served on four of the Rolls-Royce dealer defendants (Rusnak/Pasadena Corp., O'Gara Coach Company, LLC, indiGO European Motorcars, LLC, Orange County British Motorcars, LLC and Westlake Coach Company, LLC) between March 10-20, 2023; and on Defendant Rolls-Royce Motorcars NA, LLC ("Rolls-Royce North America") on March 16, 2023. As of the time of this Stipulation, the Complaint has also not yet been served on Defendant Rolls-Royce UK or Defendant Bayerische Motoren Werke AG ("BMW AG").

3. Defendants' counsel declined to waive service on either Rolls-Royce UK or BMW AG, requiring both to be served under the provisions of the Hague Service Convention.

4. Plaintiff's counsel expects service on Rolls-Royce UK to be completed soon, and most likely this week. However, there are limited options for service of BMW AG under the Hague Service Convention. After the request for service is sent to the appropriate German authorities, Plaintiff has no control over when the request is actually served. It is sometimes estimated that service can take between two and four months, but there are no guarantees, and it could be much longer.

5. The earliest current deadline for any of the defendants to respond to the initial Complaint is April 5, 2023.

1

6. Defendants' counsel was recently retained for this case, is coordinating the defense of all eight of the defendants, and expects to file one or more dispositive motions in response to the initial Complaint on behalf of all the defendants. (Defendants' counsel is only appearing on behalf of Rolls-Royce UK and BMW AG for purposes of moving to dismiss for lack of jurisdiction and/or venue, and counsel's appearance should not be construed to indicate any jurisdictional reach over Rolls-Royce UK or BMW AG, which Defendants specifically deny.) At the time of this stipulation, Defendants' counsel has not provided Plaintiff's counsel the basis for the above-referenced motions.

7. Defendants requested an extension of time to respond. Plaintiff's counsel indicated it is willing to stipulate to a reasonable extension so that all of the defendants, other than BMW AG, can provide responses based on the same schedule and provide time for Defendants' counsel to coordinate with each defendant. However, Plaintiff again notes it has no control over when the German authorities will complete service and cannot delay the case indefinitely based on service on BMW AG.

8. The parties therefore agree that, subject to the Court's approval, the time for the defendants other than BMW AG to respond to the initial Complaint shall be extended to May 26, 2023.

Respectfully submitted,

DATED: March 29, 2023           ERISE IP

By: /s/ Eric Buresh
    Eric Buresh
    Attorney for Plaintiff
    Topalsson GmbH

2

| | | |
|---|---|---|
| 1 | DATED: March 29, 2023 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Jonathan McNeal Smith* |
| 4 | | Jonathan M. Smith |
| 5 | | Attorney for the Defendants |

### ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: March 29, 2023         */s/ Jonathan McNeal Smith*
                              Jonathan McNeal Smith