1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Topalsson GmbH,<br><br>                Plaintiff,<br><br>v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars, and<br>Westlake Coach Company, LLC,<br><br>                Defendants. | Case No. 2:23-CV-01823-GW-PVC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS OTHER THAN BAYERISCHE MOTOREN WERKE AG TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)** |

| | |
|---|---|
| 1 | Having considered the parties' Stipulation to Extend Time for Defendants Other Than Bayerische Motoren Werke AG to Respond to Initial Complaint (L.R. 8-3), and good cause appearing, IT IS HEREBY ORDERED: |
| 2 | |
| 3 | |
| 4 | 1. The time for the defendants other than Bayerische Motoren Werke AG to respond to the initial complaint is extended to May 26, 2023. |
| 5 | |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | Dated: March ____, 2023     _____ |
| 10 | George H. Wu |
| | UNITED STATES DISTRICT JUDGE |