Jonathan McNeal Smith (State Bar No. 292285)
JonathanSmith@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for the Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Topalsson GmbH,

Plaintiff,

vs.

Bayerische Motoren Werke AG; Rolls-Royce Motor Cars Limited; Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC;

Defendants.

Case No.: 2:23-CV-01823-GW-PVC

**NOTICE OF INTERESTED PARTIES (L.R. 7.1-1 & Fed. R. Civ. P. 7.1)**

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the Defendants hereby submit their Notice of Interested Parties / Disclosure Statement. The undersigned, counsel of record for Defendants Bayerische Motoren Werke AG ("BMW AG"), Rolls-Royce Motor Cars Limited, Rolls-Royce Motor Cars NA, LLC, O'Gara Coach Company, LLC, Rusnak Pasadena Corporation, indiGO European Motorcars, LLC, Orange County British Motorcars, LLC, and Westlake Coach Company, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| **Name of Party** | **Connection / Interest** |
|---|---|
| Bayerische Motoren Werke AG ("BMW AG") | Defendant; publicly traded company in Germany with no corporate parent; no publicly held company owns 10% or more of its stock |
| Rolls-Royce Motor Cars Limited | Defendant; wholly-owned subsidiary of BMW (UK) Holdings Ltd., which in turn is a wholly-owned subsidiary of BMW Holding B.V., which in turn is a wholly-owned subsidiary of BMW Intec Beteiligungs GmbH, which in turn is a wholly-owned subsidiary of BMW AG; no publicly held company owns 10% or more of its stock |
| BMW (UK) Holdings Ltd. | Owns Defendant Rolls-Royce Cars Limited as a wholly-owned subsidiary |
| BMW Holding B.V. | Owns BMW (UK) Holdings Ltd. as a wholly-owned subsidiary |
| BMW Intec Beteiligungs GmbH | Owns BMW Holding B.V. as a wholly-owned subsidiary |
| Rolls-Royce Motor Cars NA, LLC | Defendant; wholly-owned subsidiary of BMW (US) Holding Corp., which in turn is a wholly-owned subsidiary of BMW AG; no publicly held company owns 10% or more of its stock |
| BMW (US) Holding Corp. | Owns Defendant Rolls-Royce Motor Cars NA, LLC as a wholly-owned subsidiary |

| | |
|---|---|
| O'Gara Coach Company, LLC | Defendant; dba Rolls-Royce Motor Cars Beverly Hills; wholly-owned subsidiary of O'Gara Motors, LLC; no publicly held company owns 10% or more of its stock |
| O'Gara Motors, LLC | Owns O'Gara Coach Company, LLC dba Rolls-Royce Motor Cars Beverly Hills and Westlake Coach Company, LLC dba Rolls-Royce Motor Cars Westlake |
| Rusnak/Pasadena Corporation | Defendant; no publicly held company owns 10% or more of its stock |
| Paul Rusnak | Beneficial Owner of Rusnak/Pasadena Corp. |
| indiGO European Motorcars, LLC | Defendant; wholly-owned subsidiary of indiGO Auto Group California, LLC; no publicly held company owns 10% or more of its stock |
| indiGO Auto Group California, LLC | Owns 100% of Defendant indiGO European Motorcars, LLC |
| indiGO Auto Group Holdings, LLC | Owns 100% of indiGO Auto Group California, LLC |
| Pon Luxury Cars North America, Inc. | Owns 100% of indiGO Auto Group Holdings, LLC |
| Pon North America, Inc. | Owns 100% of Pon Luxury Cars North America, Inc. |
| Orange County British Motorcars, LLC | Defendant; wholly-owned subsidiary of Shelly Automotive, LLC; no publicly held company owns 10% or more of its stock |
| Shelly Automotive, LLC | Owns 100% of Orange County British Motorcars LLC |
| D. Shelly Group, Inc. | Owns 100% of Shelly Automotive, LLC |
| Westlake Coach Company, LLC | Defendant; dba Rolls-Royce Motor Cars Westlake; wholly-owned subsidiary of O'Gara Motors, LLC; no publicly held company owns 10% or more of its stock |
| Topalsson GmbH | Plaintiff |

Respectfully submitted,

DATED: March 29, 2023

JONES DAY

By: */s/ Jonathan McNeal Smith*
Jonathan McNeal Smith

Attorneys for the Defendants