UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>              Plaintiff,<br><br>v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars, and<br>Westlake Coach Company, LLC,<br><br>              Defendants. | Case No. CV 23-1823-GW-PVCx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS OTHER THAN BAYERISCHE MOTOREN WERKE AG TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)** |

Having considered the parties' Stipulation to Extend Time for Defendants Other Than Bayerische Motoren Werke AG to Respond to Initial Complaint (L.R. 8-3), and good cause appearing, IT IS HEREBY ORDERED:

1. The time for the defendants other than Bayerische Motoren Werke AG to respond to the initial complaint is extended to May 26, 2023.

**IT IS SO ORDERED.**

Dated: March 30, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE