Name and address:

Jonathan M. Smith (Bar No. 292285)
JonathanSmith@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2452

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topalsson GmbH<br><br>Plaintiff(s),<br><br>v.<br><br>Bayerische Motoren Werke AG; Rolls-Royce Motor Cars Limited, Rolls-Royce Motor Cars NA, LLC, et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:23-CV-01823-GW-PVC<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Froemming, John G.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                    check here if federal government attorney ☐

Jones Day
*Firm/Agency Name*

51 Louisiana Ave., N.W.                          (202) 879-3939                 (202) 626-1700
*Street Address*                                      *Telephone Number*              *Fax Number*

Washington, D.C. 20001-2113                   jfroemming@jonesday.com
*City, State, Zip Code*                              *E-mail Address*

**I have been retained to represent the following parties:**

Bayerische Motoren Werke AG, et al.     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☒ *Other:*  All defendants

                                                          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Virginia Supreme Court | 10/9/1985 | Yes |
| Pennsylvania Supreme Court | 6/12/1986 | No (inactive, <u>not</u> disciplinary) |
| DC Court of Appeals | 1/15/1988 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  5-4-23

John G. Froemming
Applicant's Name (please type or print)

*/s/ John G. Froemming*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Smith, Jonathan M.

*Designee's Name (Last Name, First Name & Middle Initial)*

Jones Day

*Firm/Agency Name*

555 South Flower Street

*Street Address*

Los Angeles, CA  90071-2452

*City, State, Zip Code*

(213) 489-3939

*Telephone Number*

(213) 243-2539

*Fax Number*

JonathanSmith@jonesday.com

*Email Address*

292285

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated MAY 4, 2023

Jonathan M. Smith

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| | | |
|---|---|---|
| US District Court - Eastern District of Virginia | Admitted 2/10/1989 | Yes |
| US District Court - District of Columbia | Admitted 11/4/1991 | Yes |
| US District Court of Maryland | Admitted 11/6/1995 | Yes |
| US District Court - District of Colorado | Admitted 1/14/2002 | No - administrative removal because did not renew biennial fee—status is not disciplinary |
| US Court of Appeals 9th Circuit | Admitted 1/5/2007 | Yes |
| US Court of Appeals 5th Circuit | Admitted 11/4/2011 | Yes |
| US Court of Appeals 4th Circuit | Admitted 9/17/2014 | Yes |
| US Court of Appeals 7th Circuit | Admitted 6/13/2019 | Yes |

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JOHN GILBERT FROEMMING** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. FROEMMING** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 2, 1985**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued April 28, 2023

DaVida M. Davis
**Director of Regulatory Compliance**

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### John Gilbert Froemming

was admitted to practice as an attorney and counsellor at the bar of this Court on October 9, 1985.

I further certify that so far as the records of this office are concerned, John Gilbert Froemming is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 28th day of April
A.D. 2023

By: _____
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# John G Froemming

was duly qualified and admitted on January 15, 1988 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2023.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu – Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.