Name and address:
Jonathan M. Smith (Bar No. 292285)
JonathanSmith@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA  90071-2452

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topalsson GmbH<br><br>Plaintiff(s)<br>v.<br>Bayerische Motoren Werke AG; Rolls-Royce Motor Cars Limited; Rolls-Royce Motor Cars NA, LLC, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:23-CV-01823-GW-PVC<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Froemming, John G.       of    Jones Day
*Applicant's Name (Last Name, First Name & Middle Initial)*   51 Louisiana Ave., N.W.
(202) 879-3939       (202) 626-1700          Washington, D.C. 20001-2113
*Telephone Number*    *Fax Number*
jfroemming@jonesday.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bayerische Motoren Werke AG; Rolls-Royce Motor Cars Limited; Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars, LLC; and Westlake Coach Company, LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Smith, Jonathan M.       of    Jones Day
*Designee's Name (Last Name, First Name & Middle Initial)*   555 South Flower Street, 50th Floor
292285       (213) 489-3939       (213) 243-2539    Los Angeles, CA  90071-2452
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
JonathanSmith@jonesday.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

                                          U.S. District Judge/U.S. Magistrate Judge