

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Creation of the Calendar | ) ) ) ) ) ) ) ) | ORDER OF THE CHIEF JUDGE |
|---|---|---|
| of | | **23-058** |
| Judge WESLEY L. HSU | | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Wesley L. Hsu,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge George H. Wu to the calendar of Judge Wesley L. Hsu:

| 2:22-cv-05227-GW-MAAx | Peter J. Reed v. C. Muhammed et al |
|---|---|
| 2:22-cv-07817-GW-MAAx | Navigators Management Company et al v. Ever-Leading International Inc. et al |
| 2:22-cv-08514-GW-Ex | Neda Torabzadeh v. Merrick B. Garland et al |
| 2:22-cv-08839-GW-MARx | Esther Bonhevi v. United States of America |
| 2:22-cv-09321-GW-JPRx | United States of America v. Kenneth J. Ellis et al |
| 2:22-cv-09340-GW-PVC | Andrew J. Maduk v. Headquartered at CVS Pharmacy, Inc. et al |
| 2:23-cv-00749-GW-PDx | General Insurance Company of America v. Nahai Insurance Services, Inc. |
| 2:23-cv-00785-GW-BFMx | Security National Insurance Company v. Evanston Insurance Company |
| 2:23-cv-00794-GW-AGRx | Rhonda Baylor v. Honda Motor Co., Ltd. et al |
| 2:23-cv-01270-GW-JPRx | Kevin Sovalbarro et al v. Pacific Western Logistics, LLC et al |
| 2:23-cv-01823-GW-PVCx | Topalsson GmbH v. Bayerische Motoren Werke AG et al |
| 2:23-cv-02757-GW-Ex | Xiaoying Li v. Jaddou Ur Mendoza et al |

In the Matter of the
Creation of Calendar for
District Judge Wesley L. Hsu                                                                                              2

| | |
|---|---|
| 2:23-cv-03030-GW-KSx | Rogelio Navarro v. Ford Motor Company et al |
| 5:23-cv-00490-GW-SPx | Yongsu Lu v. United States Citizenship and Immigration Services et al |

On all documents subsequently filed in the case, please substitute the Judge initials WLH after the case number in place of the initials of the prior Judge.

DATED: May 19, 2023

_____
Chief Judge Philip S. Gutierrez