Jonathan McNeal Smith (State Bar No. 292285)
Email: JonathanSmith@jonesday.com
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

John Froemming (admitted pro hac vice)
Email: JFroemming@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20007
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars Limited;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>　　　　　　Defendants. | **Case No.  2:23-CV-01823-WLH-PVCx**<br><br>**SPECIALLY APPEARING DEFENDANTS ROLLS-ROYCE MOTOR CARS LIMITED'S AND BAYERISCHE MOTOREN WERKE AG'S, AND THE OTHER DEFENDANTS' NOTICE OF MOTION TO DISMISS ON FORUM NON CONVENIENS GROUNDS, AND FOR LACK OF PERSONAL JURISDICTION**<br><br>*[Memorandum of Points And Authorities and Supporting Declarations Filed Concurrently Herewith]*<br><br>Date:　　　　June 22, 2023<br>Time:　　　　9:00 a.m.<br>Courtroom: 9B<br>Judge:　　　 Hon. Wesley L. Hsu |

## NOTICE OF MOTION AND MOTION

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 22, 2023, at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 9B of the United States District Courthouse located at 350 West 1st Street, Los Angeles, CA 90012, specially appearing Defendants Bayerische Motoren Werke AG ("BMW AG") and Rolls-Royce Motor Cars Limited ("RRMCL"), and the remaining Defendants (collectively, "the Defendants") will and hereby do move the Court for an order dismissing Plaintiff's Complaint in its entirety under forum non conveniens, and under Federal Rule of Civil Procedure 12(b)(2) for want of personal jurisdiction over specially appearing Defendants BMW AG and RRMCL.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Dr. Timo Poser, Jan-Hendrik Hoffmann, Emma Butcher, Bill McHugh, Keith Kassan, Brian Beatt, Christopher Hough, Roger See, and any oral argument as may be presented at the hearing, all other papers, records and pleadings on file in this action, and on such additional evidence and argument as the Court may allow prior to and during the hearing on this motion.

Dated: May 24, 2023

Respectfully submitted,

JONES DAY

By:  */s/ Jonathan McNeal Smith*
John Froemming
Jonathan McNeal Smith

Attorneys for the Defendants