Jonathan McNeal Smith (State Bar No. 292285)
Email: JonathanSmith@jonesday.com
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

John Froemming (admitted pro hac vice)
Email: JFroemming@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20007
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars Limited;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>　　　　　Defendants. | **Case No. 2:23-CV-01823-WLH-PVCx**<br><br>**DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS ON FORUM NON CONVENIENS GROUNDS AND FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:　　　　June 22, 2023<br>Time:　　　　9:00 a.m.<br>Courtroom:　9B<br>Judge:　　　 Hon. Wesley L. Hsu |

I, Dr. Timo Poser, hereby declare:

1. I am the Chief Financial Officer of Rolls-Royce Motor Cars Limited, located at the Drive, Westhampnett, Chichester, PO18 0SH, United Kingdom and with a registered office at Summit One, Summit Avenue, Farnborough, Hampshire GU14 0FB. I make this declaration in support of specially appearing defendant Rolls-Royce Motor Cars, Limited's ("RRMCL's) motion to dismiss on *forum non conveniens* grounds and for lack of personal jurisdiction. I know the facts stated herein to be true based on my personal knowledge. If called to testify as a witness, I could and would testify competently thereto.

**RRMCL Is Not At Home In California Or The United States**

2. RRMCL is a UK private limited company that is registered in England and has its principal place of business in Westhampnett, Chichester, England.

3. RRMCL designs and manufactures luxury motor cars in England.

4. RRMCL does not conduct business operations in California or the United States, much less on a continuous or systematic basis.

5. RRMCL does not do business in California or, for that matter, the United States. RRMCL:

    a. is not incorporated or licensed to do business in California or anywhere in the United States;

    b. has no office, agents, employees, or property in California or the United States;

    c. does not have an agent for service of process in California or the United States;

    d. does not design or manufacture products in California or the United States;

- 2 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN
SUPPORT OF SPECIALLY APPEARING
DEFENDANT ROLLS-ROYCE MOTOR
CARS LIMITED'S MOTION TO DISMISS

e. does not maintain a sales force or distribute its vehicles to dealers or customers in California or the United States. Instead, for the US market, Rolls-Royce Motor Cars GmbH ("RR GMBH"), an indirect affiliate in Germany of RRMCL, distributes Rolls-Royce automobiles to another indirect affiliate of RRMCL, Rolls-Royce Motor Cars NA, LLC ("RRNA") in New Jersey. RRNA purchases Rolls-Royce automobiles from RR GMBH. RRNA exclusively imports and distributes Rolls-Royce automobiles in the United States;

f. does not pay taxes in California;

g. did not create, and does not control or employ, the distribution system that brought its products to California;

h. does not directly own any shares of RRNA; and

i. is an indirect subsidiary of BMW AG, as is RRNA, but is separated from RRNA because RRMCL and RRNA are held by separate holding companies.  RRMCL is a wholly owned subsidiary of BMW (UK) Holdings Ltd., which in turn is a subsidiary of BMW Holding B.V. BMW Holding B.V. is a subsidiary of BMW Intec Beteiligungs GmbH. BMW Intec Beteiligungs GmbH is a subsidiary of BMW AG. RRNA, on the other hand, is a wholly owned subsidiary of BMW (US) Holding Corp., which in turn is a subsidiary of BMW International Holding B.V.  BMW International Holding B.V. is a subsidiary of BMW Beteiligungs GmbH & Co. KG.  BMW Beteiligungs GmbH & Co. KG is a subsidiary of BMW INTEC Beteiligungs

- 3 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS

GmbH.  BMW INTEC Beteiligungs GmbH is a subsidiary of BMW AG.

**RRMCL Entered A Contract In England With The German Plaintiff Providing That Any Dispute Related To The Agreement Shall Be Adjudicated By The Courts Of England And Wales**

6. RRMCL entered into an agreement in England with Topalsson GmbH ("Topalsson"), a German limited liability company based in Germany, on October 11, 2019, called "Service Agreement for the supply of Future Configurator Landscape" (the "Agreement").  A copy of the Agreement is attached hereto as Exhibit 1. The subject of the Agreement was services by Topalsson to RRMCL for the supply, implementation and maintenance of digital visualization software for Rolls-Royce vehicles.

7. The Agreement provides that "The Parties hereby submit any dispute arising from or in connection with or related to this Agreement or its enforceability to the exclusive jurisdiction of the Courts of England and Wales." (*Id*. Clause 44.4 of Section 7 at p. 58.)

8. This contractual term is important to RRMCL because England and Wales is the jurisdiction where RRMCL does business. Contracts such as supplier or service agreements with RRMCL are reviewed by in-house lawyers qualified to practice law in England and Wales. RRMCL deals with a large number of contractual partners around the world and in order to be able to manage and deal efficiently with those relationships and any legal issues that may arise, it is important that RRMCL contractual partners accept doing business and resolving disputes with RRMCL in our home jurisdiction.

9. The Agreement was to span a five-year period with various deliverables in the Agreement.  (*Id*. Section 1 at p. 7; and Clause 1.1 of Section 5

- 4 -

at p. 14, which features a chart in which the project timeline is stated to be 2019-2024 and lists the various Delivery Packages 1-10 to be delivered in that time period.)  For RRMCL, a key deliverable was for Topalsson to develop and deliver functioning visualization software to RRMCL in time for the 2020 launch of RRMCL's new Ghost luxury motor car.

10. The Agreement was negotiated at arm's length by sophisticated companies represented by competent counsel.  Topalsson stated during negotiations that Topalsson has a legal department.  (See Exhibit 2, which is a June 25, 2019 email from Topalsson's CEO, Mr. Topal, referring to Topalsson's "legal department".)  Topalsson was being represented in the negotiation of the Agreement by the law firm of CMS Cameron McKenna Nabarro Olswang LLP in London.  (See Exhibit 3, which is an August 2, 2019 email from Mr. Topal stating (in German), "Attached you find the contract with the comments and completed yellow areas directly from our lawyers CMS of London"; and Exhibit 4, which is an August 7, 2019 email from Mr. Topal referring to "Feedback from CMS to the contract.")

**Applicability of the Agreement and its Exclusive Jurisdiction Clause to BMW AG and RRNA, and its Benefit to the Dealer Co-Defendants**

11. The Agreement is applicable to all the other Defendants in this case.

**BMW AG and RRNA**

12. The Agreement is expressly "for the benefit of RRMCL and any relevant BMW Group Companies."  (Exh. 1, Section 7, clause 5.2.)  "'BMW Group' means RRMCL and its Affiliates".  (*Id*. Section 6, ¶ 1.)  Co-Defendants BMW AG and RRNA fall within the definition of "BMW Group" companies.

13. RRNA and BMW AG are relevant BMW Group companies for the purpose of section 7, clause 5.2 of the Agreement because they are BMW Group

- 5 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN
SUPPORT OF SPECIALLY APPEARING
DEFENDANT ROLLS-ROYCE MOTOR
CARS LIMITED'S MOTION TO DISMISS

companies which the Agreement impacted or involved. BMW AG generally provides IT, design and engineering services to RRMCL. BMW AG was also specifically involved in the delivery of the project through the provision of IT resources. The Agreement incorporated by reference the tender document called "TE_4427 Invitation to Tender: Future Configurator Landscape" dated May 21, 2019 (the "ITT"). (See Exh. 1 at p. 5 of 58.) A copy of the ITT is attached as Exhibit 5 hereto. BMW AG was specified a number of times in the ITT. For example:

    a.  The general tasks outlined in the ITT required Topalsson to run a project office which coordinated with various stakeholders, which expressly included BMW AG. (See Exh. 5, clause 6.2, Task F on pages 20, which states: "Project Office: Due to the large variety of delivery packages within the project and strong need for co-ordination with other sub-projects and components as well as the different stakeholders at RRMC, BMW, suppliers and sub-contractors as well as existing suppliers for existing systems and interfaces a strong project management and governance office is needed.", as well as on page 21, in which the service provider was required to "co-ordinate activities with all parties, i.e. RRMC, BMW, sub-contractors, 3rd party suppliers.")

    b.  The ITT specified that deliverables where to be made available to BMW, see Exh. 5 at p. 23, clause 6.3.2 which specified that "If front end test are performed manually, the documented implementation is to be made available to RRMC and BMW" and "Test environments for all newly introduced systems must

- 6 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS

        be provided and connected to the RRMC and BMW systems by the service provider".

    c.    Exh. 5 at page 51, section 7.3 states that the service provider will be "responsible to handle any issues with central BMW IT."

14. The software which Topalsson was contracted to deliver was to be distributed or made available by RRNA on completion to its authorized US dealers as outlined below in paragraph 17.

15. The Agreement further provides that "[t]hose BMW Group companies that benefit from Services or Deliverables shall be entitled to enforce [Topalsson's] obligations under this Agreement." (Exh. 1, Section 7, clause 43.2.) Supplier Software is listed as a Service under the Agreement. (See *id*. Section 2, clause 1.1.1.) Deliverables (see *id*. Section 2, clause 3.1) are defined as those in Chapter 6 of the ITT. (See Exhibit 5.)

16. The benefit to BMW AG and RRNA from the Supplier Software it would deliver to RRMCL was the global license in the Agreement that was granted to the whole of the BMW Group (which includes RRNA and BMW AG) to use Topalsson's software (i.e., the "Supplier Software" and the "Licensed Software"). (See Exh. 1, Section 2, clause 5.3; Section 7, clause 24.1.)

**Rolls-Royce Dealers**

17. In the Agreement, Topalsson also agreed that the software it would deliver to RRMCL would in turn be further licensed to distributors and dealers at no additional cost and thus would benefit RRNA and RRNA's authorized dealers. Specifically, the ITT includes references to the use of the Deliverables and Software by dealers and that the new configurator solution to be delivered by Topalsson was to be deployed worldwide, including as follows:

- 7 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS

a. "The New Configurator landscape has to support the Customer and Dealer throughout their journey of commissioning a Rolls-Royce, offering state of the art visualization technology and processes as well as the necessary back-end systems and interfaces to support this unique journey" (see Exh. 5 at section 5.2.1);

b. "The various configurator solution[s] run either in the [RRMCL] dealerships or online" (see Exh. 5 at section 6.3.4.2);

c. "Task E for [Topalsson]: Preparing concept and approaches to ensure that the solutions are rolled out to the dealers" (see Exh. 5 at page 19);

d. Delivery Package 3 ("Point of Sale Configurator") provided a configurator solution for the dealerships; Delivery Packages 5 and 6 involved integration with ordering and pricing functionality at the dealerships; and Delivery Package 13 provided for support and maintenance, including dealer hardware and software (see Exh. 5 at sections 6.7, 6.8, 6.10, 6.11 and 6.16).

e. The parties agreed that dealers would use the Supplier Software, Licensed Software, Bespoke Software, Deliverables and other products of the Services as End Users. (See, for example, the quotations from the ITT (Exh. 5) above and Exh. 1, Section 2, clause 5.1 which refers to Supplier Software at dealerships.)

- 8 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN
SUPPORT OF SPECIALLY APPEARING
DEFENDANT ROLLS-ROYCE MOTOR
CARS LIMITED'S MOTION TO DISMISS

**The Dispute That Topalsson Has Raised In This Action
Arises From, Is Connected To, Or Relates To The Parties' Agreement**

18. This dispute, including Topalsson's copyright infringement and trade secret misappropriation claims in this case, arises from, is connected to, or relates to the parties' Agreement.

19. As the dispute in this case, Topalsson claims that software which it provided to RRMCL under or in connection with the Agreement contained copyrighted expression and trade secrets of Topalsson, and that RRMCL then copied and misappropriated this material for use by a backup German supplier (Mackevision GmbH). (See Complaint ¶¶ 51:12, 60, 78.) Mackevision had been hired to develop digital visualization software for the 2020 launch of RRMCL's Ghost passenger car once RRMCL determined there was a significant risk that Topalsson would be unable to provide functioning software under the Agreement in time for the launch.

20. Topalsson alleges in its copyright infringement claim that the copyrighted software that it provided to RRMCL under or in connection with the Agreement was copied not just by RRMCL, but was later copied and distributed downstream by RRMCL, RRNA and/or BMW AG to RRNA's California Rolls-Royce dealer co-defendants. (See Complaint ¶¶ 60:9-15, 78.)

21. The parties dispute:

    a.    whether the software that Topalsson provided to RRMCL under or in connection with the Agreement worked free from error;

    b.    whether the software that Topalsson provided to RRMCL under or in connection with the Agreement complied with RRMCL's contractual requirements;

    c.    whether and if so when ownership of any copyrighted material and trade secrets passed from Topalsson to RRMCL;

- 9 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN
SUPPORT OF SPECIALLY APPEARING
DEFENDANT ROLLS-ROYCE MOTOR
CARS LIMITED'S MOTION TO DISMISS

  d. whether and if so what software that Topalsson provided under or in connection with the Agreement consists of intellectual property rights such as RRMCL's digital images of its automobiles which were owned RRMCL and provided by RRMCL to Topalsson;

  e. whether and if so what software that Topalsson provided under or in connection with the Agreement was copied or disclosed by RRMCL without contractual authorization; and

  f. whether any such protected material ever found its way into the visualization software that RRMCL's backup supplier ultimately developed in time for the launch of the Ghost.

22. In addition to the terms of the Agreement referring to the licenses to use software granted to RRMCL's Affiliates in paragraph 15 above and the dealers' use of software in paragraph 16 above, boundaries of proprietary rights in software, other deliverables, products and data are defined in the Agreement. Clauses expressly provide for vesting in and ownership by RRMCL of "Bespoke Software", Deliverables, products of the Services and data generated on the basis of RRMCL data. (See Exh. 1, Section 2, clause 6; Section 7, clause 23; and ITT (Exh. 5), section 7.8.)

23. RRMCL had no access to any software from Topalsson other than what Topalsson delivered under the Agreement.

24. Any difference as to the existence or scope of licenses for dealers or any allegation that use by dealers was unlicensed (or infringing due to RRMCL's conduct relating to the Agreement or whether RRMCL used any software from Topalsson at all) is a dispute that arises out of or is connected with or relates to the Agreement.

- 10 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS

**Adequacy of a Forum in England**

25. RRMCL is amenable to service of process in England, and consents to appear and to submit to the jurisdiction of English courts to adjudicate Topalsson's claims in this case.

26. RRNA has agreed to indemnify the named dealer defendants in this case.

27. RRMCL's witnesses reside in England and Germany, and none of its witnesses reside in the United States.

28. RRMCL does not keep any of its documents, physical evidence, and other sources of proof in the United States.

29. Litigating Topalsson's claims in California would be very inconvenient and burdensome to RRMCL due to the distance involved in any travel required, as well as the substantial time difference. England is eight hours ahead of local time in California. A typical working day with California courts or local counsel starting at 9 am (for example) would already be 5 pm in England and at the end of typical business hours.

30. The cost of bringing witnesses from England to trial in California would be substantial.

31. A judgment from an English court is enforceable in England against RRMCL and would have the effect of stopping all use or distribution of software by RRMCL around the world. Notwithstanding that, RRMCL would also not object to the enforceability in the United States of any judgment from an English court on Topalsson's claims in this case, after any and all appeals were exhausted.

- 11 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS

**RRMCL's Lack of Contacts To California And The United States Relating to Topalsson's Copyright Infringement And Trade Secret Misappropriation Claims Against RRMCL**

32. RRMCL met with, negotiated, and signed the Agreement with Topalsson in England and Germany.

33. The Agreement provided for the software to be delivered to RRMCL.

34. Topalsson represented that it developed its software in Germany.

35. The software that Topalsson provided to RRMCL was delivered to RRMCL by way of uploading software to servers in Germany used exclusively by RRMCL.

36. RRMCL had no business meetings or communications with Topalsson in California or the United States.

37. RRMCL has no documents about Topalsson or the Agreement in California in the United States.

38. The software that Topalsson delivered to RRMCL in 2020 did not work and was untimely, so RRMCL was forced to use an existing BMW AG software supplier in Germany for BMW vehicles, Mackevision GmbH, on a parallel track as a fallback solution so that RRMCL would have, at a minimum, suitable functioning software in time for the 2020 launch of its Ghost motor car. (See Exh. 11, Section 2, clause 8 at p. 10; and Exh. 5 at p. 44 (referring to the Ghost's code name of "RR21"). The fallback solution was a last-minute and minimalist solution and relied upon already existing software that had been used for BMW vehicles of BMW AG and had not been provided by Topalsson.

39. Topalsson proved unable to perform on a timely basis, so RRMCL terminated its Agreement with Topalsson and obtained the fallback software solution from Mackevision in time for the launch of the Ghost.

- 12 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS

40. Topalsson sued RRMCL in England on breach of Agreement claims, and RRMCL countersued in England for Topalsson's breach of the Agreement.

41. No development of the fallback software to what Topalsson was to provide, took place in California or the United States.

I declare under the penalty of perjury and under the laws of the United States of America that the foregoing is true and correct and that I signed this declaration on May 23, 2023 in  Chichester , England.

Dr. Timo Poser

- 13 -

Case No. 2:23-CV-01823-WLH
DECLARATION OF DR. TIMO POSER IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ROLLS-ROYCE MOTOR CARS LIMITED'S MOTION TO DISMISS