# EXHIBIT 5

# Rolls-Royce Motor Cars

# TE:4427   Invitation   to   Tender: Future Configurator Landscape

*Version:*            1.0

*Valid from:*         21.05.2019

*Status:*             in progress / presented **/ released**

*Authors:*            Ida Biot, CR-FMU, Matthew Scott, CR-F, Jan-Hendrik Hoffmann, CR-FMU

*Creation date:*      09.05.2019

**This Tender document contains information proprietary to ROLLS-ROYCE (UK) Limited and is provided for the sole use of the Supplier in the preparation of their response to the Invitation to Tender.  It is a confidential document and may not without written permission be disclosed to any third party.**

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

# Contents

**1   Tender Instructions**....................................................................**4**

**2   Tender Questionnaire** .................................................................**6**

**3   Tender Background and Specification** .......................................**7**

**4   Tender Submission Declaration**................................................**8**

**5   General** ......................................................................................**9**

   5.1   Presentation of Rolls-Royce Motor Cars ................................... 9

   5.2   Project Background and Current Situation ............................... 10

      5.2.1   Project Background ........................................................ 10

      5.2.2   Current Status ............................................................... 11

      5.2.3   Target of the applicable project..................................... 11

      5.2.4   Overview of the Rolls-Royce sales organisation ........... 12

      ==5.2.5   Overview of the Rolls-Royce Product Master Structure== ........... 13

      5.2.6   Status and future scenarios of the IT-Landscape.......... 14

         5.2.6.1 Status.................................................................. 14

         5.2.6.2 Implementation Scenarios .................................. 14

**6   Description and Targeted Outcome of the Project** .................**17**

   6.1   Modus Operandi ..................................................................... 17

   6.2   Overview of General Tasks ..................................................... 18

   6.3   Overview of Delivery Packages............................................... 21

      6.3.1   Requirements for Delivery Package Content related to IT Design 22

      6.3.2   Requirements for Delivery Package Content related to system implementation ................................................. 23

      6.3.3   Requirements for Delivery Package Content related to Test and Deployments................................................... 23

      6.3.4   Requirements with respect to the results ...................... 25

         6.3.4.1 Development and quality specifications.............. 25

         6.3.4.2 Non-Functional Requirements ............................ 26

   6.4   Classification and Differentiation to other running Projects.................................... 27

   6.5   Delivery Package 1: Analysis and Alignment ......................... 27

   6.6   Delivery Package 2: Initial Back-End and Rule-Engine .......... 28

   6.7   Delivery Package 3: Point of Sale Configurator...................... 30

   6.8   Delivery Package 4: Web Configurator ................................... 33

   6.9   Delivery Package 5: Omni-/Multi device (OPTIONAL).......... 35

T. Poser Declaration Exhibit 5 - Page 87      **D/1/2**

Case 2:23-cv-01823-WLH-PVC   Document 40-7   Filed 05/24/23   Page 4 of 70   Page ID #:303

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

6.10   Delivery Package 6: Ordering integration ................................................. 36

6.11   Delivery Package 7: Pricing integration ................................................... 37

6.12   Delivery Package 8: VR integration (OPTIONAL) .................................... 38

6.13   Delivery Package 9: Collaboration Suite (OPTIONAL) ........................... 40

6.14   Delivery Package 10: 3D-Data Preparation Process ............................. 41

6.15   Delivery Package 11: Data Analytics Concept (OPTIONAL) ................. 45

6.16   Delivery Package 13: Operation and Maintenance ................................ 47

**7    Organisational Aspects ...............................................................49**

7.1    Development and Quality Requirements ................................................. 49

7.2    Rolls-Royce Motor Cars Project Organisation ....................................... 51

7.3    Service Provider Project Organisation .................................................... 51

7.4    Service Delivery ...................................................................................... 52

7.5    Project Language .................................................................................... 53

7.6    Service Provider Requirement ................................................................ 53

7.7    Escalation Obligation .............................................................................. 55

7.8    Information security ................................................................................. 55

**8    Acceptance Procedure and Acceptance Criteria .........................57**

8.1    Acceptance Criteria ................................................................................ 57

**9    Administration ............................................................................58**

9.1    Contact for queries at Rolls-Royce Motor Cars ..................................... 58

9.2    Timeline for Offers .................................................................................. 59

9.3    Calculation Basis for Offers .................................................................... 59

9.4    Provisions by Rolls-Royce Motor Cars ................................................... 61

**10   Commercial Matters ...................................................................62**

10.1   General Terms and Conditions ............................................................... 62

10.2   Preparation of offers and required structure .......................................... 62

10.3   Change Requests .................................................................................... 63

10.4   Payment Schedule – Delivery Packages ................................................ 64

10.5   Settlement of Travel Expenses ............................................................... 64

10.6   Defects and Performance Problems ....................................................... 64

10.7   Warranty handling ................................................................................... 64

**11   Appendix ....................................................................................66**

**12   Risk Assessment Questionnaires .............................................69**

T. Poser Declaration Exhibit 5 - Page 88          **D/1/3**

# 1   Tender Instructions

> **Suppliers should read all the instructions carefully before responding. Failure to comply with these requirements may result in the rejection of a Tender response.**

1.1     Confidentiality/Copyright

1.1.1   This Invitation to Tender (ITT) document and its associated Schedules are subject to the laws of copyright and must not be reproduced in whole or in part without the prior written consent of ROLLS-ROYCE MOTOR CARS Ltd. Furthermore, all information contained within the document, it's associated Schedules and any electronic attachments are given in strict confidence.

1.1.2   This ITT should not be divulged to any third party without the prior written authority of ROLLS-ROYCE. If the supplier provides information to a notified third party for the purpose of receiving quotations for parts of the products or services not covered in house, the supplier is responsible for ensuring that his subcontractor also treats this information as "Commercial in Confidence."

1.1.3   All information submitted by suppliers in response to this Invitation to Tender will be treated as "Commercial in Confidence."

1.1.4   This Invitations to Tender document remains the sole property of Rolls-Royce and should be returned with the supplier's Tender response.

1.2     Use Of Trademarks

1.2.1   The ROLLS-ROYCE trademarks may be utilised in your tender response however reproduction for any material not for the sole purpose of your response is strictly prohibited and subject to legal protocol.

1.3     General Instructions

1.3.1   All information in this Invitation to Tender is provided in good faith and represents ROLLS-ROYCE's view of the service ROLLS-ROYCE require.

1.3.2   However, ROLLS-ROYCE rely on the Suppliers to inform ROLLS-ROYCE about the most efficient and cost-effective methods of delivering this service. ROLLS-ROYCE therefore welcome questions or advice on any area of ROLLS-ROYCE's specification.  It will be at ROLLS-ROYCE's discretion as to whether replies to particular queries are communicated to other respondents.  ROLLS-ROYCE reserve the right to amend the specification at any time during the Tender process.

1.3.3   Detailed terms and conditions of business will be agreed before contracts are awarded.

1.3.4   Tender costs should be fixed for the duration of the contract.

1.3.5   ROLLS-ROYCE reserve the right to accept or reject any Tender and to annul the Tender process and reject all Tenders at any time prior to the award of contract without incurring any liability to the affected suppliers.

1.3.6   ROLLS-ROYCE will not be liable for any costs incurred by suppliers in the preparation and submission of their Tender nor for costs that arise out of any site visits or presentations requested by ROLLS-ROYCE.

1.4   Tender response

1.4.1   If you would like to Tender for this requirement, please acknowledge receipt and send confirm your participation by way of formal communication to

laura.clowsley@bmw.co.uk

Please observe the project timelines and respectfully adhere to all deadlines provided. If your Tender document is not received by the date indicated in chapter 6.4, your Tender submission will be disregarded.

1.4.2   Please be mindful that you will be invited to make a presentation in support of your bid to the relevant ROLLS-ROYCE staff.

1.4.3   Key dates can be found in chapter 9.2:

1.5   Selection Criteria

1.5.1   ROLLS-ROYCE will make the final supplier selection based on the following criteria: -

1.5.1.1   The competitiveness of the price quoted for all services.

1.5.1.2   The acceptability of the Supplier's legal and financial standing.

1.5.1.3   The level to which the proposed response meets the business and the commercial requirements.

1.5.1.4   The degree to which the proposed response meet acceptable levels of performance.

1.5.1.5   The Supplier's capability to fully support its proposal.

1.5.1.6   Compliance to ROLLS-ROYCE's /BMW GROUP UK Ltd. Terms and Conditions.

1.6   Notification

1.6.1   ROLLS-ROYCE will notify acceptance in writing to the successful supplier. After the contract is agreed, ROLLS-ROYCE will notify each unsuccessful supplier as soon as is reasonably practicable.

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

# 2  Tender Questionnaire

Please answer each question using the templates provided. Your responses must be returned in the issued format or may be discounted.

If you consider that any question is not relevant, please indicate accordingly, and provide a brief explanation. Failure to respond to any of the questions will reduce the competitiveness of your Tender.

If you are in doubt regarding the requirements of this chapter please contact:

- ida.biot@bmw.de

For questions on the overall Tender process and commercial issues, please contact:

- laura.clowsley@bmw.co.uk

**1: Operational and Commercial Questionnaire**

**2: Contract Review and DPA review**

Please find attached applicable questionnaires with space provided to submit your answers. You must complete all sections however if you wish to provide additional supporting information, please ensure all attachments have corresponding titles associated with the relevant sections contained within this document.

For reference please also find attached a draft Services Agreement and Data Processing Agreement. Use these documents with consideration to the questionnaire in the excel document and in chapter 12 of this document.



Operational Costing Questionnaire and Cor | Data Processing Questionnaire.docx | Data Processor Agreement UK - GDPR | Data and IT Questionnaire.DOC

==Terms & Conditions will be provided separately.==

**Specification Costings Questionnaire**

Please refer to the background and specification chapters and note that you are only expected to complete the sections where you have been invited to bid. Instructions can be found in this document.

The pricing sheet will be provided with the ITT appendix (follow link to appendix "Price sheet" for exact file name).

# 3   Tender Background and Specification

We invite you to provide a comprehensive response as follows:

- **Part 1: Background (in chapter 5)**
- **Part 2: Specification (in chapter 6)**

This detailed document and its appendix serves to provide you with the context required to understand our requirements.

Please review this specification and provide a written tender which clearly showcases your capability across all requirements specified. This document should be created using the provided tender template and can be as comprehensive as you deem necessary. The project team will review this in conjunction with your RFI Pitch presentation to appraise your overall submission.

The specification should be used as the basis for completing the financial submission in chapter 2.

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:        Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

# 4   Tender Submission Declaration

**To be Completed and Returned by the Tenderer with the final commercial response**

The undersigned, having read chapter 1,2 and 3 of this Invitation to Tender hereby submits this completed Section below as their offer to provide the Services specified.

The prices shown in the Tender response are fixed for the duration of the project and are exclusive of VAT.

We agree that this offer shall remain open for acceptance for a period of 12 weeks.


Dated:                                ......................................................................

Signature:                        ......................................................................

Position:                        ......................................................................

Duly authorised to sign Tenders

for and                                ......................................................................

on behalf of:                        (Supplier Name)


Address:                        ......................................................................

                                ......................................................................

                                ......................................................................

                                ......................................................................

Telephone:                        ......................................................................

Email:                                ......................................................................

# 5   General

This chapter provides an overview of the current situation at Rolls-Royce Motor Cars and gives information about the project background.

## 5.1   Presentation of Rolls-Royce Motor Cars

More than twenty years after the BMW Group took ownership of the Rolls-Royce Motor Cars brand, its authenticity as the pinnacle of the super-luxury segment has clearly been achieved. Since the launch of the new generation Phantom in 2003, Rolls-Royce Motor Cars have continually strengthened its position with the introduction of new derivatives and models.

In 2009, the new model line Ghost was introduced, positioned as an even more modern and dynamic interpretation of the Rolls-Royce brand. With Ghost, Rolls-Royce continued the transformation of the brand image and in 2011 launched yet another addition to the product portfolio, Ghost Extended Wheelbase. While Phantom is the ultimate definition of luxury, Ghost is still irrefutably a Rolls-Royce but is positioned as less formal and more dynamic.

In 2013, another new model, Wraith, was introduced to the Rolls-Royce line up. Positioned as the boldest expression of a Rolls-Royce yet it is the most powerful, Rolls-Royce in history. A car with a driving dynamic that delivers on its bold, exterior styling defined so elegantly by the sweeping fastback. It is a machine who's starting point is luxury, refinement and quality, but with a character that exudes power, style and drama. With its uncompromised open-top motoring experience, the Dawn introduced in 2016, further widened the brand's appeal.

The continuous strive for perfection means Rolls-Royce must be at the forefront of technology and design in all of the models it produces with the philosophy of hidden technology that provides surprise and delight experiences for the customer. This was once again achieved with the launch of New Phantom in 2017, where a new benchmark for automotive and luxury industry was set with the introduction of a new architecture and the Gallery: art within art.

The launch of Cullinan in 2018, was new territory for the Rolls-Royce brand. In response to customer demand for a car that gives them unbounded access to luxury, Cullinan was conceived. Setting the benchmark for luxury, performance and usability not seen before in the SUV market, Cullinan has opened up the door to new places and customers.

Rolls-Royce has created a product portfolio that has attracted an enriched customer segment that has been evolved over the years and now the average age of a customer is 42 years. The driver was a new direction for Rolls-Royce, based on the premise of being bold, risking-taking and illustrating raw power, Black Badge was announced to the world as a sub-brand across Ghost, Wraith and Dawn that increased power and dynamism with a dark presence.

It is not only technology that embodies the soul of Rolls-Royce, but Bespoke and the high level of personalisation a customer can achieve. The vision of the customer can be developed and shaped using the highest level of handcraftsmanship with any paint or leather colour, expressions of art and design inspirations, the greatest example being Sweptail, the most expensive Rolls-Royce in history. Rolls-Royce still follows our founding member's statement: 'If it does not exist, design it' which we achieved with Sweptail and will continue to follow into the future.

## 5.2   Project Background and Current Situation

In this chapter the project background as well as the current situation are described. It is requested, that the bidders take the information provided in this section into account when providing solution approaches in their offers, as it is not only additional information.

### 5.2.1   Project Background

RRMC is evolving its position from Luxury Car to Global Luxury brand in order to emotionalise the relationship with new audiences. This move towards luxury helps reach UHNWI who are not interested in cars and help engage with a new generation of future customers. To achieve this RRMC is revolutionising the way we do many things, to stop thinking automotive and start thinking luxury.

The configurator landscape must ensure this brand direction is emulated throughout the experience for the customer. Currently the configurator landscape does not deliver this direction and fails to demonstrate the true quality that is unrivalled in the automotive and luxury industry. Commissioning a Rolls-Royce is a one of a kind experience, where customers can create a highly personalised and bespoke Rolls-Royce and follow their vision to Goodwood to see the handcraftsmanship and level of detail provided into every element of their Rolls-Royce. Therefore, we need to ensure the configurator landscape captures this brand identity and customer experience by re-imagining. Whilst the Brand has been established and strengthened, the Configurator landscape hasn't been developed to keep pace and doesn't offer the appropriate experience to configure a super luxury car. Therefore, we need to completely re-imagine the configurator journey from a customer perspective, moving away from the classical linear and functional process in order to set a new standard in the Luxury industry.

It is required to find the right balance between Inspire (entertain and engage) and Deliver (convert and upsell).

The New Configurator landscape has to support the Customer and Dealer throughout their journey of commissioning a Rolls-Royce, offering state of the art visualisation technology and processes as well as the necessary back-end systems and interfaces to support this unique journey.

The new configurator landscape needs to contribute to the company's growth and product strategy and support the enhancement of the customer-brand relationship.

**Customer situation**, which should be considered:
- Rolls-Royce Motor Cars customers are getting younger (average customer is 42 years old)
- Technologically advanced market China is the 2nd largest market of Rolls-Royce Motor Cars
- Customers demand high-quality product information and interactivity online as well as at any Point of Sale
- Customers are not necessarily seeking for mobility solutions, when discovering a Rolls-Royce Motor Car
- Customers expect an increasing degree of personalisation and unique experiences

**Current Automotive Industry Standard**: The industry standard lacks a compelling user experience on a high level, due to predominantly basic product configurators. Current competitors in the luxury section are experimenting with enhancements of customer experiences through configurators, while volume and premium manufacturers as well as manufacturers outside the industry are working on process integration.

**Overall:** Rolls-Royce Motor Cars can differentiate by providing a configurator landscape with an emotional and luxury experience that sets a new industry standard. The dimensions which should be taken into account are visually appealing and inspiring front-ends, fully linked back-end as well as seamlessly integrated processes throughout the customer journey.

## 5.2.2  Current Status

The current configurator solution doesn't represent the uniqueness and the unrivalled quality of the brand. This means for example that the online configurator is not state of the art, especially regarding the performance and the user experience. For your reference, see here: https://www.rolls-roycemotorcars.com/en-GB/configure-your-rolls-royce.html

## 5.2.3  Target of the applicable project

The new configurator landscape project aims to set a new industry standard not only across the automotive industry but also the luxury industry.

RRMC wants to:

- Approach and excite new and traditional current customer groups
- Support contemporary customer interaction and marketing initiatives
- Unlock up- and cross-selling potentials
- Motivate customer retention and loyalty

This will be achieved by addressing 3 core areas: Visualisation, User Experience and Process Integration.

The new configurator landscape must be outperforming the current industry standard in the following aspects:

- Visualisation:
  - Comprehensive, individualised, high-quality photo realistic and high-performance real-time visualisation.
- User experience journey:
  - Open, organic configuration flow and intuitive user experience journey based on modular elements.
  - Functional elements and contents should be related to individual business needs of consumers and dealers.
- Process integration:
  - Streamlined, adapted and automated processes throughout the customer journey to increase efficiency.

These are enabled and supported by the following:

- System Integration and Back-End Integration:
  - o The Rolls-Royce Motor Cars configurators (online, showroom, review and ordering configurator) should be replaced.
  - o The full end-to-end integration for a seamless configuration and ordering process covers all newly provided system from front-end to configurator back-ends but also all other relevant RRMC and BMW Group back-end systems
- Advanced Analytics:
  - o Advanced analytics capabilities leveraging actionable insights.

The project scope contains the replacement of the following configurator "front-ends":

- Rolls-Royce Ordering Configurator (RROC) used as the dealer-facing configurator integrated into the ordering systems
- Rolls-Royce Marketing Configurator (also abbreviated RRMC) used as the customer facing configurator in the Rolls Royce website
- Rolls-Royce Review Configurator used by the product management team to review the results of the CoSy imagery process (Imagery Validation Tool) but also used by the Bespoke Design team to produce customer facing documentation of bespoke offers in a flexible way.

The current Rolls-Royce Offline Marketing Configurator (RRMC offline) used by dealers as a customer facing configurator in the showroom or at events will be decommissioned, we do not aim to replace it.

## 5.2.4 Overview of the Rolls-Royce sales organisation

The RRMC sales organisation differs substantially from the BMW Group sales organisation. Whereas the BMW Group has "National Sales Companies (NSC)" that are organised mostly on a country level, selling BMW Group vehicles in their respective countries and manage e.g. local prices, taxes, translations and a local website with local configurators, RRMC does not have NSCs.

RRMC actively manages the world-wide product and sales offer as well as prices from the UK headquarter with support from 6 regional sales areas. RRMC operates a World Wide Web configurator without local prices or taxes but with a differentiated approach related to the calculation and display of emissions data according to local legal requirements.

The world-wide ordering configurator operates with multiple price lists in various currencies but does contain only recommended retail and wholesale prices (as well as internal costs). The ordering configurator also does not contain local taxes but has the same differentiated approach for emissions data as the web configurator.

That also means that the RRMC employees who manage the web and ordering configurator front- and back-ends need special functionalities in their content management tools to cater for the world-wide operations approach, e.g. to allow mass maintenance and data propagation for the various "Countries of Usage" with their respective requirements.

This aspect is currently not required for the BMW Group as most data maintained is maintained

for specific "Countries of Usage" (internally referenced as PAK) but it has to be considered in the context of the new configurator landscape.

## 5.2.5 Overview of the Rolls-Royce Product Master Structure

The product structure of RRMC is similarly structured compared to the BMW Group. In some areas it is more simple (number of engine variants) and in other more complex (feature and colour portfolio variations).

For example, RRMC has a number of "Construction Series / Derivatives". Each derivative has a small number of "Model Codes", each has at least three, but there may be more depending on engine/emission standards as well as the sub-brand "Black Badge":

- RR11/RR12 Phantom standard and extended Wheelbase
    - o   TT61 Phantom Standard Wheelbase ECE-LHD
    - o   TT62 Phantom Standard Wheelbase ECE-RHD
    - o   TT63 Phantom Standard Wheelbase US-LHD
    - o   TT81 Phantom Extended Wheelbase ECE-LHD
    - o   TT82 Phantom Extended Wheelbase ECE-RHD
    - o   TT83 Phantom Extended Wheelbase US-LHD
- RR31 Cullinan
    - o   TV41 Cullinan ECE-LHD
    - o   TV42 Cullinan ECE-LHD
    - o   TV43 Cullinan ECE-LHD
    - o   TV61 Cullinan EU28+ Black Badge ECE-LHD
    - o   TV62 Cullinan EU28+ Black Badge ECE-RHD
    - o   TV81 Cullinan RoW Black Badge ECE-LHD
    - o   TV82 Cullinan RoW Black Badge ECE-RHD
    - o   TV83 Cullinan RoW Black Badge US-LHD
    - o   TF21 new EU28+ variant of TV41, with SoP in 08/2020
    - o   TF22 new EU28+ variant of TV41, with SoP in 08/2020

More important we separate our product and features as follows:

- Features with unique product master data and full inclusion in CAD data and parts releases, visualised in the configurators
    - o   Standard features, paints and leathers
    - o   Commissioned Collection features paints and leather
    - o   Collection Cars proactively offered
- Features with bespoke placeholder codes and partial inclusion in CAD data and partially standardised parts releases, currently visualised in the configurators (where needed)
    - o   Special order leather
    - o   Special order paints
    - o   Auto-Personalisation for e.g. treadplates and headrests
    - o   Dedicated placeholder codes for defined areas of the cars that can be changed in a bespoke fashion

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:     Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

- Features with bespoke individual placeholder codes and partial inclusion in CAD data and no standardised parts releases, currently not visualised in the configurators
    - Bespoke one-off features for single customers or very small numbers (new or previously sold)
    - Bespoke paints (new or previously sold)
    - Bespoke leathers (new or previously sold)
    - Bespoke veneers (new or previously sold)

Last but not least Rolls-Royce has implemented a standardised flexible way of granular colour steering of the exterior, interior and features through product master data and parts releases that is offered and visualised in the configurators.

## 5.2.6  Status and future scenarios of the IT-Landscape

### 5.2.6.1  Status

A documentation of the current IT Landscape can be found in the appendix "IT-scenarios and current IT-Landscape" as well as appendix "Current System Landscape 2016".

The following shows the high level overview of the configurator relevant systems.



### 5.2.6.2  Implementation Scenarios

Different scenarios for the implementation of a new configurator landscape from an overall IT landscape perspective are conceivable, the following have been identified by RRMC so far:

1. BMW – Rolls-Royce Motor Cars Hybrid Scenario
   A scenario that contains a full UCP implementation and re-use of VPP.Next and possibly other technical components as well as GCDM Integration, further explanation of the requested service providers deliverables are listed later in this chapter

2. Rolls-Royce Motor Cars Standalone Scenario
   A scenario that contains only a limited re-use of UCP and GCDM for single-sign on and virtual garage provision, further explanation of the requested service providers deliverables are listed later in this chapter

3. An individual service provider specific scenario
   A scenario identified by the bidder that falls outside of the above two scenario categories

Please refer to the appendix "IT-scenarios and current IT-Landscape" for a detailed overview of the first and second scenario. The necessary systems as well as their current connections, data flows and interfaces are shown there.

The BMW – Rolls-Royce Motor Cars Hybrid Scenario must contain the UCP. Whether the service provider also has to use the VPP.Next from BMW will be decided within Delivery Package 1. If the VPP.Next of BMW is not used, an equivalent alternative including the worldwide delivery and support model must be provided similar to the approach in the stand-alone scenario.

The appendix "IT-scenarios and current IT-Landscape" also contains a possible example of a Rolls-Royce stand-alone scenario with a proposed systems architecture as well as technology considerations. These are not binding but should serve as examples which should be reflected by the bidder in the Rolls-Royce stand-alone scenario and also in the hybrid scenario for the non BMW system components.

A third individual bidder scenario may also be provided in addition to the two scenarios indicated above but this is not a requirement from RRMC.

Due to other projects currently under way for RRMC that will make use of the single customer login functionality and the connected "Virtual Garage" of customers, any of the scenarios suggested by the bidder must ensure that the logins and garage used for the configurator solutions are synchronized with those of the other projects. It is currently assumed that this can only be assured by re-using the related UCP Garage microservices in any implementation scenario.

Scenarios that require changes to components of existing systems or functionality like e.g. VDML and StandRI need to be clearly indicated as these are licensed products that are not owned by RRMC and BMW.

A note related to the approach of implementing either of the outlined scenarios using an example of UCP integration. In a stand-alone scenario the deliverables of the bidder that need to be included and priced would be to provide a complete configurator back-end, with some integration aspects as indicated above for re-use of the "Virtual Garage".

In a hybrid scenario that utilises UCP as a back-end and StandRI RR as the rule engine, the bidder does not need to propose or price the changes to UCP itself. The scope to be proposed and priced for this scenario would be to connect the bidder provided systems to UCP to utilise the UCP microservices via interfaces. The bidder needs to clearly indicate any premises assumed, that UCP will need to deliver to support this connection. RRMC will ensure with the BMW group that these premises are taken into account in the continuous development of UCP.

The bidder still has to propose and price all activities to coordinate and implement their inter-
faces to UCP.

A similar approach would apply for other existing RRMC and BMW systems that are re-used
in any scenario e.g. VPP.Next, StandRI RR, VDML or others. The bidders need to propose
and price their side of the coordination and integration efforts.

In case the bidder's approach for the hybrid scenario and/or individual scenarios does not
already include the re-use of VPP.Next, RRMC reserves the right to request to include
VPP.Next in the initial project phase of delivery package 1.

In general it is assumed that the service provider will be able and in some case will have to
reuse microservices and technical components from other BMW Group configurator front-end
and back-end applications like GCDM and Configure.Next. It is the expectation of RRMC that
the service provider will identify and suggest the reuse in order to decrease costs and efforts
and thus reduce time to market.

# 6   Description and Targeted Outcome of the Project

## 6.1   Modus Operandi

This Invitation to Tender (ITT) aims to obtain the relevant information and fixed pricing for the future Rolls-Royce Motor Cars configurator landscape. The ITT focusses on the estimation and assessment of Business Requirements that are structured and defined in Delivery Packages. Delivery Packages are separate building blocks of the configurator landscape that are independent from each other if not indicated otherwise. For further descriptions of the Delivery Packages please refer to the specific Delivery Package chapters starting with chapter "6.3 Overview of Delivery Packages".

Please note the following terms used throughout this document:

- Bidder: "You" as the recipient of this ITT, providing a binding offer to the requested content.
- Service Provider: "You" as a potential partner contracted to deliver the requested content.
- RRMC (Rolls-Royce Motor Cars): "We" as the submitting business organisation seeking a binding offer from "You".

It is required that the bidder will propose to deliver all packages, however the bidder can decide to bring in sub-contractors for certain packages. Please also refer to Chapter 3.4 and 3.5 regarding the sub-contracting. The bidding company if awarded the contract will be responsible for the delivery of all packages regardless of any delivery by sub-contractors. It is regarded to be a one-face-to-customer delivery (General Contractor approach).

The working method or approach of delivery (for example: agile vs. waterfall) is free to choose by the bidder as long as the Business Requirements in the specified Delivery Packages are met. However, the bidder must outline a quantity structure how the project timeline could look like. In case an agile delivery model is proposed, this should be based on the information given in appendix "ITPM Agile Project Phase Approach".

Nevertheless, as long as this is compliant with BMW ITPM standards, the bidder is free to propose a different project approach or a combined approach, considering the benefits and achievements for the project (e.g. reduced timeline, flexibility in delivering requirements). In that case, the bidder will be requested to justify his approach, to detail the effect on collaborative work with other external partners and to clearly mention potential effect on risks and pitfalls.

In case of uncertainty on the bidder's side to the implication of this paragraph it is the bidder's responsibility to clarify these fully before submitting their fixed price offer.

In general: If systems need to be switched off, it must be ensured that the functions used by the existing stakeholders are still available. This can be either on a new system or within an old system using data from new systems.

The bidders are expected to provide complete offers on a fixed price deliverable base inde-

Case 2:23-cv-01823-WLH-PVC   Document 40-7   Filed 05/24/23   Page 19 of 70   Page ID #:318

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

pendent of the suggested implementation approach. This document and related appendix provide the detailed description of the scope of "WHAT" has to be delivered in the fixed price calculation. The "HOW" aspect to deliver the requirements are outlined in this document but will be confirmed and /or refined during the initial analysis phase of the project and at each of the delivery packages. The further refinement of the delivery packages together with the service provider will significantly reduce uncertainties and risks. Rolls-Royce Motor Cars (RRMC) therefor expect the actual effort for implementing the delivery packages will decrease compared to the bidder's initially submitted price calculation after the initial phases as uncertainty and risk is reduced. If the bidder defines additional premises that limit "HOW" some requirements will be implemented and this affects the bidder's fixed price calculation this has to be clearly indicated.

The fixed price calculation of each bidder should include all necessary activities and phases that are needed to deliver and operate the end product, e.g. IT Design, IT implementation and rollout according to the BMW Group ITPM guidelines.

The fixed price calculation of each bidder should also consider the RRMC specific business and customer segment that will define "HOW" the requirements need to be implemented.

## 6.2  Overview of General Tasks

The general tasks listed are the functional tasks that make up the delivery packages. These tasks can be across one or more delivery packages.

**Task A: UX Design and System Development**

The task compromises two elements;

1) The actual development and implementation of each new system (i.e. configurator) in a stable and globally scalable approach.

    This includes:

    - Refining and detailing the business requirements ("HOW")
    - Interface Development and testing
    - Frontend Development for the configurator solutions
    - Back-end Development for the configurator solutions
    - Maintenance and continuous improvement of the configurator solutions along the defined Delivery Packages

2) To ensure that the user experience (UX) throughout the system landscape is in-line and optimised for a "Rolls-Royce" customer experience across relevant channel of the delivery packages.

    This includes:

    - Creating a UX design consistent with the Rolls-Royce brand values, Corporate Identity and existing customer touch points (e.g. website, marketing/media, showroom).
    - Creating a UX design that exceeds a Rolls-Royce customers' expectations. The design should deliver a unique and engaging experience, setting the benchmark

for automotive and luxury brand configuration services.

- Ensuring the UX design is natural and intuitive with a consistent operation throughout.
- Ensuring user feedback is integrated within the system development phases.

## Task B: System Integration

Ensuring that the IT Landscape used for configurator-related systems is transformed to fulfil all business requirements including a strong system integration. Part of this will be:

- Implementation of new IT Landscape, including:
    o Integration with existing systems that will stay in use
    o Replacement of legacy systems
    o Introduction and integration of entirely new systems
- Definition, implementation and execution of data migration concept (i.e. migration of relevant data from current to future system).
- Develop and deliver update functionality (i.e. software and data update of the configurator)

The system integration approach should ensure the correct handling of the existing data sources (e.g. product master data). There should be no manipulation of the existing data sources or system hard coding that could risk the data integrity. The Single Point of Truth principle should be the leading guideline throughout the project.

## Task C: Process Integration

Revision of current configurator-related processes to achieve leaner and more efficient processes. This may include the use of configurator solutions to optimize processes currently unrelated to the configurator. Important steps include:

- Continuous mapping of processes to Strategic Target Customer Journey
- Definition of a common Process Target Picture
- Derivation of a Process Transformation Roadmap
- Initial training/change management for the implementation of transformed processes
- Documentation of the transformed processes

## Task D: Data Analytics Integration

The new configurator must strongly contribute to the capturing and use of data. To do so, an integration with the current and future data analytics system landscape needs to be ensured. This will include:

- Alignment of configurator development with Analytics Roadmap
- Derivation of Business and IT Requirements for analytics integration that have to be considered during configurator development and system transformation

## Task E: Rollout and Transformation Management

Preparing concept and approaches to ensure that the solutions are rolled out to the dealers and the web sustainably. This will include:

- Ensuring user access roles defined and requested for dealer and RRMC organisation

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

-   Developing and delivering a training concept for the new configurator
-   Develop, organise and deliver related training and communication material
-   Organise, set-up and execute dealer trainings
-   Support for and provision of hardware
-   Define and establish 2nd and 3rd level support model integrated in the BMW Group ITSM system
-   Ensuring dealer feedback is being reiterated in the following development process

<mark>Please assume that RRMC does not plan to conduct trainings at all dealer locations worldwide. We assume that interactive online trainings and video trainings will be sufficient.</mark>

### Task F: Project Office

Due to the large variety of delivery packages within the project and strong need for co-ordination with other sub-projects and components as well as the different stakeholders at RRMC, BMW, suppliers and sub-contractors as well as existing suppliers for existing systems and interfaces a strong project management and governance office is needed. Management and alignment will be key in the whole project, which is why an overall project office is necessary. The project office will ensure an ongoing exchange and alignment of the various delivery packages and will report to the overall RRMC project manager.

The responsibilities will include:

-   Ensuring the seamless integration and alignment of the different aspects (delivery packages, sub-projects) of the project, different system developments and interfaces with all relevant stakeholder
-   Ensuring the coherence within the different delivery packages and sub-projects across all other activities within the project
-   Set-up and agree a project timeline with agreed milestones with all relevant stakeholders
-   Identifying and addressing open issues, working on solutions with relevant stakeholders and agree on these solution within the project on a daily basis
-   Set-up risk management with appropriate tools, setting up relevant reporting and deriving and implementing measures to mitigate risks
-   Reporting to overall RRMC project manager on a regular basis (min. weekly)
-   Supporting the RRMC internal organisation with all relevant PMO activities

Detailed tasks:

-   Setup of a project management office (PMO)
-   Setup of a project organisation and governance structure
-   Ensure professional management of meetings (e.g. scheduling and conducting necessary meetings, workshops etc. for the project)
-   Project planning and controlling
-   Prepare and host weekly project status meeting including Overall LoP-List and Risk management incl. management of the agenda and minutes
-   Prepare and steer workshops if needed
-   Organise and drive the on time deliveries of the project and work package activities.
-   Prepare and manage overall project plan

- Create implementation plans for all project activities incl. milestone plan and estimation of necessary capacities
- Establish detailed migration plan for all business and production related aspects when relevant, including full risk assessment and derivation of necessary measures
- Set-up, coordinate and implement and monitor these mitigation measures
- Manage/control all business migration activities to be delivered in time and quality
- Monitor and steer all relevant business activities on a daily basis
- If necessary, prepare, calculate and agree project business case with all stakeholders and necessary circles, including estimation of optimisation potentials and avoided costs
- Define, agree with all parties, set-up and implement a set of KPIs (5-10) to measure the success of the implemented systems and process changes
- Preparation operational and overall steering committees (Board Level), presentations and minutes, incl. relevant analysis of data and activities to be presented. Derive necessary measures for open issues and drive and implement these measures to close the open issues
- Establish transparency on the overall status of the planned measures and activities in the overall project including monitoring of actual costs and cost saving potential
- Assure integration and alignment of the generated documents within the project
- Set-up project documentation structure and keep documentation up-to-date
- Create and manage communication plan for all stakeholders. Set-up regular stakeholder specific communication
- Identify needs for change management, set-up and implement necessary activities.
- Prepare review workshops
- Execute reviews and document

Organise cross project tasks

- Co-ordinate activities with all parties, i.e. RRMC, BMW, sub-contractors, 3rd party suppliers

## 6.3  Overview of Delivery Packages

Delivery Packages are separate modules of the configurator landscape that are independent from each other if not indicated otherwise. As a result from the initial RFI phase we have removed certain delivery packages from this ITT because they seem to be not refined enough at this point in time. In order to minimize resulting effort we have kept the original numbering, this means that the numbering will no longer be continuous. Other delivery packages are now clearly indicated as "optional". This indicates that they are part of the offer, so maximum fixed price has to be indicated. However, it remains to the discretion of RRMC if and when they will be ordered.

Each delivery package contains a description of the outcome of the delivery package and the Business Requirements, which must be taken into account. The Business Requirements within each Delivery Package chapter only give an initial overview of the content. The relevant detailed Business Requirements for **each** Delivery Package can be found within the document in

the appendix "Detailed Business Requirements mapped to Delivery Packages". If there are no detailed Business Requirements mentioned in the appendix, please stick to the described Business Requirements in this ITT-document.

The scope to be considered by the service provider for each Delivery Package is defined by the detailed Business Requirements. In case of any changes to the "WHAT" are needed during the project duration, these will be handled on a case-by-case basis and implemented using change requests if necessary.

Each of the defined Delivery Packages must be delivered in a way the result is usable by itself, with the only exception that it is assumed that DP1, DP2, DP3 and DP10 are implemented first. All other DP's then define additional scope on top of those DP's listed above. This means that each DP will deliver a defined scope of new systems and will integrate or replace existing systems or parts of their functionality. The details how each DP affects the systems is contained in the appendix "Mapping Delivery Packages and Systems"

In addition to the software development or product provision we need the product vision and outlook for the next releases from bidder's side.

We need a statement how the software or product will still be "state of the art (software and new hardware)" for the next 5 years.

## 6.3.1  Requirements for Delivery Package Content related to IT Design

The following IT related deliverables are to be provided for all delivery packages that contain software design:

- Creation and updating of the technical concept on the basis of the ITPM template.
- Creation and updating of the technical documentation (TECDOC) on the basis of the ITPM template.
- Creation and updating of the IT concept on the basis of the ITPM template.
- Updating of the interface contract (template according to ITPM) including coordination with interface partners.
- Creation and updating of the security concept (SEC) on the basis of the ITPM template.
- Creation and updating of the test concept (DOT) on the basis of the ITPM template.
- Creation and updating of the operating manual (OM) on the basis of the ITPM template.
- Creation of release notes (RN) on the basis of the ITPM template.
- Tests of software components.
- Drafting of a proposal for infrastructure sizing with consideration for non-functional requirements.

These are the related acceptance criteria in addition to chapter 8:
- Accepted documentation is present.
- Technical test cases are completely maintained in JIRA/User Stories.
- All utilized components (e.g. Java libraries) have a Blueprint release.

## 6.3.2  Requirements for Delivery Package Content related to system implementation

The following IT related deliverables are to be provided for all delivery packages that contain software implementation aspects:

- Implementation of the interfaces.
- Configuration and deployment of the test environment.
- Implementation of the module tests and function tests.
- If the front end tests are performed manually, the documented implementation is to be made available to the RRMC and BMW
- RRMC and BMW provides the test environments for existing and non-replaceable systems. (e.g. SMS, UCP, VPP Hardware, BMW Group Client, Dealer Client), test environments for all newly introduced systems must be provided and connected to the RRMC and BMW systems by the service provider.
- Implementation and documentation of code quality tests, code reviews, security analyses, QA reviews, etc.
- Integration of measures derived from the code quality tests and Pre-Integration tests and Integration tests.

These are the related acceptance criteria in addition to chapter 8:

- The technical solution is present and has been accepted.
- Documentation to the effect that the coding guidelines have been observed is present.
- The source code is deposited in BMW SubVersion/Bitbucket.
- Module tests / function tests have been verifiably performed and documented.
- Identified defects have been eradicated and documented.

In case interfaces have to be established between new and non-replaceable systems the service provider will be required to coordinate and document the necessary interface contracts. RRMC and BMW will implement the agreed interface changes or setup of interfaces for existing systems. The service provider will be responsible for the interface implementation on the side of the new systems.

All interfaces to existing system shall be designed in a manner that minimizes system changes on the side of the existing system landscape.

## 6.3.3  Requirements for Delivery Package Content related to Test and Deployments

Independent of the offered scenario the service provider will be required to provide adequate development and test environments for all delivery packages and involved systems at no additional costs. RRMC and BMW will provide respective test systems for non-replaceable or to be adapted existing systems. In case these RRMC and BMW systems are situated behind a BMW Group firewall (in the BMW intranet) then the service provider will be required to ensure connectivity at no additional costs.

A test manager with adequate experience regarding testing in BMW environments and BMW testing standards shall preferably be appointed. If this cannot be offered a comparable test management experience needs to be provided.

**Deployment**

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

- Provision of module-tested and executable software at the start of the Pre- Integration tests and Integration tests for the integration environment at BMW. This includes the provision of installation scripts, a deployable package and the actual implementation of the deployment.

- Determination of error-free deployment (smoke tests).

T. Poser Declaration Exhibit 5 - Page 109      **D/1/24**

Rolls-Royce Motor Cars: TE:4427 Invitation to Tender:     Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

**Pre-Integration tests**

- Performance of technical test cases during the Pre-Integration test phase
- Technical test cases are coordinated during the IT concept phase by the Contractor and the Customer, and also by the interface partners, and are created in ALM/JIRA and implemented during the Pre-Integration test phase.

**Integration tests**

Test case creation with respect to technical tests, specifically including:

- Approval tests
- Penetration tests
- Load and performance tests
- Fail-over tests
- Fault analysis / eradication
- Documentation of the fault takes place in ALM/JIRA
- Defect clearing and fault eradication incl. developer tests throughout the entire duration of the Pre-Integration test and Integration tests and for all test types (specialist / technical tests, interface tests, acceptance tests)
- Fault analysis, where applicable across interfaces, together with interface partners
- Regular repeated provision of the corrected software in the integration environment.


**Work results / acceptance criteria:**

- Error-free deployment has been effected in test and integration.
- Pre-Integration tests and Integration tests have been successfully performed.
- Defects that have occurred have been eradicated and documented.
- Maximum tolerance of the recorded ALM defects
  - 0 defects with the evaluation "Critical"
  - 0 defects with the evaluation "High"
  - 0 defects with the evaluation "Medium"
  - Defects with the evaluation "Low" must be eradicated and registered by the next follow-up release at the latest.


## 6.3.4  Requirements with respect to the results

### 6.3.4.1  Development and quality specifications

All specified work results are to be developed autonomously by the service provider. The results must represent the state of the art and must correspond with the recognized fundamentals of project management as well as the specifications of RRMC and BMW.

The formal service acceptance is effected by the project manager on the basis of evaluation of the results by subject matter experts (review / Q-check in accordance with ITPM). Technical acceptances (evaluations) in accordance with ITPM are to be prepared, implemented and subjected to follow-up work by the supplier.

To ensure quality, automated unit, integration and GUI tests are to be drawn up for all features and implemented for each build e.g. via JENKINS. Before the acceptance deadline, RRMC and BMW will undertake a code review with the supplier if necessary. The measures defined therein are to be set down by the acceptance deadline and will be verified there.

RRMC and BMW reserves the right to perform a supplier audit.

## 6.3.4.2  Non-Functional Requirements

The various configurator solution run either in the RRMC dealerships or online. The RRMC customers and/or dealers have a direct contact to the tools and await state of the art technology best described in the following:

- "As a customer I can experience a high end car visualisation without any perceptible distortion in e.g. performance on every included media"

Generic requirements for all delivery packages

- User interfaces for Front-Ends must provide multi-language capability and will have to support minimum English and Chinese.
- User Experience for e.g. Navigation and Selection elements must be consistent in style and format for all front-ends / channels.
- User Interface performance for Web and Mobile and RRMC internal facing systems:
  - Response times must not exceed 1s for all functional interactions.
  - General Navigation speed must be effortless and must not exceed 0,5s
  - Update performance for dealer systems must be sufficient to allow nightly updates even if only a dedicated bandwidth of 2Mbit can be guaranteed
  - Update performance of RRMC facing 3D data systems (e.g. for Review or Exports) must be sufficient to allow nightly updates from RAW CAD and Product Data
- All interactions and updates must be available in China at the same performance levels – no impact due to Chinese Firewalls
- Provision of data updates for configurator back-ends or must not exceed 1 hour every night, data must be "swapped" without service interruption
- Provision of data updates for configurator front-ends or must not exceed 10min at any time, data must be "swapped" without service interruption
- Provision of data updates for SAP RR must not exceed 10min every night
- Web Systems must be available 24/7/365 with 99,9% availability rate
- PoS Systems must be available 365 days a year from 4am to 23pm (local time) with 99% availability rate during these hours
- Provision of product data updates for PoS front-ends or must not exceed 5 hours during nightly update, data must be "swapped" without service interruption. If necessary data packages need to be distributed in increments.
- Pricing calls from SAP RR to new pricing engine should not exceed 2 seconds per pricing call
- Deployments should not require substantial downtimes, must be less than 1h.
- The following data Security requirements apply to all systems:
  - Systems must adhere to GDPR and any applicable national data privacy legislations for the handling of customer, dealer and employee data
  - Systems need to protect the Rolls-Royce intellectual property, that means e.g. that it must not be possible to reverse engineer from 3D real-time streams to original CAD dimension and drawings
- Available standard virus scanners and other malware protection software used by customers, dealers or employees must not negatively impact the performance of real time rendering streams

Specific requirements for Delivery Package 3 and DP8
The following minimum performance expectations are defined:

- Fluent visualisation of video content as known from actual DVD/BluRay players.
- Fluent visualisation of the RRMC vehicle portfolio on the suggested infrastructure (60fps on desktop, 120fps for VR)
- Short time to switch between the vehicles: < 10 seconds.
- Short startup time of the PoS configurator system: < 1 minute
- Easy handling of the installation and configuration of the PoS system at the dealership.

## 6.4  Classification and Differentiation to other running Projects

Other running projects with relevance to the new configurator include:

- - Release of the new Rolls-Royce Motor Cars website
- - Revision of Rolls-Royce brand strategy and values
- - Establishment of "MyRR" as a central customer login
- - Rollout of VPP.Next for BMW and MINI
- - Future changes in BMW Group 3D master model process and CAD data structures

The alignment with these projects and initiatives needs to be investigated and considered in each of the delivery packages.

## 6.5  Delivery Package 1: Analysis and Alignment

This Delivery Package will lay the foundation for the whole project and influence the following Delivery Packages. It defines the execution of next steps based on the already defined detailed Business Requirements and the decided implementation scenario and implementation approach. Thus, it is not independent of but a prerequisite for other Delivery Packages although some of the following delivery packages will start before DP1 is completed. As part of the offer, the service providers are expected to present e.g. the assumed timeline to deliver the project as well as the respective project organisation for each offered implementation scenario. This delivery package will refine the service provider's approach and align the RRMC and service provider project organisation and project delivery model based on the selected implementation scenario.

The outcome of this Delivery Package is a profound target picture for all relevant processes, systems, and business requirements etc. of the new configurator landscape delivered in the selected and aligned implementation scenario.

The delivery package creates the following deliverables:

- • A refined roadmap and project plan aligned with RRMC and BMW in case of a Hybrid scenario or stand-alone scenario (also in case we only utilise the garage of UCP)
- • Decision if VPP.Next will be re-used in the selected implementation scenario
- • The target IT landscape detailed between service provider and RRMC / BMW
- • Implications to "how" some of the business requirements are delivered in the now known target landscape (no scope change foreseen, but refinement of timing and approach )
- • The setup and ramp-up of the project organisation
- • Inclusion of first result from a BMW security requirements assessment in the target IT landscape
- • Establishment of systems access and data access as preparation step for DP2
- • Establishment of the test and development environments and connections for DP2 and following DP's
- • Defined Roadmap and sequence for DP4 in regards to the platforms/devices to release the configurator
- • Provision of VPP hardware if hybrid scenario includes this (for service provider and for RRMC) to support development and test for DP3.

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task D: Data Analytics and Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

**Acceptance Criteria**

For a successful completion of the delivery package, the following documents need to be accepted and signed-off by the Rolls-Royce Motor Cars Project lead or a nominated representative:

- Target IT system landscape and IT transformation roadmap (e.g. PowerPoint)
- Target process definition and refined Business requirements "HOW" (e.g. PowerPoint, Excel)
- Design Concept of the User Experience Journey (e.g. Powerpoint)
- Summary of analytics use cases (e.g. PowerPoint)
- Project organisation and governance including project management tools (e.g. Power-Point)
- Overall Project Milestone Plan (e.g. PowerPoint)

## 6.6  Delivery Package 2: Initial Back-End and Rule-Engine

This Delivery Package will lay the foundation for the work on the system and process landscape. Thus, it is partially dependent on the Analysis and Alignment Delivery Package 1 and a prerequisite for other Delivery Packages.

The package should include the development of the configurator back-end and its integration into the overall configurator landscape. This should include interfacing a back-end service into the necessary existing BMW/RR data services (i.e. product and emission data), establishing the necessary functional landscape (i.e. cloud based microservices) and development of the core configuration engine (i.e. data generation and rule engine).

The goal of DP2 is to deliver the configurator back-end and rule engine required to implement DP3 but not for all requirements of subsequent delivery packages.

The task for the service provider will differ depending on implementation scenario.

In the case of a hybrid implementation scenario with DP2 using UCP as back-end, this DP will deliver the integration of Rolls-Royce requirements into the UCP as well as the connection of Rolls-Royce data sources (e.g. for product and emission data) to the UCP. Last but not least it will include the integration of the StandRI Rolls-Royce into the UCP.

The service provider will be responsible to manage the delivery of DP2 in the hybrid integration scenario, the actual technical implementation work for DP2 will be a provision of RRMC and

BMW using other service providers. In case the service provider requires additional micro-services in order to integrate into UCP, then these additional microservices need to be provided by the service provider as part of this contract. It will be essential for the service provider to present a feasible collaboration strategy for DP2 in the hybrid implementation scenario.

In case of a standalone scenario (with possible reuse or integration of some UCP micro-services) the responsibility of the service provider not only contains the responsibility to manage the delivery of DP2 but the service provider will also be responsible to fully deliver the actual implementation of the DP2 scope.

In all cases DP2 has to be completed before DP3 can be completed, but DP3 can start before DP2 has ended

DP2 does includes the scope to lay the foundation of DP3 and DP10, it does not contain the necessary changes required by other delivery packages. In case the configurator back-end needs to be extended e.g. for pricing integration or analytics, the necessary configurator back-end changes are considered scope of the respective delivery package.

**Key estimation premises for service providers for hybrid scenario**

- Complete Functional Replacement of VDML and RR-Datgen by reusing the Sulzer libraries to generate the OOOKB and CKB files needed for new UCP/StandRI
- Content Management and provision of Inspired Specs for the respective front-ends (PoS, Web, Ordering configurators) as a micro-service to be connected to UCP
- Content Management and provision of individual bespoke elements available in the 3D Pipeline (3D data and/or colours/textures) which are not available in product master data as a micro-service to be connected to UCP to be retrieved from any front-end connected to UCP
- Integration into GCDM and My RR as well as Virtual Garage re-using UCP microservices
- Provision of comprehensive raw analytics data capture from UCP for use in data analytics tools

The service providers can assume in the hybrid scenario that offline capability for UCP will not be available, it will not be required by the service provider to provide an extension to allow a fully offline back-end for the PoS configurator.

**Key estimation premises for service providers for stand-alone scenario**

- Complete Functional Replacement of VDML and RR-Datgen for the PoS Configurator
- Content Management and provision of Inspired Specs for the respective front-ends (PoS, Web, Design, Ordering configurators) as a micro-service to be connected to new configurator back-end
- Content Management and provision of individual bespoke elements available in the 3D Pipeline (3D data and/or colours/textures) not available in product master data to be retrieved from any front-end (PoS, Web, Design, Ordering configurators) connected to new configurator back-end
- Integration into GCDM and My RR as well as Virtual Garage re-using UCP microservices
- Provision of comprehensive raw analytics data capture from new configurator back-end for

use in data analytics tools

- 

The service providers should not include effort to provide a solution for a fully offline back-end for the PoS configurator.

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

**Business Requirements to be implemented in this Delivery Package** include:

- Implementation of new systems and configuration of the required interfaces
- This will depend on the implementation scenario chosen (see above and chapter 5.2.6.2)

## 6.7  Delivery Package 3: Point of Sale Configurator

This Delivery Package will lay the foundation for any configuration solutions at dealerships. Thus, it is not independent of but a prerequisite for other related Delivery Packages.

Additionally it is expected that the configurator control front-end for the 3D image service will lay the foundation for all other configurator front-ends from a technical and a general user experience approach to maximise every possible synergy but without detrimental effect to the use-case specific requirements for each configurator front-end. Therefore RRMC assumes that the control front-end will not be a native app but a standardised web interface. The web interface needs to be able to be used via a normal desktop or via a large screen tablet (IOS, Android, Windows 10) depending on the actual customer situation.

The Point of Sale Configurator provides a configurator solution for Rolls-Royce Motor Cars dealerships. It must provide the functionality to fully configure a car, which must be buildable and must provide high definition photorealistic vehicle imagery. As basic functionality there must be the possibility to save and handover the configuration to different processes (e.g. ordering configurator), thus reducing the risk of lost configurations.

The Point of Sale configurator must offer a superior user experience in keeping with Rolls-Royce CI and brand strategy, regardless of the implementation scenario. The emphasis should be on an organic and flexible configuration flow, with consideration of different use cases based on time availability of each user.

The Point of Sale configurator should include a dual screen approach including a fixed customer facing configurator front-end, and a mobile control front-end. The control front-end,

should be capable of driving the customer facing configurator, as well as working independently. The control front-end should include an Expert mode (for dealer use), allowing access to expert options/features, and a simplified navigation approach for faster configuration.

The task for the service provider will differ depending on implementation scenario.

In the case of a hybrid implementation scenario where DP3 is using VPP.Next as visualisation engine, this DP will deliver the integration of Rolls-Royce requirements into the VPP.Next as well as the implementation and connection of the new Rolls-Royce Control Front-End to the VPP.Next.

The service provider will be responsible to manage the delivery of DP3 in the hybrid integration scenario, the actual technical implementation work for the visualisation engine for DP3 will be a provision of RRMC and BMW using other service providers. It will be essential for the service provider to present a feasible collaboration strategy for DP3 in the hybrid implementation scenario.

In case of a standalone scenario the responsibility of the service provider not only contains the responsibility to manage the delivery of DP3 but the service provider will also be responsible to fully deliver the actual implementation of the DP3 scope.

**Key estimation premises for service providers for hybrid scenario**

- VPP.Next upgrades for user experience and individual placeholders will need to be "designed" but not implemented by the service provider
- Implementation of the PoS configurator control front-end and integration with VPP.next
- Hardware provision, rollout and support process fully in place through BMW Group
- Additional 2D images for the PoS control front-end configurator will need to be provided by the service provider, CoSy will no longer be providing images by RRMC and BMW (apart from the current status quo product images)

Please do not include hardware costs for this scenario. The service provider needs to include the effort, costs and licenses to provide the DeltaGen based input files for the VPP.Next in the additional costs as a dedicated line item. We assume that RRMC will not provide the current files from the 3D Mediapool anymore to the service provider. These DeltaGen files will need to be provided as an output from the new 3D Data pipeline of DP10. See also details in chapter 6.14.

**Key estimation premises for service providers for stand-alone scenario**

- New Control front-end aligned with other front-ends supporting all current and additional bespoke capabilities including RR user experience
- Complete Solution needed for 3D render engine and full hardware provision, rollout and support for PoS.

The service provider needs to indicate all additional costs and licenses for the above topics.

Please only indicate hardware costs only for workstation for local rendering of 3D stream as part of the additional costs info section. Costs for VR headsets, IPads or screen costs can be

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:        Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

provided but need to be separated from DP3 and other additional costs. These items will either be procured by the dealers directly or through RRMC.

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task D: Data Analytics and Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

**Business Requirements to be implemented in this Delivery Package** include:

- New high-quality tool for photorealistic visualisation in showrooms
- Minimum 3D 4k resolution future proof visualisation technology
- A Rolls-Royce user experience optimised for the point of sale configuration process that inspires the customer with an engaging, storytelling format of all models and hero features
- An organic and flexible configurator flow process for the dealer and the customer respectively
- The configurator experience must consider the different use cases based on the time availability of customer (e.g. full configurator experience with time available vs short configurator experience with little time availability).
- Functionality to define and visualise "Inspired Specifications", providing configuration guidance and inspiration to users.
- Functionality to allow creation of a digital customer "take home"
- Dual screen capabilities allowing the dealer to independently control the configuration journey (i.e. integration of dealer "control front-end")
- Provide a content management system for steering the front-end content.
- Functionality to allow dealers to save/store configurations and subsequently allow importing into the ordering system (SMS).
- Ensure dealers are trained and proficient in the operation of the system and its functions via e.g. web-based training or video tutorials.
- Capture of configuration and behavioural data and provision of data analytics front-end for use within the RR business. Analytics should include (but not limited to), vehicle, option and colour take rates, Inspired Specification usage, behavioural trends (i.e. how long to configure, drop-out rates, split by region and/or geography), and system performance.
- Updates via online updater to all showrooms
- Dedicated Render Hardware roll-out and delivery as per chosen scenario

## 6.8  Delivery Package 4: Web Configurator

This Delivery Package will lay the foundation for any online configuration solutions. Thus, it is not independent of but a prerequisite for other related Delivery Packages.

The Web Configurator is accessed via the Rolls-Royce Motor Cars website by potential customers and enthusiasts. The core aim of the web configurator should be to "inspire" users, and in the case of prospective purchasers, push them towards contact with a dealership. The proposed solution therefore does not need to be a fully functioning configurator with all options, colours and rules available. In essence, it should serve as a "Visualiser" to inspire and engage users with a selection of hero colours (exterior, interior) and unique Rolls-Royce features.

It must provide an immersive user experience, allowing the user to interact in an organic and non-linear flow. It should also include engaging touchpoints for the user to explore the product in more detail (i.e. videos, animations).

The user should have the ability to visualise configurations in 3D, photorealistic quality. Imagery should be pre-rendered allowing high-quality visuals to all users and subsequently reducing real-time rendering costs. In a low bandwidth scenario 2D HD pre-rendered images will be sufficient.

Functionality should be available to allow users to save and share configurations online, including the ability to transfer configurations and request contact from dealerships.

It is foreseen that this delivery package will initially deliver an optimised web configurator for a single platform (e.g. desktop, tablet), with DP5 delivering optimisation for further platforms (e.g. mobile devices). It has to be stressed that it needs to be ensured that a maximum of synergies with the PoS configurator front-end of DP3 is achieved in the implementation work of DP4. Deviations based on use-case specific business requirements will be needed but we assume a high level of alignment of the respective configurator front-ends.

This delivery package should also include the enablement of other systems, currently reliant on the existing COSY imagery service, to be able to utilise the new imagery service for 2D image provision. Again it is perceived that the images for these systems can be pre-rendered as they usually deliver images for actual orders which do not change all the time. The pre-rendering could be triggered whenever the related order configuration changes and make the required defined 2D images available for the relevant systems.

We are looking also for other ideas (and their respective change of premises) to allow an even higher re-use factor with DP3 (e.g. a stand-alone visualiser that might not be fully integrated but can be updated on-demand).

**Key estimation premises for service providers for hybrid scenario**

- As part of this delivery packages it is required to include the special order product content via text placeholder codes and VDML identifiers (or their replacement) offered by the configurator back-end It is not required to provide functionality for individual bespoke placeholders without product master data codes.

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

The service provider needs to include the effort, costs and licenses to support the provision of the 2D real-time rendered images for the web configurator and other receiving systems. Please assume an average number of 1 million 2D HD images per month in order to allow safeguarding current systems relying on these images if no pre-rendering is possible.

**Key estimation premises for service providers for stand-alone scenario**

- As part of this delivery packages it is required to include the special order product content via text placeholder codes and VDML identifiers (or their replacement) offered by the configurator back-end It is not required to provide functionality for individual bespoke placeholders without product master data codes.

The service provider needs to include the effort, costs and licenses to support the provision of the 2D real-time rendered images for the web configurator and other receiving systems. Please assume an average number of 1 million 2D HD images per month in order to allow safeguarding current systems relying on these images if no pre-rendering is possible.

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task D: Data Analytics Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

**Business Requirements** to be implemented include:

- Development of a new Rolls-Royce Motor Cars configurator system enhanced for online use.
- Provide photorealistic visualisation optimised for online delivery that ensures uncompromised performance, see non-functional requirements in chapter 6.3.4.2.
- Provide a user experience journey that demonstrates an organic and flexible configurator flow process and user experience for dealers and customers in-line with the brand strategy and values. The emphasis should be on delivering a unique, tailored and immersive experience, moving away from the traditional linear configuration journey.
- The user experience should include engaging touch points and storytelling throughout the configuration journey, bridging the knowledge gap for the user on a Brand and Product level.
- Functionality to define and visualise "Inspired Specifications", providing configuration guidance and inspiration to users.
- Incorporate all necessary vehicle data and fuel efficiency legislation (i.e. vehicle emission data, disclaimers).
- Provide a "Virtual Garage" functionality allowing users with a MyRR account to store/load configurations.

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

- The ability to generate a configuration that can be freely distributed without a MyRR account (i.e. URL or QR code)
- Ability for qualified customers to share configuration from Virtual Garage with selected dealership and receive changes that dealership makes to configuration
- Include levels of user access, allowing for enhanced experience, functionality and product offer depending on access level (e.g. public vs customer vs expert)
- Ensure integration of product data and rules seamlessly into the configuration process (i.e. automatic conflict resolution)
- Privacy and data protection regulations needs to be taken into account.
- Provide a content management system for steering the front-end content.
- Enhance the data analytics implemented in DP3, to include configuration and behavioural data from the web configurator.
- Ensure all existing systems (e.g. IPS-L) utilising COSY imagery can call and display the new imagery service. The existing COSY data and service will still be available to support historic data requirements (older models), however, this should be a static data set and will not be updated with new model/option data.


## 6.9  Delivery Package 5: Omni-/Multi device (OPTIONAL)

This Delivery Package builds on the Web Configurator. Thus, it is not independent of but requires the Web Configurator as a prerequisite.

In this Delivery Package, the Web Configurator will be extended to accommodate the requirements of further suitable devices. This might for example include mobile or tablet versions (e.g. Android/IoS). A specific selection of these devices and a solution strategy will be developed by the service provider in collaboration with the Rolls-Royce Motor Cars Project Team. The focus must be on the devices currently used by the current and potential Rolls-Royce Motor Cars owners and they must be prioritized in the solution strategy.

It has to be stressed that it needs to be ensured that a maximum of synergies with the web configurator front-end of DP4 is achieved in the implementation work of DP5. Deviations based on use-case specific business requirements will be needed but we assume a high level of alignment of the respective configurator front-ends.

**Business Requirements to be implemented in this Delivery Package** include:

- Full multi-device capabilities (Minimum: mobile, tablet, desktop computer)
- Optimised UI for the relevant devices
- Ensuring imagery is scaled/optimised for each device and bandwidth capabilities


**Key estimation premises for service providers for hybrid scenario**

- In analogy to DP4

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:     Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

==Key estimation premises for service providers for stand-alone scenario==

- ==In analogy to DP4==

      **Relevant Tasks:**

- Task A: UX Design and System Development
- Task D: Data Analytics Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

## 6.10 Delivery Package 6: Ordering integration

This Delivery Package builds on the Point of Sale Configurator. Thus, it is not independent of but requires the Point of Sale Configurator as a prerequisite.

To enable a seamless customer experience and dealer journey, the Rolls-Royce central ordering systems (RR SAP/SMS) need to be integrated into the new configurator landscape. Dedicated ordering functionality needs to be available for dealer and central users, alongside the ability to automatically load and transfer configurations to and from the existing ordering systems. It is currently envisaged that the ==PoS control configurator front-end will be extended to integrate an ordering mode at least for the desktop version. This Delivery Package will replace the current Ordering Configurator called by SAP RR SMS.==

**Business Requirements to be implemented in this Delivery Package** include:

- Integration of the new configurator system with the existing ordering systems and ordering process. Please refer to supporting document "Customer Journey Process Flow" for a more detailed integration proposal.
- Development of dealer ordering mode ("professional mode") within the PoS control front-end configurator optimised for efficiently placing or amending final configurations away from customers (e.g. stored favourites and preferences, simplified UI, imagery on demand, and conflict resolution on demand).
- Additional ordering information available within the configurators and order summary (e.g. option lead time, Bespoke feature flagging)
- Ensure dealers are enabled to use updated Point of Sale Configurator (e.g. through trainings)
- Verify that dealers are enabled (e.g. provide framework to measure enablement/improvement)

==Key estimation premises for service providers for hybrid scenario==

- ==The ordering enabled configurator front-end needs to be able to push configurations into SAP RR using the current interfaces available between SAP RR and RROC (see appendix==

SAP RR Sales IFC and Documentation).
- Order creation or order amendment is assumed to be triggered from SAP RR to UCP, which in turn will utilise the ordering enabled configurator front-end by the service provider.

Please note that it needs to be possible as fallback to switch to cloud based streaming for visualisation similar to a lower bandwidth web configurator visualisation in case the local hardware is not yet in place at the dealer or is not operation ready for any reason. Ordering capability of the ordering configurator front-end must also be possible without any visual representation as a fallback.

**Key estimation premises for service providers for stand-alone scenario**

- Provision of ordering enabled configurator front-end including "expert/professional" user functionality based on configurator front-end from DP3.
- Provide inbound and outbound interface between the ordering enabled configurator / back-end and RR SAP using the current load/store interface messages (possibly minor modifications e.g. in attributes to share customer references).

Please note that it needs to be possible as fallback to switch to cloud based streaming for visualisation similar to a lower bandwidth web configurator visualisation in case the local hardware is not yet in place at the dealer or is not operation ready for any reason. Ordering capability of the ordering configurator front-end must also be possible without any visual representation as a fallback.

**Relevant Tasks:**

-   Task A: UX Design and System Development
-   Task B: System Integration
-   Task C: Process Integration
-   Task D: Data Analytics Integration
-   Task E: Rollout and Transformation Management
-   Task F: Project Office

## 6.11 Delivery Package 7: Pricing integration

This Delivery Package builds on the Point of Sale Configurator. Thus, it is not independent of but requires the Point of Sale Configurator as a prerequisite.

To enable a seamless customer experience, pricing information needs to be made available by the dealer in the Point of Sales Configurator at any time. Pricing information will only be shown at the dealer's discretion during the sales consultation.

Please note that SAP RR does not provide pricing mechanism for car configurations. Today SAP RR calls the RROC back-end with a defined configuration object to obtain model and feature prices (wholesale, retail and internal prices for defined pricelists/regions). SAP RR stores this price information and extends it with certain country specific price information (e.g.

Rolls-Royce Motor Cars: TE:4427 Invitation to Tender:    Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

gas guzzler tax in the US).

RRMC does not provide country or state specific end customer prices, this is currently handled by the dealers in their respective invoicing systems and it is not planned to be changed.

**Business Requirements to be implemented in this Delivery Package** include:

- Integration of vehicle and options pricing data into the Point of Sale & Ordering Configurator from the pricing service of the configurator back-end.
- Correct calculation of retail and wholesale pricing for models, options, colours, packages and price combinations.
- Additional price adjustment functionality for incorporating local taxes and currencies
- Development and integration of a price maintenance tool used to maintain pricing in the configurator front-end. This should include pricing of models, colours, options, packages, wholesale factors.
- Ability to update the pricing within the configurator on demand.
- Ability to define and generate pricelists from the price maintenance tool.
- Update of available product data within the price maintenance tool on a daily basis.

**Key estimation premises for service providers for hybrid scenario**

- Integration of the relevant dealer configurator front-ends to the UCP pricing services using the existing UCP interfaces
- Complete functional replacement of VDML for price maintenance and pricelist generation.

**Key estimation premises for service providers for stand-alone scenario**

- Full pricing integration within the new dealer facing configurator front-end via the new configurator back-end
- Complete functional replacement of VDML for price maintenance and pricelist generation.
- Provision of the back-end configurator pricing service which is called from SAP RR to obtain prices using the current interface structure between SAP RR and RROC (see appendix SAP RR Sales IFC and Documentation).

**Relevant Tasks:**

- Task A: System Development
- Task B: System Integration
- Task C: Process Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

## 6.12 Delivery Package 8: VR integration (OPTIONAL)

This Delivery Package builds on the Point of Sale Configurator. Thus, it is not independent of but requires the Point of Sale Configurator as a prerequisite.

In this Delivery Package, the existing visualisation and configuration capabilities of the Point

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:    Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

of Sales Configurator will be transferred to virtual reality (VR) as an additional visualisation medium. The dealer will be able to offer potential customers a virtual tour and configuration experience. The solution must be integrated within the overall Rolls-Royce dealer experience, providing an effortless and engaging experience in an environment that the user is comfortable to explore the virtual world.

**Key estimation premises for service providers for hybrid scenario**

- VPP.Next VR upgrades for user experience and individual placeholders will need to be "designed" but not implemented by the service provider
- Hardware provision, rollout and support process fully in place through BMW Group

Please do not indicate hardware costs for this scenario. The service provider needs to include the effort, costs and licenses to provide the DeltaGen based input files for the VPP.Next VR in the additional costs. We assume that RRMC will not provide the current files from the 3D Media-pool anymore to the service provider. These DeltaGen files will need to be provided as an output from the new 3D Data pipeline of DP10. See also details in chapter 2.14.

**Key estimation premises for service providers for stand-alone scenario**

- Updated new control configurator front-end aligned with other front-ends supporting all current and additional bespoke capabilities including RR user experience
- Complete Solution needed for VR 3D render engine with full rollout and support

The service provider needs to indicate all additional costs and licenses for the above topics.

VR headset costs can be provided but need to be separated from DP8 and other additional Costs. These items will be procured by the dealers directly.

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

**Business Requirements to be implemented in this Delivery Package** include:

- Implementation of virtual reality (VR) capabilities for the Point of Sale Configurator
- High quality visualisation quality, including advanced lighting and reflections
- Creation of an effortless customer experience, including wireless headset and user friendly steering for customer and dealer.
- Ensure the solution is optimised for the Rolls-Royce dealer showroom (e.g. positioning within the dealer floor area)
- Ensure the concept can be utilised in other display areas (e.g. Pop-up showrooms, events, motor shows)
- System and Hardware support and maintenance
- Ensure dealers are enabled to use updated Point of Sale Configurator (e.g. through

trainings)
- Dedicated Hardware roll-out and delivery


## 6.13 Delivery Package 9: Collaboration Suite (OPTIONAL)

This Delivery Package builds on the Web Configurator. Thus, it is not independent of but requires the Web Configurator as a prerequisite.

The collaboration suite will create a platform where customers can interact with dealers and/or Rolls-Royce Motor Cars sales or design teams to create their desired configuration. This platform should be embedded within the overall "My RR" login and incorporate the Web Configurator. In contrast to the "Virtual Garage" feature implemented initially with the Web Configurator, this Delivery Package should enable full two-way interaction between multiple parties at the same time.

The collaboration suite should also integrate an online "Design Configurator" which can be used by the Rolls-Royce design team to create and share highly individual Bespoke configurations.

**Key estimation premises for service providers for hybrid scenario**

- Collaboration Suite requirements for the UCP for user experience and individual bespoke placeholders will need to be "designed" but not implemented by the service provider.
- Collaboration Suite requirements for the front-end for user experience and individual bespoke placeholders will need to be implemented by the service provider based on the previously described web configurator front-end.
- Collaboration Suite requirements for the content management for individual bespoke placeholders will need to be implemented by the service provider.

**Key estimation premises for service providers for stand-alone scenario**

- Complete provision of Collaboration Suite requirements for new configurator front-ends, back-ends as well as related content management functionality has to be provided by the service provider


**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task D: Data Analytics Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office


**Business Requirements to be implemented in this Delivery Package** include:

- Customers, dealers and/or designers can interact on a common platform. Dealers and designers should be able to view and edit configurations that customers shared with them.
- Full integration with the web configurator, My RR and Virtual Garage (My Garage).
- Include a communication tool, allowing for multilateral communication (e.g. between customer, dealer, Rolls-Royce design team).
- Configuration session sharing capability, allowing multiple users to view a configuration session live (imagery should be scaled based on bandwidth 3D vs 2D).
- Ensure users can receive update notifications (either by mail or MyRR)
- Allow functionality to upload and share files (e.g. .jpg, .pdf)
- Enabled to support the introduction of video call/chat functionality.
- Ensure all historical interactions within the tool are stored (i.e. store conversation history).
- Development and implementation of the Collaboration Suite into the to-be IT landscape and configurator solutions
- The design and UI must be in-keeping with the RR brand values and CI
- Privacy and data protection regulation needs to be taken into account


Design Configurator:

- Development of a "Design Configurator" which allows the same configuration freedom as the *Imagery Validation tool.*
- Allow load/store and send configurations between dealer and customer online and PoS configurator
- Integration with MyRR and Virtual Garage platform
- Ability to generate digital take home (as with PoS configurator)
- Ability to add additional personalisation, individual features or Bespoke interior and exterior colours


## 6.14 Delivery Package 10: 3D-Data Preparation Process

This Delivery Package will lay the foundation for a new visualisation engine. Thus, it is not independent of but a prerequisite for the whole new configurator.

The 3D-Data Preparation Process provides the basis for photorealistic visualisations. It must provide the functionality to visualise car configurations in the highest quality standards. Additionally, the specific Rolls-Royce Motor Cars flexible colouring approach must be integrated.

**Key estimation premises for service providers for hybrid scenario**

- Estimate the complete 3D pipeline necessary to provide the imagery to all front-ends, including all costs in consultant days as well as additional costs (e.g. licenses, hardware, material and texture capturing). Please study the image processing requirements in detail.
- Additionally estimate to output the necessary DeltaGen models for use in the VPP.Next Unreal engine
- The costs for the 3D pipeline over the course of the years needs to be detailed. Please do

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:     Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

not assume a yearly flat fee as the roadmap of product changes is not following a flat line, see further below.
- RRMC expects a full service to be provided, any additional RRMC effort required by the service provider needs to be clearly indicated.

RRMC and BMW currently assume that the licenses required to create the DeltaGen models will be provided by BMW to the service provider. Please indicate the amount of required licenses.

**Key estimation premises for service providers for stand-alone scenario**

- Estimate the complete 3D pipeline necessary to provide the imagery to all front-ends, including all costs in consultant days as well as additional costs (e.g. licenses, hardware, material and texture capturing)
- The costs for the 3D pipeline over the course of the years needs to be detailed. Please do not assume a yearly flat fee as the roadmap of product changes is not following a flat line, see further below.
- RRMC expects a full service to be provided, any additional RRMC effort required by the service provider needs to be clearly indicated.

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

Functionality is required to allow the business to validate the imagery outside of the configurator. This is to ensure the imagery is accurate and correctly mapped prior to releasing to the live configurator. This tool is referred to as the *Imagery Validation Tool* throughout the document.

**Business Requirements to be implemented in this Delivery Package** include:

- Automate 3D data preparation process as far as possible. The current process is highly manual. A BMW Group general overview of the current timeline to generate 3D Master Models is included in the appendix "BMW Group Timing 3D Regular Process".
- Update Frequency MVP: The update frequency should be at least 12 times a year for the geometries and daily inclusion for product as well as price master data. The total turn-around time between new CAD Data becoming available from engineering to productive use in a customer/dealer facing front-end should be possible in less than one month. This has to include all preparation, review & optimisation activities and deployment to all dealer systems worldwide.
- The 3D model management software needs to allow various export formats, which are detailed in the appendix "Imagery process requirements".

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

- It must be possible to easily generate Marketing Assets out of the 3D models prepared in this process.
- Data must be prepared and ready to be used in an omni-channel approach across multiple devices and user experience journeys, including VPP.Next.
- Deliver an Imagery Validation Tool - a front-end view of all 3D/2D imagery generated from the visualisation engine. The tool should show all option/colour code mapping to the relevant image. No master data rules are required (e.g. no restrictions on option or colour combinations)
- Ability for Imagery Validation Tool users to upload a configuration string generated by the web or PoS configurator (i.e. URL/QR code) into the Imagery Validation Tool, amend, save and export the configuration.

The scope of this delivery package also includes the initial and ongoing provision of the 3D master data ready to be used by the visualisation engine according to the following over-view of product changes and new introductions:

| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|
| **Active Models/Variants RRx** | 5 | 5 | 7 | 7 | 5 | 6 |
| **New model** | | 1 | | | 1 | |
| **New model variant** | 1 | 1 | | | | 1 |
| **LCI of model** | | | | 1 | 1 | |
| **New Collection Cars** | | 3 | 3 | 3 | 3 | 3 |
| **New visual features for current portfolio** | 20 | 80 | 100 | 60 | 60 | 80 |

The current product and variant structure is as follows:
- Wraith RR5 and Wraith Black Badge RR5, no further LCI planned
- Dawn RR6 and Dawn Black Badge RR6, no further LCI planned
- Phantom Short Wheelbase RR11, Long Wheelbase RR12, one small LCI planned
- Cullinan RR31 and Future Cullinan Black Badge RR31, one LCI planned

New products and variants
- RR21 Short Wheel Base and RR22 Long Wheel Base, possibly Black Badge RR21
- RR25 and possibly RR25 Black Badge

The service providers are asked to propose how to implement the full 3D Data preparation process from raw CAD data to the final data format required for all defined output formats (including the capturing of texture samples for all future features and colours as wells a re-capture of textures which are not available in sufficient quality for 4K rendering). The service providers need to detail out their exact requirements of how the raw CAD data and additional information need to be provided to allow the delivery of the 3D model in the requested quality and frequency.

For the initial year we only expect little changes to the portfolio as indicated in the first column because at the time of project start most of the product changes for 2019 have already taken place. Thus there will be little change coming end of 2019 compared to the initial preparation for the current product range.

Please include information about the relevant security certifications that are available for your service that allow you (the service provider) to process highly confidential construction

data of new products before market launch.

The current available 3D master models, soft part modelling and technical content models for RR11/RR12 and RR31 in the various formats available in the 3D Mediapool define the minimum reference quality for the service providers. These can be requested through the 3D Mediapool (https://mediapool.bmwgroup.com). Please request an account and request the necessary content (see appendix "3D Mediapool Order IDs for 3D Master Files") using the key word "CR-F Configurator" as reference.

Only in case you cannot offer to work from raw CAD data:

*Additionally, service providers may decide to additionally offer a reduced approach that does not include the initial step of 3D Data preparation but starts from the existing 3D Data Model available from a different partner contracted by the BMW Group (DeltaGen CSB for RR11, RR12, RR31, RR21, RR22 and following models, Showcase format for RR5, RR6). Additional available formats include MAYA 2013, FBX and OBJ as well as MAYA 2011 for soft part Modelling (QUAD parts).*

*However it has to be understood that this will be considered a handicap in the selection process as it will require RRMC:*

- *to continue to contract the existing or a new partner to deliver the DeltaGen models*
- *to prepare DeltaGen models for the product range RR5 and RR6 (for which no DeltaGen) is yet available in case the Showcase format cannot be used in the new configurator landscape)*
- *to request changes to the current DeltaGen structure to support the Rolls-Royce Colouring approach unless this can be provided by the service provider as a later activity*
- *only receive 3D Master Model updates for 3 points of time per year (in 3 maturity levels respectively)*
- *to carry additional costs for the inclusion of features or collections that will fall outside the 3 points of time per year update cycle*

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

## 6.15 Delivery Package 11: Data Analytics Concept (OPTIONAL)

This Delivery Package will be relevant along the whole project. Thus, it is interfacing with all delivery packages where data is being created and transferred.

The data analytics concept will be concerned with:

- Generating actionable insight into collected data along the configurator user experience journey (Web and Point of Sale)

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

Collected data will ideally be matched with existing customer insights in Salesforce. Derived insights are used to adjust the customer journey in order to achieve the best possible experience.

**Key estimation premises for service providers for hybrid scenario**

- Expansion of the existing data analytics within UCP applications. The service provider will be responsible for the design but not implementation.
- Creation of an interface for aggregated analytics data from new front-end configurator applications and SalesForce.

It is assumed that the raw data collection is part of every delivery packages. This delivery package will process this available raw data for analytics purposes. The currently required key aspect is the insight into the aggregated product and configuration trends of the configurators.

**Key estimation premises for service providers for stand-alone scenario**

- Development of data analytics for data collected within the PoS and web configurator applications.
- Creation of an interface between the configurator applications and SalesForce.

It is assumed that the raw data collection is part of every delivery packages. This delivery package will process this available raw data for analytics purposes. The currently required key aspect is the insight into the aggregated product and configuration trends of the configurators.

**Relevant Tasks:**

- Task A: UX Design and System Development
- Task B: System Integration
- Task C: Process Integration
- Task D: Data Analytics Integration
- Task E: Rollout and Transformation Management
- Task F: Project Office

**Business Requirements to be implemented in this Delivery Package** include:

- Connection to relevant interfaces for data collection in all configurator-related systems
- Customer insights are generated based on behavioural tracking and connection to Salesforce/MyRR profiles or social sign-on
- Analytics data is provided and processed via APIs or a central platform
- Possibilities for A/B testing in configurator systems to enable continuous improvement
- Privacy and data protection regulation to be taken into account

Rolls-Royce Motor Cars: TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

## 6.16 Delivery Package 13: Operation and Maintenance

This Delivery Package will be relevant along the whole project. Thus, it is dependent of the whole configurator hardware.

The service provider is responsible for the operation and maintenance of the provisioned services for the duration of the awarded contract. This means that after the project, the built configurator, its systems, processes, hardware, interfaces must be maintained and continuously improved.

**Relevant Tasks:**

- Task E: Rollout and Transformation Management
- Task F. Project Office

**Key estimation premises for service providers for hybrid scenario**

- Estimate the costs only for software and system provided by you, the service provider
- Please do not include training costs for dealers in this delivery package
- Please do not include a first level customer support in this delivery package, support mechanism via technology can be included in the respective delivery packages but RRMC does not assume a call centre for customers will be included.
- Indicate the share of operations costs associated to every delivery package

**Key estimation premises for service providers for stand-alone scenario**

- Estimate the total costs for support and maintenance of all delivery packages
- Please do not include training costs for dealer in this delivery package
- Please do not include a first level customer support in this delivery package, support mechanism via technology can be included in the respective delivery packages but RRMC does not assume a call centre for customers will be included.
- Indicate the share of operations costs associated to every delivery package

**Business Requirements to be implemented in this Delivery Package** include:

- System and Hardware support and maintenance for both central servers as well as dealer hard- and software including but not limited to e.g.:
    - Security Updates, Certificates
    - Performance Monitoring and Improvement activities
- Delivery of system improvements for a pre-defined maintenance budget
- Provision of second level and third level support
- Provision of (hotline-) support for Dealers as well as for Rolls-Royce Motor Cars Users
- Operation of the configurator hardware at the dealerships

In general the total cost depend on the fact if some delivery packages are not executed and delivered. A reduction of the operation and maintenance costs is required, if any Delivery Package is delivered later in the project or will not be delivered. The service providers should outline the fixed maintenance cost (i.e. to the end of 2024) on a yearly basis in the price sheet.

For all these topics a detailed description of the delivered service is mandatory. Especially in the case of a licensed product, a description about how the service provider will set up his license model with the RRMC and/or dealers. Please indicate which deliverables are included in the license fees?

Rolls-Royce Motor Cars: TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

# 7   Organisational Aspects

## 7.1   Development and Quality Requirements

The project focusses on the delivery of Business Requirements for delivering in the overall view a configurator landscape, which is outstanding in the industry. Within the Delivery Packages the Business Requirements are given, which have to be achieved. The service provider must set up a quantity structure in which he describes the work involved and his proposed procedure.

**Previous results:**

Important background information service providers need to know in order to make a realistic proposal is contained in this document or is provided by the documents in the Appendix.

**Call for further ideas:**

The outlined ideas for the Rolls-Royce Motor Cars Configurator shall serve as minimum requirements. The service providers are invited to complement these strategies, concepts and methodologies in order to accomplish the Rolls-Royce Motor Cars Configurator vision in the appendix "Customer Journey Overview".

Implementation of the contracted service of work essentially depends on whether RRMC internal objectives can be attained with respect to the economic efficiency of the project. In order to use all economic potentials, RRMC explicitly asks the service provider to expand his offer, where applicable, with ideas and suggestions as to how the business case could be improved with a change to the set premises. These could be e.g. concept alternatives, suggestions for more efficient configuration of the services, illustration of inherent sourcing potentials, process/schedule alternatives, a change in performance interfaces / responsibilities, or similar. Please note that each suggestion must be shown as an additional option and that the following must be documented for each suggestion in the offer:

- Which premises are changed and how, which cost position is affected by this in accordance with the cost structure and how is this changed by the suggestion?
- What decision-making requirement or requirement to collaborate from RRMC and BMW exists, in addition to giving assent to the premises change, in order to be able to realise the potential?

**Quality assurance:**

In general, all results of the project phases must be accepted by Rolls-Royce Motor Cars. Rolls-Royce Motor Cars reserves the right to determine appropriate test procedures and criteria for acceptance (e.g. reviews, checklists) for each result.

All results to be accepted must be presented by the service providers for acceptance in electronic and editable form. This can be done, for example, by filing in previously agreed areas of the project drive.

All project results are checked after completion and submission by a suitable measure. The evaluation is carried out in the form of a traffic light colour, possibly supplemented by a list of

T. Poser Declaration Exhibit 5 - Page 134      **D/1/49**

defects and measures to remedy the defects.

Green:          Release without conditions or only minor defects to be remedied.

Yellow:        The result contains defects that hinder acceptance. The release is subject to the completion of agreed measures.

Red:            The result contains acceptance preventing defects or is not capable of acceptance. No release. The agreed measures are to be completed. The result is to be accepted again.

For the acceptance of software developments or configurations and data transfers, the quality assurance measures taken, must be documented by means of quality records (e.g. documentation of the test cases).

The BMW Group approach for Quality Assurance and Testing in an agile working models is added to the appendix "" as reference. The BMW Group ITPM guidelines apply generally and need to be adhered to by the service provider.

Due to the complexity of the overall system landscape and the requested scope it is advisable to setup a dedicated Test Management role within the service provider's project organisation that manages the provision of the relevant test environments as well as the overall planning, execution and monitoring of all test aspects.

In addition, provisions pursuant to chapter "General Terms and Conditions" shall apply.

**IT Security:**

The service provider undertakes to observe the RRMC and BMW rules relating to IT security (dated 01.03.2019), which can be viewed under the following link or will be made available upon request:
https://b2b.bmw.com -> Indirect purchasing -> Purchasing conditions -> Rules for IT security.)

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:      Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

## 7.2  Rolls-Royce Motor Cars Project Organisation



<mark>The above preliminary Rolls-Royce project organisation has been established.</mark>

## 7.3  Service Provider Project Organisation

Please illustrate the project organisation and communication structure you plan to establish for the delivery of this project, taking into account the entire performance period and any subcontractors, branches or associated companies used. This must take the Rolls-Royce Motor Cars specifications into account accordingly.

**Project organisation**

For the control and implementation of the project, the service provider needs to establish a central steering function (Overall Project Manager). The Project Manager will be responsible for the entire project including any implementation with regards to New Configurator Landscape, this also includes all interfaces and interface partners with existing and/or future systems. These systems might be managed and operated by sub-contractors of the service provider, other suppliers, BMW central and/or RRMC local IT departments. This function is also responsible for the steering and the work planning of the individual sub-project managers and interface partners in the project streams / work packages. This function leads his sub-project managers, interface partners and other relevant stakeholders, controls the progress of the project and regularly presents the status of the respective project streams or work packages according to individual agreements with Rolls-Royce Motor Cars.

<mark>The supplier project team is also responsible to handle any issues with central BMW IT and current suppliers for Configurator, VDML, etc. RRMC does not have an IT department to drive any discussions, processes, etc to support in this respect. This means for example the coordination to set up the necessary system environments, server, cloud space etc. the supplier will be responsible to coordinate all activities with the right contact partners.</mark>

The following basic principles are decisive for cooperation and the creation of results:

**Personal responsibility:**
- The service provider is responsible for meeting agreed deadlines and budget, ensuring quality and coordinating all necessary activities on the part of the provider and sub-providers, interface partners and other relevant stakeholders
- If the achievement of objectives is endangered, the service provider must provide information at an early stage, take independent measures and, if necessary, escalate.
- Obvious errors, gaps, potential for improvement or savings must be actively addressed and identified by the service provider.
- In case of ambiguities regarding the objectives or the background of the order, the service provider must actively ask to ensure that the developed solution meets the actual requirements.
- Personal responsibility must not be confused with personal authority: Every change in dates, contents, goals, focus or requirements of the assignment must be coordinated with the RRMC project management

**Efficiency:**
- The availability of the service provider's employee(s) for Rolls-Royce Motor Cars must be ensured for the duration of the project. A high degree of personal and professional continuity is expected with regard to working on the topic.
- In the event of unavoidable changes in the staff structure of the service provider, all expenses incurred for familiarisation, transfer of topics and quality assurance must be borne by the service provider. Changes must allow sufficient transition time (min. 4 weeks) and needs to be on the same skill and experience level.
- The service provider independently carries out necessary coordination with interface partners, draws up project plans and works together with the responsible Rolls-Royce Motor Cars employees on all necessary tasks.

## 7.4  Service Delivery

Services can be provided at the premises of the service provider (or his sub-contractor) and/or at RRMC or BMW facilities. However there should be regular co-ordination meetings held at RRMC. In phases where a strong input from RRMC project members is required (e.g. user and customer experience) physical meetings at RRMC are required. It is not intended that RRMC employees will travel to other locations without prior agreement (e.g. specific workshops with special infrastructure). It is considered that Skype meetings will only be used for small meetings (max. 3 participants) with very specific and simple context. Meetings with more participants and a more complex content and/or need for group discussion will be organised as physical meetings. Videoconference can occasionally be used as an alternative.

BMW and Rolls-Royce Motor Cars do not provide any workplaces pool places and/or technical equipment. The Service Provider shall provide all technical equipment and infrastructure to work on BMW/RRMC network, join BMW/RRMC Skype and or Videoconference Meetings.

Meetings can only take place in Rolls-Royce Motor Cars and or BMW meeting rooms after invitation. Alternatively, meetings can be held in the meeting rooms of the service provider after

agreement with RRMC project lead.

The main communication (e.g. overall status of service contract, service confirmation, delivery etc.) is carried over the Rolls-Royce Motor Cars project leader and the Project manager of the service provider. It is required that regular communications and project meetings are set up with the participation of the RRMC/BMW employees. It is expected that project meetings require personal attendance of the Overall Project Manager and necessary Sub-Project Leads at least bi-weekly.

Supplier are required to BMW Group standard tools where available (Jira, Confluence, ALM, BMW network drives, BMW exchange servers, skype, Video Conference, etc. The supplier has to make the necessary provisions for smooth communication with these tools. We will not use any supplier specific tools, if a BMW Group equivalent exists.

**Subcontracting**

The service provider is obliged to inform Rolls-Royce Motor Cars beforehand about issuing subcontracts to third parties. Rolls-Royce Motor Cars is entitled to disagree to a subcontract, if there is a valid reason in the person of the third party. Any sub-contracted third party will be equally bound by the content of this document

## 7.5  Project Language

The project's deliverables and documentation (e.g. concepts, requirements etc.) have to be written in English language. The project results in terms of configurator and related software solutions are required in the languages specified during the analysis phase. All project internal communication language should be in English, unless otherwise agreed upfront with the RRMC Project Lead.

A very good level of German language skills (read and write) should be available on the Service Provider side as certain documentation on BMW central systems, especially with regards to legal requirements such as WLTP, can only be provided in German.

## 7.6  Service Provider Requirement

For the delivery the following requirements must be met:

- Service provider resources must prove the following *functional competencies*, depending of their role:
    o Comprehensive automotive expertise among different brands
    o Experience in design and rollout of global IT systems
    o Strong strategic and technological competence
    o Experience in requirements management
    o Expert knowledge of sales and retail processes
    o Experience in user experience design
    o Expert knowledge in customer data analytics
    o Execution of workshops with business and IT focus
    o Lawyers for legal assessment of customer data processing (GDPR conformity)

- Service provider resources must prove the following experiences:
    o At least 5 years of experience in the premium or luxury automotive industry

- among different brands and relevant functional areas
  - o Comprehensive, broad, international personal and "corporate experience/knowledge" (meaning experience and knowledge the service provider as entire organisation can derive from their project experience) with configuration and sales processes in automotive and non-automotive retail
  - o Excellent project management and concept development skills
  - o Experience in quality management and quality assurance
  - o Very good MS-Office knowledge (especially Excel and PowerPoint)
  - o Management competence and entrepreneurial thinking and acting
  - o Sufficient capacity to complete the described project tasks

- The service provider is required to fulfil the following requirements:
  - o All documentation and concepts have to be written in English
  - o Very good German language skills to read and understand BMW central documentation
  - o Alignment meetings in general take place in Goodwood or Munich
  - o The service provider is asked to show at least three references for which a similar overarching development has been done.
  - o All service provider resources must have successfully completed the BMW ITPM training, Confirmation certificate will be provided.

The service provider is asked to proof the fulfilment of the requirements described above.

## 7.7  Escalation Obligation

It is the obligation of the service provider to identify plan and target deviations (e.g. technical, due date), to evaluate and to inform (escalation obligation by service provider) Rolls-Royce Motor Cars in time. This neither absolves the service provider from its obligation to fulfil the services nor from its guarantee and liability obligation.

## 7.8  Information security

The service provider is obliged to consider the following data protection and confidentiality points.

1. Definitions

Data: Data within the meaning of this agreement are, in addition to personal data, all information that is stored or transmitted electronically, magnetically or otherwise not directly perceptible. In addition, data also includes any further processing of the data as well as their results and intermediate results. This also includes software developments, algorithms, formulas, links, evaluations of any kind, parameters, etc. which have been set up for this purpose and are used for any kind of data processing.

Rolls-Royce Motor Car data: All data which the service provider receives or has received directly or indirectly from Rolls-Royce Motor Cars within the scope of commissioning Rolls-Royce Motor Cars or collects, processes, uses, maintains or uses in any other way for Rolls-Royce Motor Cars independently or on behalf of Rolls-Royce Motor Cars.

Processed data: Data which the service provider has generated or generated on the basis of Rolls-Royce Motor Cars data and which thus also becomes Rolls-Royce Motor Cars data.

2. Data protection and confidentiality

The ownership and other rights to Rolls-Royce Motor Cars data and processed data are and remain exclusively with Rolls-Royce Motor Cars. The service provider and any subcontractor to whom the service provider has provided Rolls-Royce Motor Cars with data for the purpose of rendering his services may only use Rolls-Royce Motor Cars data for the purpose of rendering services within the scope of the assignment. Rolls-Royce Motor Cars has the right to use Rolls-Royce Motor Cars and processed data without limitation or to have them used by third parties without limitation.

The service provider shall comply with all laws, provisions and regulations concerning confidentiality and data and information protection which are or become applicable to the processing of any personal data under this contract. The same also applies to data subject to information protection.

The service provider shall be obliged to provide Rolls-Royce Motor Cars, upon request, with access to the Rolls-Royce Motor Cars data in the possession of or under the control of the service provider or its subcontractors.

The service provider shall comply with the guidelines, standards, requirements and regulations

concerning security, data protection and confidentiality of Rolls-Royce Motor Cars communicated to him.

The service provider shall always keep Rolls-Royce Motor Cars data separate from data of other customers and grant Rolls-Royce Motor Cars external auditors access to all objects and data which are necessary within the scope of the investigations, compliance checks and audits carried out by Rolls-Royce Motor Cars.

The service provider is obliged to take and maintain security measures against unauthorised access, unauthorised destruction, accidental loss and unauthorised alteration of Rolls-Royce Motor Cars in the possession of the service provider or its subcontractors, whereby the security measures must at least comply with the strictest standards agreed in the contract or applied by the service provider on the contract date.

The service provider and/or his subcontractors shall not attempt to gain access to Rolls-Royce Motor Cars data which is not necessary for the provision of the services within the scope of the ITT, nor shall they allow access by third parties. The service provider undertakes to inform Rolls-Royce Motor Cars immediately of any actual or possible violation of safety regulations in connection with to Rolls-Royce Motor Cars data, to investigate the incident and to take measures to remedy the actual or possible violation.

### 3. Handling Rolls-Royce Motor Cars data after project completion or termination (=end of contract)

The service provider shall provide all Rolls-Royce Motor cars data the end of the contract and shall disclose the data structures, which were available to the service provider.

The service provider shall at any time after the end of the contract and without being requested to do so, and during the period of termination services, upon Rolls-Royce Motor Cars request, provide Rolls-Royce Motor Cars with a list of the Rolls-Royce Motor Cars data available to him.

The service provider shall destroy all Rolls-Royce Motor Cars data and other documents upon request by Rolls-Royce Motor Cars and in accordance with the respective requirements of Rolls-Royce Motor Cars and Rolls-Royce Motor Cars shall confirm the proper destruction of all data and other documents in writing.

The service provider shall only be entitled to retain copies of Rolls-Royce Motor Cars data if he is legally obliged to store them. In this case, the service provider shall notify Rolls-Royce Motor Cars of the scope and reason for the retention. Notwithstanding this provision, any storage or storage of Rolls-Royce Motor Cars data beyond the project requires the written consent of Rolls-Royce Motor Cars.

The service provider shall treat Rolls-Royce Motor Cars business and company secrets as strictly confidential.

# 8  Acceptance Procedure and Acceptance Criteria

All delivery packages will be created, aligned and accepted in coordination with the Rolls-Royce Motor Cars project manager. Concepts and documentation are reviewed and accepted by the relevant Rolls-Royce Motor Cars project team members. Productive mode of relevant systems will start after business acceptance. Handover to operations will start after a defined stabilisation period.

During the stabilisation phase a so called "Hyper Care Team" of the service provider needs to react to problems with shortened SLA to overcome any issues detected through first business use.

## 8.1  Acceptance Criteria

For a successful completion of each Delivery Package in general, the core deliverables and results of the Delivery Package need to be documented in a suitable file format and accepted and signed off by the Rolls-Royce Motor Cars project lead or a nominated representative. The specific documents and the aforementioned file format will be aligned with the Rolls-Royce Motor Cars project lead at the start of each Delivery Package.

Additionally, for all development related Delivery Packages (i.e. the Delivery Packages: 2, 3, 4, 5, 6, 7, 8, 9, 10, 13), the following acceptance criteria apply:

The deliverables per Delivery Package have to conform with BMW ITPM standards if not specified differently. Additionally, all test types (e.g. Approval test, security test, load test) and test levels (e.g. subsystem test, system integration test, acceptance test) must be successfully completed for the Configurator Development and in System Transformation. This means that no blockers or high defects may occur. The ITPM () as well as the standards defined by the BMW group () serve as the basis for the acceptance and execution of the tests. The tests must be documented according to the specifications in the ITPM as well as accepted and signed-off by the Rolls-Royce Motor Cars Project lead or a nominated representative.

T. Poser Declaration Exhibit 5 - Page 142      **D/1/57**

**Rolls-Royce Motor Cars:** TE:4427 Invitation to Tender:     Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

# 9   Administration

## 9.1   Contact for queries at Rolls-Royce Motor Cars

If you are in doubt regarding the requirements of the specification, please contact:

| Name | Department | E-Mail | Phone |
|---|---|---|---|
| Ida Biot | CR-FMU | Ida.biot@bmw.de | 0044-7815-244951 |
| Jan-Hendrik Hoffmann | CR-FMU | Jan-Hendrik.Hoffmann@rolls-roycemotorcars.com | 0049-151-60176249 |

For questions on the Tender process and commercial issues, please contact:

| Name | Department | E-Mail | Phone |
|---|---|---|---|
| Laura Clowsley Purchasing Manager - IT | C2-UK-F-M | Laura.Clowsley@bmw.co.uk | 0044-7815-373458 |

## 9.2  Timeline for Offers

| ITT Timeline | |
|---|---|
| Date | Milestone |
| 21/05/19 | ITT Distribution |
| 23/05/19 – 29/05/19 | Bidder Questions |
| 03/06/19 | Submission of offers |
| 24/06/19 - 05/07/19 | Negotiations |
| July 2019 | Contract Award |

## 9.3  Calculation Basis for Offers

In order to be relevant for evaluation by Rolls-Royce Motor Cars the offer must:

- Include a fixed **price** in Euro for the scope of services detailed in Chapter 2 of this ITT and based on the skill levels documented in the attached price sheet. The price of the offer must include all additional cost items. The bidder is informed that should their bid to the ITT be successful the contract concluded shall be a fixed price contract and it will be regarded as a firm price, regardless of the number of consultant days and consultants used.

- Include a **detailed cost breakdown**
  To ensure a clear calculation allowing appropriate scrutiny, the following items shall be specified in detail:
  - Team members working on the assignment (together with their names).
  - Period of employment of the individual team members.
  - Percentage share of the respective individual in the project.
  - Level of seniority.
  - Estimated effort for a ramp-up phase necessary to obtain the required level of knowledge for all team members.
  - Estimation of the support effort (man days) to be provided by BMW and Rolls-Royce staff members to ramp-up the offered consultants.

- Include clearly detailed **associated expenses,** along with the associated calculation. This should, at worst, be provided in the form of a capped value.

- Specify a maximum amount for **travel expenses** in accordance with RRMC policy upon submission of the offer, and this shall be shown separately in the price sheet. There shall be no payment or compensation of travel expenses beyond such amount. Regular meetings in Goodwood with all relevant team members of the service provider, including sub-contractors if necessary have to be on the basis of this calculation.

- All costs shall be indicated in Euro

- In case that additional licenses are required that will have to be procured either directly by the dealers or by RRMC we ask you to include the estimated cost to the best of your knowledge in the respective additional costs section. This should however be an exception as RRMC expects the general licenses to be included in the fixed price offer.

The offer submission and all provided services during the ITT phase are free of charge for Rolls-Royce Motor Cars and at the expense of the bidder.

RRMC wishes to receive fixed prices for the full scope of the project as laid out in this ITT. The possible alternatives and options are defined in the respective delivery packages. Bidders are expected to respond on at least the two defined implementation scenarios for all delivery packages. Additionally service providers may propose an individual scenario, but this also need to contain the complete scope of all delivery packages. Changed premises for this individual scenario need to be clearly indicated and explained with their effect to scope, effort and timeline.

Please provide offers based on the assumption that all implemented software code (systems, interfaces) will become property of RRMC at final acceptance of all related deliverables including full documentation and payment by RRMC. Bidders need to clearly indicate which aspects of their delivery do not follow this assumption and need to detail the license model including respective pricing and scaling models in their offer as well as in the pricing sheet. In case the pricing sheet does not offer the flexibility to detail the license and pricing model please provide an aggregated cost in the pricing sheet and a detailed overview of the costs in an addendum to the pricing sheet.

Additional conditions:

- As the project is highly dependent on the specific experience of the offered team members all changes in this respect have to be agreed in advance by both parties. The bidder will present all involved team members in person (consultant level and upwards)
- Employees who do not meet quality requirements of Rolls-Royce Motor Cars (documentation, error frequency) are to be replaced on request of the RRMC within a lead time of 4 weeks.
- Any additional costs in this regard are included in the end prices.
- Travel on behalf of Rolls-Royce Motor Cars to other locations and other destinations have to be approved prior by the responsible Rolls-Royce Motor Cars manager. Basis is the BMW Group Business Travel Policy. Travel costs are to be included in the maximum amount mentioned above.
- If the service provider plans relevant go-live activities incl. work items on weekend / Sundays / public holidays, the related additional costs are to be included in the fixed price.

## 9.4  Provisions by Rolls-Royce Motor Cars

Rolls-Royce Motor Cars provides:

- All relevant previous project documentation and its access.
- Necessary infrastructure (if applicable): Infrastructure requirements have to be specified clearly by the service provider. Potential lead time for central systems have to be considered and specified by the service provider in order to make them available in a timely manner. This also includes the change of parameters, where relevant lead times have to be considered according to RRMC and BMW guidelines and policies.
- Systems access: The service provider applies in time for the necessary amount of system accesses (IDs) via Rolls-Royce Motor Cars.
- Access to all relevant tools e.g. Sharepoint and the Agile Tool Chain.
- Access to previous results of the 3D Data preparation process in available formats as indicated in appendix "3D Mediapool Order IDs for 3D Master Files".
- Access to raw CAD data as input for the new 3D data preparation process if the service provider can provide relevant certification to deal with highly confidential data.
- Access to Parts Releases and Product and Sales Master Data to support the 3D preparation process if the service provider can provide relevant certification to deal with highly confidential data.
- BMW Group Licenses for Dassault DeltaGen in the hybrid scenario.

Rolls-Royce Motor Cars does not provide:

- Any provisions in the form of mobile phones, SIM cards or laptops.
- Any provision of office space for a permanent project room.
- The service provider has to arrange for a connection to the necessary Rolls-Royce Motor Cars systems in order to be able to perform the relevant services in his own office. Access to relevant RRMC/BMW systems from outside can be effected via the B2B portal, for example.
- RRMC and BMW will not refund any costs incurred due to remote technology.
- RRMC and BMW will ensure that the service provider can connect their network infrastructure to that of BMW according to BMW security policy. To do this, the service provider must nominate an IT contact person in their offer. The supplier will bear any incurred costs (e.g. for VPN tokens, etc.).
- Before entering the Rolls-Royce Motor Cars or BMW properties for the first time, the external service provider has to ensure that their affiliates are aware of the scope of the signed non-disclosure agreement between RRMC and the service provider. The service provider's coordinator must make sure that the employees have read and understood the contained rules.

# 10 Commercial Matters

## 10.1 General Terms and Conditions

Will be provided separately from this ITT document.

## 10.2 Preparation of offers and required structure

The fixed price must include all associated cost items. The contracted remuneration model will be a fixed price agreement - regardless of the number of effectively incurred consultant days and involved consultants in the consulting service. The resulting fixed price contains all additional costs, incl. costs to travel to the project's location, if necessary. The bidder is informed that should his offer be successful, the contract concluded will be a contract to produce specific deliverables.

The detailed calculation requirements are provided in chapter 9.3.

RRMC plans to award the project and the contained packages to a single service provider with a one face to the customer approach. The offer will define the total frame contract for delivery. The following delivery packages will be called for as a minimum from the selected service provider after the ITT phase:

- DP1

During this initial phase it may occur that premises at the basis of this ITT have changed. Upon mutual agreement between RRMC and the service provider it may be needed to address these changed premises through a change request and a renegotiation of the actual content of single delivery packages.

Within this ITT we are requiring a maximum approach including assumptions and unknown factors to be factored in. As DP1 will allow to minimise risks in this respect, it is our expectation that in general it will be achievable to limit the actual content and therefor price of the offered packages (Please also refer to chapter 2.1 Modus Operandi, Refinement after DP1):

- DP2
- DP3
- DP4
- DP6
- DP7
- DP10
- DP13

The following delivery packages marked as OPTIONAL, are part of the offer but can be called off at a later point in time,.

- DP5
- DP8
- DP9

Rolls-Royce Motor Cars: TE:4427 Invitation to Tender:    Future Configurator Landscape, Version: 1.0, Release date: 21.05.2019

- DP11

The structure of the offers that is required for drafting stems from the offer structure in the Price Sheet template (see Annex) as well as the tender template provided. This defined tender structure must be observed. Unjustified deviations from this structure will lead to rejection of the offer.

The binding period of the offer should be at least 12 weeks and have payment terms of 30 days from receipt of a correct and verifiable invoice monthly in arrears.

The service provider will be obliged to provide the complete work described in the list of services after contract awarding. Any necessary training to empower his employees must be carried immediately after contract awarding (e.g. BMW ITPM) and paid by the service provider itself.

The approach to the solution and the procedure in the project must be shown clearly in the offer. Here, the service provider is explicitly asked to outline the preferred target solution in the offer on the basis of the business requirements. The sustainability of the solution is to be evaluated in the offer, along with the technical limitations.

A note must be contained in the offer to the effect that all requirements of this ITT specification are contained in the offer. In the event of any deviations from requirements that are contained in this ITT specification, this must be explicitly stated in the offer.

Both the specific competences of the bidder for each delivery package and also the integration approach across all offered work packages are to be detailed in the offer.

The basic principles for calculation such as outlays and daily rates serve for evaluation of the offer, they are not a subject of the contract in the event of conclusion of the contract.

## 10.3 Change Requests

All changes to the scope of services ("What") owed under the contract must be made in the form of a change request with the involvement of Purchasing, evaluated from a technical point of view and stored in the form of a cost estimate.

In general changes must be submitted to the Rolls-Royce Motor Cars project management before work begins and approved in writing. In the case of minor changes without effect on the service agreement, interface agreement, project organisation, communication structure, the Rolls-Royce Motor cars project management must be informed, which will then decide, if a change request is needed.

The scope of the project is defined by this ITT document and the appendices. It is expected that Delivery Package 1 only refines the approach of the new configurator landscape.

Evaluation basis for changes are the negotiated terms and conditions of the contract for the basic scope. These are valid for the entire duration of the project. Apart from that, the provisions of section 6.1 apply.

## 10.4 Payment Schedule – Delivery Packages

Before starting the project, if necessary, Delivery Packages have to be defined and agreed upon with the Rolls-Royce Motor Cars project lead. The approval of intermediate results according to these Delivery Packages during the project phase is a requirement for invoicing purposes.

The payment schedule will be defined based on the defined milestone plan for the project (see appendix ""). This milestone plan might be amended based on the initial analysis phase (Delivery Package 1). Periodically incurring invoicing rates are not permitted.

In the case of more complex or multiple work streams, a corresponding acceptance / payment plan has to be agreed upon, which the specialist department has to provide.

## 10.5 Settlement of Travel Expenses

A maximum amount for travel expenses shall be included in the bid calculation and be shown separately (additional cost section in "price sheet"). There will be no further payment or compensation of travel expenses beyond such amount.

## 10.6 Defects and Performance Problems

The provisions of section 6.1 apply as well as, if therein not specified otherwise, the legal regulations.

Identification of defects:

The expectation of RRMC and BMW is, that the service provider has analytics mechanism installed that allow him to detect defects or misbehaviour before RRMC and BMW will report this to the service provider. The service provider informs RRMC and BMW about defects by a JIRA ticket with all needed information.

Contractual penalties:

If the system is globally not usable in case of major bugs in the software the license costs will be reduced.

Example: A major bug crashes all Point Of Sale Configurators installations (High Severity ticket). The time between ticket opening and fix takes 3 days.

Then the license price for the actual period is reduced by this value: "License cost/year"/365*3.

## 10.7 Warranty handling

The provisions of section 6.1 apply as well as, if therein not specified otherwise, the legal regulations.

For all custom software provided to RRMC a warranty period of 1 year applies. The starting point for this warranty period is assumed to be after fixing all defects documented before delivery and not earlier than Gateway 5B.

Any defects ("bugs") detected in this warranty period have to be rectified by the service provider without cost to RRMC. This also includes efforts to deploy corrective measures to productive systems of RRMC or to the rolled out dealer hard- and software.

# 11 Appendix

Rolls-Royce Motor Cars reserves the right to update or upload new appendices after the initial publication of the ITT. Updates will be distributed with a new version number and document version control information where possible.

| For-mat. | Description | File Name or URL | Version |
|---|---|---|---|
| PDF | Customer Journey Overview | 190206_RR_Config_CustomerJourney_v1 | 1.0 |
| PDF | Customer Journey Process Flow | Customer Journey Process_v1 | 1.0 |
| XLS | User Experience Journey | 1900403_RR_Config_User Experience Journey_v1.0 | 1.0 |
| PDF | IT-scenarios and current IT-Landscape | Overview of possible IT scenarios and current IT Landscape_v2 | 2.0 |
| PDF | Overview AS-IS 3D Data And Layer process | 3D-Data Preparation_v1 | 1.0 |
| PDF | Imagery process requirements | Imagery process requirements_V1 | 1.0 |
| XLS | Price sheet | 190520_Price sheet_v4 | 4.0 |
| ZIP | Current System Landscape 2016 | IT-Architecture_2016 | 1.0 |
| XLS | Mapping Delivery Packages and Systems | 190520_Mapping Delivery Packages and Systems | 1.0 |
| XLS | Detailed Business Requirements mapped to Delivery Packages | 190520_Detailed Business Requirements mapped to Delivery Packages_v2 | 2.0 |
| PDF | High-level Project Roadmap | Transformation map_v2 | 2.0 |
| PDF | ITPM pocket guide | See B2B Portal - -ITPM | N/A |
| ZIP | Extract of OOOKBK Transfer Database | To be requested via Exchange Folder | N/A |
| TXT | OOOKB Transfer DB SQL definition | DOC_20170207_DDL_Script PSDH_OOOKB_V006 | N/A |

| ZIP | Bill of Material Structures for RR12 examples | To be requested via Exchange Folder | N/A |
|---|---|---|---|
| PDF | Product Master Data Dictionary | Product-Master-Data-Dictionary | N/A |
| ZIP | Standard Rule Interpreter and VDML IFC and Documentation (StandRI RR) | StandRI_VDML | N/A |
| ZIP | SAP RR Sales IFC and Documentation | SAP_RR_IFC | N/A |
| ZIP | Current VPP Rest API | VPPX-VPPRESTGateway-070219-0756-550 | N/A |
| PDF | Interface Contract RRMC and CoSy | IFC_RRMC_COSY_V1_1 | 1.1 |
| PDF | GCDM Integration Overview | GCDM_Integration_v1 | 1.0 |
| ZIP | Configure.Next technology (Polymer) | ConfigureNext | N/A |
| PDF | GCDM and Configure.Next IFC | IFC+Configure.NEXT+-+GCDM-v43-20190325_132121 | N/A |
| ZIP | UCP System and Interface documentation | UCP | N/A |
| PDF | Rolls-Royce Colouring Approach in Product Master Data | Rolls-Royce Colouring Approach_v1.0_ExternalVersion | 1.0 |
| PDF | Interface Contract PSDH and OOOKB Transfer DB | 20161024_SST_Interface_Contract PSDH_OOOKB_ORA_Rel_17.1_V2.1 | 2.1 |
| Catia V5 / JT | Examples of raw CAD data | To be requested via Exchange Folder | N/A |
| PDF | BMW Group Timing 3D Regular Process | Timing_3D_Regelprozess_v17_S09 | V17 |
| PDF | ITPM Agile Project Phase Approach | Phase_results_in_agile_project_model_EN | 1.5 |
| PDF | Basic Agile Testing Approach | Grundsaetze_Testen_in_Agilen_Teams_EN | 2.0 |

| URL | BMW Group Coding Standards | https://atc.bmwgroup.net/confluence/display/CS/Coding+Standards+Home | N/A |
|-----|-----|-----|-----|
| PDF | BMW Group Test Handbook | Test_Handbook | 2.3 |
| PDF | BMW Group Quality Assurance in agile projects | QA_in_agile_Projects_EN | 1.0 |
| XLS | Project Criticality Assessment Checklist | CHK_Criticality Classification of Projects_EN | 4.1 |
| XLS | 3D Mediapool Order IDs for 3D Master Files. These can be requested through the 3D Mediapool (https://mediapool.bmwgroup.com). Please set up an account and request the necessary content (see appendix "3D Mediapool Order IDs for 3D Master Files") using the key word "CR-F Configurator" as reference | 3D_MediaPool_catalog_v1 | 1.0 |
| XLS | Glossary | Glossary_v1 | 1.0 |

# 12 Risk Assessment Questionnaires

Please complete as directed and return with your complete response

    

Data and IT Security      Data Processing      BMW Group Risk
Questionnaire.docx      Questionnaire.docx      Assessment.docx

End of document.