UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>            Plaintiff,<br><br>       v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars Limited;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>            Defendants. | **Case No. 2:23-CV-01823-WLH-PVCx**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ON FORUM NON CONVENIENS GROUNDS, AND FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:         June 22, 2023<br>Time:         9:00 a.m.<br>Courtroom: 9B<br>Judge:        Hon. Wesley L. Hsu |

Having considered the Motion to Dismiss Plaintiffs' Complaint by specially appearing Defendants Bayerische Motoren Werke AG ("BMW AG") and Rolls-Royce Motor Cars Limited ("RRMCL"), and the other Defendants (collectively, "the Defendants"), Plaintiff's Opposition, and Defendants' Reply thereto and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss is GRANTED in its entirety on forum non conveniens grounds.

2. Alternatively, this Court lacks personal jurisdiction over BMW AG and RRMCL, and their Motion to Dismiss for lack of personal jurisdiction is GRANTED.

**IT IS SO ORDERED.**

DATED_____          _____
                                HONORABLE WESLEY L. HSU
                                United States District Court Judge