ERISE IP, P.A.
Eric A. Buresh (admitted *pro hac vice*)
eric.buresh@eriseip.com
Lycia C. Raw (admitted *pro hac vice*)
lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard
Suite 202
Calabasas, CA  91302
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Plaintiff Topalsson GmbH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **Topalsson GmbH,** | Case No. 2:23-cv-1823-WLH-PVC |
| Plaintiff, | **NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| **Bayerische Motoren Werke AG; Rolls-Royce Motor Cars Limited; Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC,** | |
| Defendants. | |

1  Plaintiff Topalsson GmbH ("Topalsson") hereby provides notice that it will timely amend its complaint as a matter of right pursuant to the provisions of Federal Rule of Civil Procedure 15(a)(1)(B).

The forthcoming filing of Topalsson's First Amended Complaint will moot the Motion to Dismiss (Dkt. 40) filed by defendants. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Topalsson therefore respectfully submits that upon the filing of Topalsson's First Amended Complaint, the hearing scheduled for Friday June 23rd be vacated and taken off calendar.

Respectfully submitted,

DATED:  June 2, 2023               ERISE IP

                                   By: */s/ Eric Buresh*
                                       Eric Buresh

                                       Attorney for Plaintiff
                                       Topalsson GmbH