DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone:  (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topalsson GmbH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC;<br><br>　　　　Defendants. | Case No.: 2:23-cv-01823-WLH-PVC<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

Plaintiff Topalsson GmbH (Topalsson), by and through its undersigned counsel, submits this Complaint and alleges against Bayerische Motoren Werke AG ("BMW AG") and Rolls-Royce Motor Cars NA, LLC ("Rolls-Royce US"), as well as O'Gara Coach Company, LLC, Rusnak Auto Group, LLC, Orange County British Motorcars, LLC, indiGO European Motorcars, LLC and Westlake Coach Company, LLC, ("Dealership Defendants") as follows:

## INTRODUCTION

1. This is a civil action for copyright infringement arising under 17 U.S.C. § 101 et seq.

2. Topalsson is a pioneer in the area of real-time product configurators, particularly for vehicles. With its few dozen, highly-talented employees, Topalsson has had an outsized impact on the vehicle purchasing process worldwide, completing hundreds of successful projects for customers such as internationally recognized car brands Audi, Volkswagen, and Daimler.

3. Topalsson's products have revolutionized the way customers interact with the vehicle buying process. Its products allow customers to select and view thousands of combinations of product features and colors through real-time generation of images and videos. Topalsson's technology represents a pioneering improvement over traditional systems, which would simply pull pre-generated still-images with finite sets of vehicle options. By allowing complete user control over customizations in real-time, Topalsson's software provides car dealerships with the ability to provide customers with exactly what they want, increasing sales, customer satisfaction, add-on purchases, and brand loyalty.

4. In late 2019, Topalsson was hired to employ its best-in-class technology to create a modern vehicle configurator for Rolls-Royce Motor Cars Limited ("Rolls-Royce UK"). As a result, BMW AG had access to Topalsson configurator software. At least one BMW AG employee—Jan-Hendrick

Hoffman—had access to the file location where the Topalsson configurator software was stored and was able to send links to that file structure by email. BMW AG also had access to the AWS instances running Topalsson configurator software, and, on information and belief, the AWS instances running the Topalsson configurator software were controlled and managed by BMW AG. For example, on information and belief, BMW AG now controls and manages the AWS instances[1] being used to provide configurator services to the Dealership Defendants and all authorized dealerships of Rolls-Royce vehicles in the United States. During the course of the relationship between Topalsson and Rolls-Royce UK, country-specific software issues relating to customer data privacy and the GDPR (General Data Protection Regulation) were handled through BMW AG information technology employees.[2] On information and belief, US-specific software issues such as compliance with the CCPA (California Consumer Privacy Act) are likewise still handled through BMW AG information technology employees.

5. In connection with the project, Topalsson delivered portions of its proprietary software in late 2019. In 2020, the world shut down. Topalsson diligently worked to transition its workforce and continued to make software deliveries in early 2020. Unbeknownst to Topalsson, Rolls-Royce secretly hired one of Topalsson's competitors in approximately March 2020. After benefitting from Topalsson's work and software deliveries for several more weeks, Ida Biot (a joint Rolls-Royce/BMW AG employee) terminated Topalsson.

6. At that point, Topalsson believed that its software would no longer be

---

[1] Including, for example, Amazon Simple Storage Service (Amazon S3).
[2] IT related issues generally were all handled through BMW AG's IT department. BMW AG was listed, for example, as the delivery address in connection with software penetration tests and on information and belief had final approval say on security, regulatory, and storage-related issues and still does for the current Rolls-Royce configurator software.

a part of any future configurator for Rolls-Royce vehicles. Topalsson's belief was further supported by written statements made by Rolls-Royce UK following the termination.

7. Rolls-Royce UK, through counsel, admitted in writing that Topalsson had revoked any license to use the Topalsson DTE (Digital Twin Engine) software, TWIN software, and Sologic software. Rolls-Royce UK was not authorized or permitted to use Topalsson's configurator software to sell Rolls-Royce vehicles.

8. Rolls-Royce UK "confirmed" in writing through its counsel that it was not using and "does not intend to make use of" Topalsson's DTE software, TWIN software, and Sologic software.

9. Rolls-Royce UK further stated, through its counsel, that it "undertakes to destroy all copies within its possession or control" of Topalsson's DTE software, TWIN software, and Sologic software, subject to any steps taken to ensure the proper preservation and inspection of evidence relating to litigation. Rolls-Royce UK further stated that it "undertakes not to make any commercial use of the same."

10. Topalsson therefore understood that the Rolls-Royce configurator would be moving forward without making any use of Topalsson's market-leading configurator software platform.

11. However, Topalsson began to suspect that, contrary to its understanding and belief, its software had been incorporated into a configurator being used to sell Rolls-Royce vehicles in the US—the largest market for Rolls-Royce vehicles in the world.

12. In early 2023, Topalsson began noticing social media posts and YouTube videos demonstrating Rolls-Royce configurators being used at U.S. dealerships that bore a striking resemblance to multiple unique features provided by Topalsson.

13. Mr. Topal ultimately visited the United States in person to see for himself whether the configurators being used and shown at the Dealership Defendants were using his configurator software. Mr. Topal saw firsthand that the configurators being used at those dealerships included the same distinctive features he was seeing on social media and YouTube posts, as well as other features that indicated that Topalsson software was being used to sell Rolls-Royce vehicles in the United States. Such features include, without limitation, simultaneous real-time display on a television screen or projector and a tablet, real-time 3D configurator generation, feature code nomenclature, and a full interior modules structure for granular customization. In addition, Topalsson's software creates a unique visual view that remains evident in the software currently used in Rolls-Royce dealerships, including certain stitching textures and locations, illuminations, screen layouts, thumbnails, overlay "dots," navigation bars, rear seat entertainment mechanics, wheel angles, and summary image page generation.

14. On information and belief, and based on the further facts set forth below, configurator software that includes copyrighted elements of Topalsson's proprietary software and/or software derived from copyrighted elements of Topalsson's proprietary software has been rolled out to all Rolls-Royce authorized sellers in the United States without authorization and in violation of U.S. copyright laws.

**THE PARTIES**

15. Plaintiff Topalsson is a German company with its principal place of business at Leopoldstr. 180 80804 Munich, Germany. Topalsson develops and licenses software products, including software that generates real-time images of customizable vehicle configurations.

16. Defendant Bayerische Motoren Werke AG ("BMW AG") is a

4
COMPLAINT

corporation organized under the laws of the Federal Republic of Germany with its principal place of business at Petuelring 130, 80809 Munich, Germany. BMW AG designs and manufactures motor vehicles, parts, and other accessories for sale in Europe and for export and sale throughout the world.

17. Defendant Rolls-Royce Motor Cars NA, LLC (hereinafter "Rolls-Royce US") is a limited liability company organized under the laws of the State of Delaware with its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677. The sole member of Rolls-Royce US is BMW (US) Holding Corp., (hereinafter "BMW US") a privately held corporation organized under the law of Delaware with its principal place of business in New Jersey. On information and belief, BMW US is wholly owned by BMW AG, a publicly held German corporation with its principal place of business in Munich, Germany. On information and belief, Rolls-Royce US is responsible for sales and marketing of Rolls-Royce vehicles throughout the United States.

18. Defendant O'Gara Coach Company, LLC is a limited liability company organized under the laws of the State of California with its principal place of business at 8845 West Olympic Blvd, Beverly Hills, California, 90211. O'Gara Coach Company, LLC is a car dealership that sells Rolls-Royce vehicles in Beverly Hills.

19. Defendant Rusnak/Pasadena Corporation (doing business as Rusnak Auto Group) is a California corporation with its principal place of business at 77 St John St., Pasadena, CA 91105. It operates a dealership that sells Rolls-Royce vehicles at 297 West Colorado Blvd, Pasadena, CA 91105.

20. Defendant Orange County British Motorcars, LLC is a Delaware limited liability company with its principal place of business at 9853 Research Dr. Irvine, CA, 92618.  Orange County British Motorcars, LLC is a car dealership that sells Rolls-Royce vehicles in Irvine, California.

21. Defendant indiGO European Motorcars, LLC is a Delaware limited liability company with a principal place of business at 13801 North Freeway, Houston, TX 77090. It operates a car dealership that sells Rolls-Royce vehicles at 71-387 Highway 111, Rancho Mirage, CA, 92270.

22. Defendant Westlake Coach Company, LLC is a California limited liability company with its principal place of business at 3610 Thousand Oaks Blvd, Thousand Oaks, CA 91362. Westlake Coach Company, LLC is a car dealership that sells Rolls-Royce vehicles in Thousand Oaks, California.

## JURISDICTION AND VENUE

23. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101, *et seq.*).

24. This Court has subject matter jurisdiction pursuant to 17 U.S.C. § 101, *et seq,*; 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyright).

25. Jurisdiction over the foreign defendant in this action is proper for the reasons identified below and under Fed. R. Civ. P. 4(k)(2).

26. BMW AG is subject to this Court's personal jurisdiction because, on information and belief, BMW AG has engaged in and does engage in continuous, systematic, and substantial activities throughout the United States and within this District. As discussed below, BMW makes infringing configurator software available to all of the Rolls-Royce authorized dealerships in the United States through a dealer portal it provides called S-Gate, and AWS instances that it manages and controls (specifically, on information and belief, a fs.bmw extension in an S3 bucket). BMW AG therefore has induced infringement of Topalsson's copyrights in its proprietary software by dealerships in this District by, among other things, directing the creation of infringing software to be distributed to, used,

and displayed to the public by dealerships in this District. As discussed above, BMW AG employees directed software changes so that country-specific requirements would be satisfied by the software, which included issues such as GDPR requirements and emissions displays and calculations. Therefore, on information and belief, BMW AG employees continue to provide country-specific guidance relating to the Rolls-Royce configurator software used today, such as issues of compliance with the CCPA.[3] In addition, as explained above, BMW AG controlled and managed the AWS instances relating to the Rolls-Royce configurator product when working with Topalsson, and on information and belief continues to manage and control the AWS instances and S3 buckets and S-Gate that provide access to the infringing configurator software to US-based Rolls-Royce authorized dealerships. BMW AG therefore purposely and voluntarily encouraged infringing acts by dealerships in this District that give rise to Topalsson's claims for copyright infringement.

27.     Rolls-Royce US is subject to personal jurisdiction in this District because on information and belief, Rolls-Royce US has engaged in and does engage in continuous, systematic, and substantial activities throughout California and within this District, including the distribution of all Rolls-Royce vehicles imported into the United States and marketing relating to the same. On information and belief, there are seven Rolls-Royce dealerships in California, the largest number of any state in the United States, and Rolls-Royce US is responsible for delivering substantial numbers of Rolls-Royce vehicles to California and this Judicial District.

28.     Venue in this District is proper under 28 U.S.C. § 1391 and/or 28

---

[3] https://www.motorauthority.com/news/1121806_rolls-royce-declares-it-wouldnt-survive-without-bmw-backing (discussing how BMW ensures that Rolls-Royce meets "regulatory requirements."

U.S.C. § 1400(a).

29. Venue in this Judicial District is proper as to BMW AG because a substantial part of the events giving rise to the claims in this action occurred in this Judicial District. On information and belief, there are seven Rolls-Royce dealerships in California, the largest number of any state in the United States. Five of those dealerships are located in the Central District of California, making this the Judicial District with the most dealerships using the infringing configurator software.

30. Venue is proper in this District pursuant to 28 U.S.C. § 1391 for BMW because it is a foreign corporation and may be sued in any jurisdiction in which they are subject to personal jurisdiction, as they are in this District.

31. The five Dealership Defendants are subject to suit in this Judicial District because each has an established physical location in this Judicial District from which they sell Rolls-Royce vehicles using the infringing configurator software.

## STATEMENT OF FACTS

### A. Topalsson's Proprietary Software.

32. Topalsson was founded in Munich, Germany by Mr. Kubilay Topal. The company's specialty is producing high-end photorealistic images and videos in real-time. A common use of Topalsson's software is to develop product configurators. Product configurators allow a company to show its customer a realistic mock-up of what their final product will look like after customizations. For example, luxury car brands can show their customers custom-generated high-resolution images and videos of what a car with their chosen colors, fabric, stitching, decals, wheels, etc. will look like.

33. Topalsson's software allows companies to create a "digital twin" of

1 their products, with software that handles not only producing the final images but
2 also handles the underlying logic that allows complete customization. The
3 combination of these two disciplines is incredibly unique in the industry and a key
4 to Topalsson's success.

5    34.   Topalsson's core software is called DTE. Topalsson has registered
6 copyrights in two versions of its DTE software. DTE Release R05 is registered as
7 Copyright Registration No. TX 9-217-235 and is attached as Exhibit A. DTE
8 Release R06 is registered as Copyright Registration No. TX 9-217-240 and is
9 attached as Exhibit B. Collectively, these registrations comprise the infringed
10 "DTE Software."

11    35.   Topalsson's software portfolio also includes a software platform
12 called Vary. The Vary software simplifies the generation of 3D master models that
13 power the real-time generation of customized images and videos. Vary builds the
14 logic of the models and enables the full configuration ability.

15    36.   Vary Release R05 is registered as Copyright Registration No. TX 9-
16 217-245 and is attached as Exhibit C. Vary Release R06 is registered as Copyright
17 Registration No. TX 9-217-249 and is attached as Exhibit D. Collectively, these
18 registrations comprise the infringed "Vary Software."

19    37.   Topalsson is the owner of all rights in the DTE Software and Vary
20 Software.

21    38.   Rolls-Royce has no license to use any of Topalsson's software,
22 including the DTE Software and Vary Software.

23    **C.   Defendants' Access to Topalsson's Copyrighted Software and**
24        **Acts of Infringement and Misappropriation.**

25    39.   In 2019, BMW AG and Rolls-Royce decided that their current car
26 configurators were not satisfactory and did not align with the future direction of the
27 companies. They sought out a partner to create a state-of-the-art configurator that
28

would set the brands apart, provide customers and dealers with the best possible customization experience, and allow dealers to upsell features to customers seeking a customized vehicle. The configurator was intended for the then upcoming 2020 release of the Rolls-Royce Ghost, a luxury car with a base price in excess of $300,000.

40. Based on its history of success and revolutionary technology in this area, Topalsson was selected for the project in the last quarter of 2019. Notably, Mackevision, one of Topalsson's competitors, was also considered during the tender process, but its solution was deemed not technically acceptable. On information and belief, BMW AG was required to provide its sign-off before Topalsson could be hired.

41. Topalsson began diligently working to complete the Rolls-Royce project, using its proprietary software and expertise to create a superior product that would enable Rolls-Royce to improve its brand recognition and goodwill with consumers and to further generate additional revenue for the company.

42. Topalsson made deliveries of its proprietary software and other project materials through shared computer folders and BMW AG's AWS platform.

43. On approximately December 18, 2018, Topalsson delivered its DTE software (Release R05).

44. On approximately October 14, 2019, Topalsson delivered its Vary software (Release R05).

45. In 2020, the world shut down. Topalsson adapted to government-mandated shutdowns and transitioned to allow its employees to work from home and continued working on the Rolls-Royce project. Topalsson continued to make software deliveries.

46. On or about February 17, 2020, Topalsson delivered its Sologic software to Rolls-Royce, which is included in its DTE configurator services.

47. On or about February 20, 2020, Topalsson delivered its Vary software (Release R06).

48. On or about March 18, 2020, Topalsson delivered its DTE software (Release R06).

49. Unbeknownst to Topalsson, by March of 2020 one of Topalsson's competitors had been hired to take over the same project. That company – Mackevision – is significantly larger than Topalsson, with more than 400 employees according to its website. On information and belief, Mackevision's hiring was at the behest of Mr. Jan-Hendrick Hoffmann, a BMW AG employee.

50. Topalsson was aware of Mackevision and its software, and knew that Mackevision's product was inferior in a number of respects to Topalsson's proprietary software. For example, Mackevision's software was unable to generate images and videos in real-time and therefore was unable to provide the level of real-time customization that Rolls-Royce desired. Topalsson also understood that Mackevision's software was not capable of simultaneously streaming on both a TV Screen and an iPad in a showroom nor providing the same level of deep configuration possibilities.

51. On information and belief, Mackevision was subsequently provided with Topalsson's proprietary software and other confidential materials. For example, a BMW AG employee provided Mackevision with access to shared computer folders in the same file structure where Topalsson was directed to deliver its proprietary software. That employee further stated that the software would be given to Mackevision "for comparison…[t]hat way they could master [the new software] similarly." As a result, Mackevision had access to Topalsson intellectual property ("Topalsson IP"), including copyright protected source code as it began to finish the project for Rolls-Royce and further that it could use to improve upon its own technology.

52. As a result of Rolls-Royce sharing Topalsson IP with Mackevision, the value of Topalsson's IP and the proprietary features that Topalsson spent significant resources and creativity developing has been negatively impacted.

53. Ultimately Topalsson's involvement in the project was terminated. Any licenses use Topalsson's configurator software likewise terminated.

54. In approximately the fourth quarter of 2020, shortly after the termination of Topalsson and the hiring of Mackevision, a new configurator service was rolled out in Rolls-Royce authorized dealerships across the United States. On information and belief, the new Rolls-Royce configurator ("Accused Software") incorporates copyrighted portions of Topalsson's DTE Software and VARY software or contains software derived from Topalsson's copyrighted DTE Software or VARY Software.

55. On information and belief, the Accused Software is still to this day used by dealerships throughout the United States to provide Rolls-Royce customers with customizable images and videos in a critical part of the car-buying process.

56. The value of configurator services to the Rolls-Royce business cannot be understated. It has been reported that more than 90% of Rolls-Royce vehicles are so personalized they're practically one-offs. And, the cost of those customizations is substantial, reportedly nearly 40% in 2018 and very likely higher now. Rolls-Royce itself advertises that it is "The almost endless possibilities for Bespoke personalization" that results in its clients being willing to pay a premium for their unique Rolls-Royce. Since launching the accused configurator, Rolls-Royce has reported record sales.

## COUNT I
**(Copyright Infringement, 17 U.S.C. § 101 et seq., Against All Defendants)**

57. Topalsson hereby restates and realleges the allegations set forth

1 above and incorporates them by reference.

2    58.   Topalsson's DTE Software and Vary Software contain a substantial amount of original material this is copyrightable subject matter under the Copyright Act, 17 U.S.C. § 101 et seq.

    59.   Without consent, authorization, approval, or license, Defendants knowingly, willingly, and unlawfully copied, published, and distributed Topalsson's DTE Software and Vary Software, portions thereof, or derivative works and continue to do so.

    60.   On information and belief, BMW AG, through its agent employees, hired one of Topalsson's competitors and shared Topalsson's software and other materials with that competitor. Topalsson's software was provided "for comparison" and so that the new software could be mastered "similarly." On information and belief, BMW AG intended for the new configurator software to be rolled out at US-based Rolls-Royce authorized dealerships, the largest market for Rolls-Royce vehicles in the world according to Rolls-Royce press releases and BMW AG itself issued purchase orders to the competitor. On information and belief, BMW AG ensured that the configurator software would be available on AWS instances located in and accessible from the United States such that it could be accessed, downloaded, and installed by the US-based dealerships. BMW AG managed and controlled those instances, which include US-based servers.

    61.   Topalsson's configurator software also allows emissions information to be displayed in the live images and summary. On information and belief this configurator requirement is also met by the infringing configurator software that is currently being used in the US dealerships. The only way to obtain all of the data used for those emissions displays is to go through a specific group at BMW AG. On information and belief, that same group at BMW AG provided the information necessary to provide the live emissions information in the infringing configurator

1  software used in the United States. Notably, the display requirements and the
2  underlying calculations used for the emissions features are different in the US
3  versus the rest of the world. On information and belief, the infringing configurators
4  meet the US-specific requirements and therefore the relevant BMW AG group
5  must have been involved.

6        62.   BMW AG further benefited from the increase in vehicle
7  customizations and orders from an improved configurator. BMW AG "acquired
8  full control" of Rolls-Royce in 2003 and, as a parent company, shares in the
9  benefits of increased sales.[4] It is widely reported that BMW also provides systems
10 that go into Rolls-Royce vehicles, such as "electronics and infotainment" and other
11 "important bones."[5] On information and belief, BMW AG took affirmative steps to
12 ensure that the new configurator software would be compliant with all US-based
13 requirements, including, for example, the CCPA and emissions reporting. BMW
14 AG therefore induced, caused, and materially contributed to the infringing acts of
15 the Dealership Defendants and all other US-based Rolls-Royce Authorized
16 Dealerships by encouraging, inducing, allowing and assisting others to use, copy,
17 import, distribute, and publicly display Topalsson's copyrighted works and/or
18 works derived therefrom in the United States without a license. On information and
19 belief, BMW AG's induced infringement is and has been knowing and willful.

20       63.   On information and belief, Rolls-Royce US is responsible for all
21 marketing and sales of Rolls-Royce vehicles in the United States. Therefore, Rolls-
22 Royce US reproduced, displayed, published, and distributed a configurator product
23 that infringes Topalsson's copyrights. Rolls-Royce US further induced, caused,

---

[4] https://www.motorauthority.com/news/1121806_rolls-royce-declares-it-wouldnt-survive-without-bmw-backing
[5] https://www.motorauthority.com/news/1121806_rolls-royce-declares-it-wouldnt-survive-without-bmw-backing

and materially contributed to the infringing acts of others by encouraging, inducing, allowing and assisting the Dealership Defendants and all other US-based Rolls-Royce Authorized Dealerships to use, copy, and distribute Topalsson's copyrighted works and works derived therefrom in the United States.

64. On information and belief, each of the Dealership Defendants are selling Rolls-Royce vehicles in the United States using configurator software that incorporates copyrighted portions of Topalsson's DTE and VARY software and/or software derived from Topalsson's copyright protected DTE and VARY software. Such use is not licensed. The Dealership Defendants have therefore infringed Topalsson's copyrights.

65. By this unlawful copying, use, distribution, importation, public display and/or inducing others to do the same, each Defendant has violated Topalsson's exclusive rights under 17 U.S.C. § 106 and/or § 602.

66. Defendants have realized unjust profits, gains and advantages as a proximate result of its infringement.

67. Defendants will continue to realize unjust profits, gains and advantages as a proximate result of its infringement as long as such infringement is permitted to continue.

68. Topalsson is entitled to an injunction restraining Defendants from engaging in any further such acts in violation of the United States copyright laws. Unless Defendants are enjoined and prohibited from infringing Topalsson's copyrights and inducing others to infringe Topalsson's copyrights, and unless all infringing products are destroyed, Defendants will continue to infringe and induce infringement of Topalsson's registered copyrights.

69. As a direct and proximate result of Defendants' direct and indirect willful copyright infringement, Topalsson has suffered, and will continue to suffer, monetary loss to its business, reputation, and goodwill. Topalsson is entitled to

recover from Defendants, in amounts to be determined at trial, the damages it sustained and will sustain, and any gains, profits, and advantages obtained by Defendants as a result of Defendants' acts of infringement and Defendants' use and distribution of the infringing materials.

## **PRAYER FOR RELIEF**

WHEREFORE, Topalsson prays for judgment as follows:

    A.    Entry of judgment holding Defendants liable for infringement of the copyrights at issue in this litigation;

    B.    An order permanently enjoining Defendants, their officers, agents, servants, employees, attorneys and affiliated companies, their assigns and successors in interest, and those persons in active concert or participation with them, from continued acts of infringement of the copyrights at issue in this litigation;

    C.    An order that all copies made or used in violation of Topalsson's copyrights, and all means by which such copies may be reproduced, be impounded and destroyed or otherwise reasonably disposed of;

    D.    An order awarding Topalsson its actual damages according to proof resulting from Defendants' infringement of the copyrights at issue;

    E.    An order awarding all gains or profits obtained by Defendants as a result of Defendants' acts of copyright infringement;

    F.    An order awarding prejudgment and post-judgment interest;

    G.    An order awarding Topalsson its costs under 17 U.S.C. § 505; and

    H.    Any and all other legal and equitable relief as may be available under the law and which the Court may deem proper.

June 14, 2023

Respectfully Submitted,

By: */s/ Eric A. Buresh*

DAVIDSON LAW GROUP
Ben M. Davidson (State Bar No. 181464)
Ben@dlgla.com
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (310) 473-2300
Fax: (310) 473-2941


ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)
Eric.buresh@eriseip.com
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211
Office: (913) 777-5600


**Attorneys for Plaintiff Topalsson GmbH**

## DEMAND FOR A JURY TRIAL

Topalsson demands a jury trial for all issues so triable.

June 14, 2023                    Respectfully Submitted,

By: */s/ Eric A. Buresh*

DAVIDSON LAW GROUP
Ben M. Davidson (State Bar No. 181464)
Ben@dlgla.com
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (310) 473-2300
Fax: (310) 473-2941

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)
Eric.buresh@eriseip.com
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211
Office: (913) 777-5600

***Attorneys for Plaintiff Topalsson GmbH***