Jonathan McNeal Smith (State Bar No. 292285)
Email: JonathanSmith@jonesday.com
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

John Froemming (admitted pro hac vice)
Email: JFroemming@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20007
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>　　　　　Defendants. | **Case No. 2:23-CV-01823-WLH-PVCx**<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE JULY 14, 2023 RULE 16 CONFERENCE AND ASSOCIATED DEADLINES**<br><br>[*Filed concurrently with Declaration of John G. Froemming and [Proposed] Order*] |

1  Plaintiff Topalsson GMbH ("Plaintiff") and Defendants Bayerische Motoren Werke AG ("BMW AG"); Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC (collectively, "Defendants") (collectively, the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order to Vacate the Rule 16 Conference and Associated Deadlines.

WHEREAS, Plaintiff filed its Complaint on March 10, 2023, Dkt No. 1 (Declaration of John G. Froemming ["Froemming Decl."] ¶ 4);

WHEREAS, Defendants moved to dismiss the Complaint in its entirety on forum non conveniens grounds, and for lack of personal jurisdiction over BMW AG and Rolls-Royce Motor Cars Ltd.,[1] on May 24, 2023, Dkt. No. 40 (Froemming Decl. ¶ 6);

WHEREAS, Defendants' motion was set to be heard on June 23, 2023 (Froemming Decl. ¶ 7);

WHEREAS, on June 2, 2023, Plaintiff filed its Notice of Intent to File First Amended Complaint, Dkt. No. 42 (Froemming Decl. ¶ 8);

WHEREAS, on June 8, 2023, the Court set a Scheduling Conference for July 14, 2023, after Defendants' motion to dismiss was to be heard, Dkt. No. 43 (Froemming Decl. ¶ 9);

WHEREAS, on June 14, 2023, Plaintiff filed it First Amended Complaint dismissing certain parties and claims, Dkt. No. 44 (Froemming Decl. ¶ 10);

WHEREAS, on June 16, 2023, the Court vacated the hearing on Defendants' Motion to Dismiss, Dkt. No. 45 ((Froemming Decl. ¶ 11);

---

[1] Plaintiffs removed Rolls-Royce Motor Cars Ltd. as a co-defendant from the First Amended Complaint.

- 1 -

Case No. 2:23-CV-01823-WLH-PVCx
STIPULATION AND [PROPOSED] ORDER TO VACATE JULY 14, 2023 RULE 16 CONFERENCE AND ASSOCIATED DEADLINES

1   WHEREAS, Defendants intend to move by June 28, 2023 to dismiss the First Amended Complaint and the case in its entirety on forum non conveniens grounds, and as to BMW AG for lack of personal jurisdiction (Froemming Decl. ¶ 12);

WHEREAS, good cause exists to vacate the scheduling conference and stay initial discovery and other obligations because it would be unduly burdensome and inefficient for the Parties to prepare for and hold a Rule 16 Scheduling Conference, prepare a Joint Rule 26(f) Report and Worksheet, and engage in initial discovery, including but not limited to Rule 26(a) disclosures, before the Defendants' renewed motion to dismiss is argued (Froemming Decl. ¶ 13);

WHEREAS, during the stay, the parties' obligation to preserve evidence would remain in effect; and

WHEREAS, due to another trial commitment of Plaintiff's counsel, the Parties have agreed to a briefing schedule on Defendants' forthcoming motion to dismiss, consistent with the Court's Procedures, namely:

- Defendants will file their motion to dismiss Plaintiff's First Amended Complaint on or before June 28, 2023,
- Plaintiffs will file their opposition on or before July 14, 2023,
- Defendants will file their reply in support of the motion to dismiss by July 28, 2023,
- Defendants will notice the hearing for August 18, 2023, subject to the Court's availability (Froemming Decl. ¶ 15).

THEREFORE, the Parties stipulate and request that the Court vacate the July 14, 2023 Scheduling Conference, the deadline for the Parties to file the Federal Rule of Civil Procedure 26(f) Scheduling Report, and stay all discovery obligations under Federal Rules of Civil Procedure 16 and 26 until after the hearing on Defendants' forthcoming motion to dismiss Plaintiffs' First Amended Complaint.

- 2 -

Case No. 2:23-CV-01823-WLH-PVCx
STIPULATION AND [PROPOSED] ORDER TO VACATE JULY 14, 2023 RULE 16 CONFERENCE AND ASSOCIATED DEADLINES

1  IT IS SO STIPULATED this 21st day of June, 2023.

Respectfully submitted,

Dated: June 21, 2023                JONES DAY


By:  /s/ John G. Froemming

JONES DAY
John G. Froemming (*pro hac vice*)
JFroemming@jonesday.com
51 Louisiana Avenue NW
Washington, DC 20007
Telephone:   (202) 879-3939
Facsimile:   (202) 626-1700

JONES DAY
Jonathan McNeal Smith
JonathanSmith@jonesday.com
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

Attorneys for the Defendants

Dated: June 21, 2023

By:  /s/ Eric A. Buresh

DAVIDSON LAW GROUP
Ben M. Davidson
Ben@dlgla.com
4500 Park Granada Blvd, Suite 202
Calabasas, California 91302
Office: (310) 473-2300
Fax: (310) 473-2941

ERISE IP, P.A.
Eric A. Buresh (pro hac vice)
Lydia C. Raw (pro hac vice)
Eric.buresh@eriseip.com
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700

- 3 -

Case No.  2:23-CV-01823-WLH-PVCx
STIPULATION AND [PROPOSED] ORDER TO
VACATE JULY 14, 2023 RULE 16 CONFERENCE
AND ASSOCIATED DEADLINES

Overland Park, KS 66211
Office: (913) 777-5600

Attorneys for Plaintiff

I, John G. Froemming, attend that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing, under C.D. Cal. L.R. 5-4.3.4(a)((2)(i).

- 4 -

Case No. 2:23-CV-01823-WLH-PVCx
STIPULATION AND [PROPOSED] ORDER TO VACATE JULY 14, 2023 RULE 16 CONFERENCE AND ASSOCIATED DEADLINES