1  Jonathan McNeal Smith (State Bar No. 292285)
   Email: JonathanSmith@jonesday.com
2  **JONES DAY**
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, California 90071
4  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
5
   John Froemming (admitted pro hac vice)
6  Email: JFroemming@jonesday.com
   **JONES DAY**
7  51 Louisiana Avenue NW
   Washington, DC 20007
8  Telephone:  (202) 879-3939
   Facsimile:  (202) 626-1700
9
   Attorneys for the Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>　　　　　Defendants. | **Case No. 2:23-CV-01823-WLH-PVCx**<br><br>**DECLARATION OF JOHN G. FROEMMING IN SUPPORT OF STIPULATION TO VACATE JULY 14, 2023 RULE 16 CONFERENCE AND ASSOCIATED DEADLINES** |

I, John G. Froemming, hereby declare and state as follows:

1. I am a partner with the law firm Jones Day, counsel for Defendants Bayerische Motoren Werke AG ('"BMW AG"); Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC (collectively, "Defendants") in the above-referenced case. I am an active member in good standing of the State of Virginia, District of Columbia Bar, and have been admitted *pro hac vice* in the above-referenced case.[1] I have personal knowledge of the facts set forth in this declaration, except as to matters stated on information and belief, and as to those matters, I am informed and believe them to be true. The following statements are based on my review of the pleadings, records, and files maintained in connection with this litigation. If called as a witness, I could and would testify competently to the matters set forth below.

2. This declaration is in support of Plaintiff Topalsson GMbH ("Plaintiff") and Defendants (collectively, the "Parties") Joint Stipulation to Vacate the Rule 16 Conference and Associated Deadlines.

3. This is the first requested continuance of the Rule 16 Scheduling Conference.

4. Plaintiff filed its Complaint on March 10, 2023.

5. On March 30, 2023, the Court granted the Parties' Joint Stipulation for Extension of Defendants' Time to File a Response to May 24, 2023, Dkt. No. 32.

6. Defendants moved to dismiss the Complaint in its entirety on forum non conveniens grounds, and for lack of personal jurisdiction over BMW AG and Rolls-Royce Motor Cars Ltd., on May 24, 2023, Dkt. No. 40.

7. Defendants' motion was set to be heard on June 23, 2023.

---

[1] I am an inactive member of the Pennsylvania Bar Association (not disciplinary).

- 1 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF JOHN G. FROEMMING
ISO STIPULATION TO VACATE JULY 14,
2023 RULE 16 CONFERENCE AND
ASSOCIATED DEADLINES

8. On June 2, 2023, Plaintiff filed its Notice of Intent to File First Amended Complaint, Dkt. No. 42.

9. On June 8, 2023, the Court set a Scheduling Conference for July 14, 2023, after Defendants' motion to dismiss was to be heard, Dkt. No. 43.

10. On June 14, 2023, Plaintiff filed it First Amended Complaint dismissing certain parties and claims, Dkt. No. 44.

11. On June 16, 2023, the Court vacated the hearing on Defendants' Motion to Dismiss, Dkt. No. 45.

12. Defendants intend to move by June 28, 2023 to dismiss the First Amended Complaint and the case in its entirety on forum non conveniens grounds, and as to BMW AG for lack of personal jurisdiction.

13. Good cause exists to vacate the scheduling conference and stay initial discovery and other obligations because it would be unduly burdensome and inefficient for the Parties to prepare for and hold a Rule 16 Scheduling Conference, prepare a Joint Rule 26(f) Report and Worksheet, and engage in initial discovery, including but not limited to Rule 26(a) disclosures, before the Defendants' renewed motion to dismiss is argued.

14. Given Defendants' arguments that this case should be dismissed, the Parties have not yet held the Rule 16 Scheduling Conference or begun preparation of the Rule 26(f) Report and Worksheet.

15. Due to another trial commitment of Plaintiff's counsel, the Parties have agreed to a briefing schedule on Defendants' forthcoming motion to dismiss, consistent with the Court's Procedures, namely:

- Defendants will file their motion to dismiss Plaintiff's First Amended Complaint on or before June 28, 2023,
- Plaintiffs will file their opposition on or before July 14, 2023,

- 2 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF JOHN G. FROEMMING
ISO STIPULATION TO VACATE JULY 14,
2023 RULE 16 CONFERENCE AND
ASSOCIATED DEADLINES

- Defendants will file their reply in support of the motion to dismiss by July 28, 2023,
- Defendants will notice the hearing for August 18, 2023, subject to the Court's availability.

16. There is no prejudice to the Parties if the request is granted. However, there is prejudice if the request is denied because it is unduly burdensome and inefficient for the Parties to prepare for and hold a Rule 16 Scheduling Conference, prepare a Joint Rule 26(f) Report and Worksheet, and engage in initial discovery, including but not limited to Rule 26(a) disclosures, before the Defendants' renewed motion to dismiss the case in its entirety is argued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 21st of June 2023, in Washington, D.C.

*/s/ John G. Froemming*
John G. Froemming

- 3 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF JOHN G. FROEMMING
ISO STIPULATION TO VACATE JULY 14,
2023 RULE 16 CONFERENCE AND
ASSOCIATED DEADLINES