Amtsgerichts München
Rechtshilfeverkehr mit dem Ausland



Amtsgericht München – 80315 München

Lydia C. Raw, Attorney at Law
7015 College Blvd., Stre. 700
OVERLAND PARK, KS 66211
USA

**Telefon:**
089/5597-1235

**Telefax:**
09621/9624-1231

**E-Mail:**
poststelle@ag-m.bayern.de
E-Mail-Adressen eröffnen keinen Zugang für
Erklärungen in Rechtssachen

| Ihr Zeichen, Ihre Nachricht vom | Bitte bei Antwort angeben Unser Zeichen | Datum |
|---|---|---|
|  | AG M 9341E- bE -2064/2023 | 06.06.2023 |

**Rechtshilfeverkehr in Zivilsachen mit den USA;
Ihr Ersuchen vom 24.03.2023**

Sehr geehrte Damen und Herren,

in der Anlage wird das Ersuchen mit einem Zustellungszeugnis zurückgereicht.

Mit vorzüglicher Hochachtung

Rother



**Justizgebäude**
Pacellistraße 5
80333 München

**Öffentliche Verkehrsmittel**
Haltestelle
Karlsplatz (Stachus)

**Telefon**
089/5597-06 (Vermittlung)
**Telefax**
09621/96241-2065

**E-Mail**
poststelle@ag-m.bayern.de
**Internet**
www.justiz.bayern.de/gericht/ag/m

# ZUSTELLUNGSZEUGNIS
## CERTIFICATE
### ATTESTATION

Geschäftszeichen: AG M 9341E- bE -2064/2023

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conforment à l'article 6 de ladite Convention,

1. dass der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum)        19.05.2023
     the (date)
     le (date)

   - in (Ort, Straße, Nummer)    richtig: Lilienthalallee 1, 80807 München
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods authorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

   ☒ a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *)
          in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *)
          selon les formes légales (article 5, alinéa premier, lettre a) *)

   ☐ b) ~~in der folgenden besonderen Form *)~~
          ~~in accordance with the following particular method *)~~
          ~~selon la forme particulière suivante *)~~

   ☐ c) ~~durch einfache Übergabe *)~~
          ~~by delivery to the addressee, who accepted it voluntarily *)~~
          ~~par remise simple *)~~

   Die in diesem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionées dans la demande ont été remis à:

   - (Name und Stellung der Person)                Christian Schier
     (identity and description of Person)
     (identité et qualité de la personne)

   - Verwandschafts-, Arbeits- oder sonstiges Verhältnis zum    Beschäftigter bei der Bayerischen Motoren Werke AG
     Zustellungsempfänger:
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. ~~dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *)~~
   ~~that the documents has not been served, by reason of the following facts *)~~
   ~~que la demande n'e pas été exécutée, en raison des faits suivants *)~~

   Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
   In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached stateme
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke:              Zugestellte Schriftstücke:
Documents returned:                         Vorladung in einer Zivilsache, Zivilklage, Ausstellungen /
Pièces renvoyées:                           B,C und D, Mitteilung an den Rechtsbeistand über die
                                            Zustimmung zum Verfahren, Mitteilung der Zuordnung a
                                            einen US-Richter
                                            der Rechtsanwältin Lydia C. Raw in Overland Park

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:   Ausgefertigt in München am 06.06.2023
Le cas échéant, les documents justifivatifs de l'exécution  Done at                the
                                                            Fait à                 le

                                                            Unterschrift und/ oder Stempel.
                                                            Signature and/ or stamp.
                                                            Signature et/ou cachet