1  Jonathan McNeal Smith (State Bar No. 292285)
2  Email: JonathanSmith@jonesday.com
   **JONES DAY**
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, California 90071
   Telephone:  (213) 489-3939
5  Facsimile:  (213) 243-2539

6  John Froemming (admitted pro hac vice)
   Email: JFroemming@jonesday.com
7  **JONES DAY**
   51 Louisiana Avenue NW
8  Washington, DC 20007
   Telephone:  (202) 879-3939
9  Facsimile:  (202) 626-1700

10 Attorneys for the Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>         Plaintiff,<br><br>    v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>         Defendants. | **Case No.  2:23-CV-01823-WLH-PVCx**<br><br>**SPECIALLY APPEARING DEFENDANT BAYERISCHE MOTOREN WERKE AG AND THE OTHER DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT ON FORUM NON CONVENIENS GROUNDS, AND FOR LACK OF PERSONAL JURISDICTION**<br><br>*[Memorandum of Points And Authorities and Supporting Declarations Filed Concurrently Herewith]*<br><br>Date:         August 18, 2023<br>Time:         1:00 p.m.<br>Courtroom:  9B<br>Judge:        Hon. Wesley L. Hsu |

# NOTICE OF MOTION AND MOTION

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 18, 2023, at 1:00 p.m., or as soon thereafter as the matter can be heard, in Courtroom 9B of the United States District Courthouse located at 350 West 1st Street, Los Angeles, CA 90012, specially appearing Defendant Bayerische Motoren Werke AG ("BMW AG") and Defendants Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC (collectively, "Defendants") will and hereby do move the Court for an order dismissing this action including the First Amended Complaint in its entirety under forum non conveniens, and under Federal Rule of Civil Procedure 12(b)(2) for want of personal jurisdiction over specially appearing Defendants BMW AG.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Dr. Timo Poser, Jan-Hendrik Hoffmann, Emma Butcher, Bill McHugh, John Froemming, Keith Kassan, Brian Beatt, Christopher Hough, Roger See, and any oral argument as may be presented at the hearing, all other papers, records and pleadings on file in this action, and on such additional evidence and argument as the Court may allow prior to and during the hearing on this motion.

//
//
//

***Meet and Confer Compliance.*** Pursuant to the Central District of California Local Rule 7-3 and this Court's Standing Order for Newly Assigned Civil Cases, on June 23, 2023, counsel for Defendants met and conferred in good faith with counsel for Plaintiff via videoconference regarding the grounds for dismissal of the First Amended Complaint. Declaration of John Froemming ¶ 3. The parties were unable to come to an agreement. *Id.*

Respectfully submitted,

Dated: June 28, 2023

JONES DAY

By: */s/ John Froemming*
John Froemming

Attorneys for the Defendants