# EXHIBIT 1

YOUR CONFIGURATION



# Wraith US











1 / 5

# YOUR CONFIGURATION





    

    

# YOUR CONFIGURATION



**Model**
    Wraith US

**Packages**

| | |
|---|---|
| Interior Detailing Package | ZD0 |
| Seat Piping (Colour: MR-Mugello Red) | LAP |
| Contrast stitching (Colour: MR-Mugello Red) | LAS |
| Treadplates Wraith | L1C |
| Bespoke Interior - Module Editing | LLE |
| Exterior Detailing Package | ZD1 |
| Single Coachline | LCP |
| Body Coloured Wheel Centres | RFR |
| Ultimate Touring Package | ZDG |
| Black Outer Two-Tone Steering Wheel (Colour: MR-Mugello Red) | LAX |
| 21" Ten Spoke Part Polished Wheels | RCL |
| Front Ventilated Seats | 453 |
| Driver Assistance 3 | Z02 |
| High-Beam Assistance | 5AC |
| Lane Departure Warning | 5AD |
| Active Cruise Control with Stop & Go | 5AT |
| Head-Up Display | 610 |
| Night Vision With Pedestrian Recognition | 6UK |
| Pulse Inspiration | ZSH |
| Black Side Frame Finishers | L3G |
| RR Monogram to all Headrests (Colour: MR-Mugello Red) | LAN |
| Technical Fibre CC | LW8 |
| Gunmetal | WW24 |
| Leather/Black | RAR1 |
| Camera System | Z05 |
| Rear View Camera With Top View | 3AH |
| Side View Camera | 5DK |

**Exterior Style**

| | |
|---|---|
| Main Exterior Colour (Colour: W24-Gunmetal) | LE1 |
| Coachline Colour (Colour: MR-Mugello Red) | LE5 |

**Exterior Options**

| | |
|---|---|
| Standard Spirit of Ecstasy | Z9C |

**Interior Style**

| | |
|---|---|
| Seat Application Area (Colour: R1-Black) | LME |
| Front Massage Seats | 455 |
| Extended Leather Headliner | RAE |
| Starlight Headliner | RRS |

**Interior Options**

| | |
|---|---|
| Universal Garage Door Opener | 319 |
| Comfort Entry System | 322 |

**Other**

| | |
|---|---|
| Convenience Door Pocket Lighting | 4UR |
| Full Natural Grain Leather | LAU |
| Primary Interior Colour (Colour: R1-Black) | LL1 |
| Secondary Interior Colour (Colour: MR-Mugello Red) | LL2 |

# YOUR CONFIGURATION



| | |
|---|---|
| Door Pocket (Colour: R1-Black) | LM1 |
| Door Armrest (Colour: R1-Black) | LM2 |
| Centre Console Armrest (Colour: R1-Black) | LM3 |
| Waterfall (Colour: R1-Black) | LM4 |
| Seatbelts (Colour: TU-Slate) | LM8 |
| Carpet & Floor mats (Colour: R1-Black) | LM9 |
| Seat Main Body (Colour: R1-Black) | LMA |
| Seat Inner (Colour: R1-Black) | LMC |
| Seat Valance & Seat Backs (Colour: R1-Black) | LMD |
| Seat Gussets (Colour: MR-Mugello Red) | LMF |
| Rear Seat Centre (Colour: R1-Black) | LMG |
| Main Door (Colour: R1-Black) | LMK |
| Inner Door Pockets (Colour: MR-Mugello Red) | LML |
| Door Inner (Colour: R1-Black) | LMM |
| Centre Console (Colour: MR-Mugello Red) | LMP |
| IP Lower (Colour: MR-Mugello Red) | LMS |
| IP Top (Colour: R1-Black) | LMT |
| IP Inner (Colour: MR-Mugello Red) | LMU |
| Pillar Trims (Colour: R1-Black) | LMW |
| Headlining & Sunvisor (Colour: R1-Black) | LMX |
| Hatshelf Rear (Colour: R1-Black) | LMY |
| Black Boot Trim | Z9D |
| English / On-Board Documentation | 880 |
| Satellite tuner | 655 |
| Language version English | 853 |
| Teleservices | 6AE |
| Intelligent Emergency Call | 6AC |
| Enhanced Bluetooth Phone Integration | 6NS |
| Oil service Int. 15.000 km / 12 Months | 8KL |

# YOUR CONFIGURATION



[1]The values of fuel consumptions, CO2 emissions and energy consumptions shown are determined according to the European Regulation (EC) 715/2007 in the version applicable at the time of type approval. The range shown considers optional equipment and the different size of wheels and tires available on the selected model and may vary during the configuration.

The values are already based on the new WLTP regulation and are translated back into NEDC-equivalent values in order to ensure the comparison between the vehicles. For the assessment of taxes or other duties based (at least inter alia) on CO2-emissions the CO2 values may differ to the values stated here.

The fuel efficiency label and VED banding shown is based on the current UK classification for new vehicle registrations (effective April 2017). For emission data, labelling and guidelines relating to your local market please contact your nearest sales outlet or from the relevant government authority in your region.

Further information about the official fuel consumption and the specific CO2 emission of new passenger cars can be taken out of the "Handbook of fuel consumption, the CO2 emission and power consumption of new passenger cars", which is available at all selling points and at http://carfueldata.direct.gov.uk/

[#] Emissions values for this production period are still to be confirmed. Please try again at a later date or contact your local sales outlet.

# LEGAL NOTICE

Rolls-Royce Configurator V5.0
Release Date: August 2017.

All illustrations and specifications are based upon information available as at August 2017. Due to inherent technical limitations of colour reproduction, actual paint colour and colour of all / any materials may vary from those shown in the configurator. Rolls-Royce Motor Cars Limited reserves the right to make changes at any time, without notice, to colours, materials, equipment, specifications and models. Images may show optional equipment and specific country variants may differ in base specification. Copyright of Rolls-Royce Motor Cars Limited 2017. Not to be reproduced or transmitted wholly or in part, whether by copying or storing by electronic means or otherwise without written permission of Rolls-Royce Motor Cars Limited. The Rolls-Royce name and logo are registered trademarks and are owned by Rolls-Royce Motor Cars Limited or used under licence in some jurisdictions. Quoted speed and acceleration may vary. Rolls-Royce Motor Cars Limited makes all reasonable efforts to provide accurate information, however, there is no guarantee of accuracy. No liability is assumed by Rolls-Royce Motor Cars Limited. Additional information may be obtained from your Rolls-Royce Motor Cars authorised dealership.

US distributor: Rolls-Royce Motor Cars NA, LLC, Woodcliff Lake, NJ 07677-7731.

© Copyright Rolls-Royce Motor Cars Limited (2017). Not to be reproduced or transmitted. The Rolls-Royce name and logo are registered trademarks owned by or licensed to Rolls-Royce Motor Cars Limited.



**Configuration for vehicle Wraith US (Model code: XZ03)**

**Model**
Wraith US £ 215,000.00
MASTER
14/11/2018
**Packages**
| | | |
|---|---|---|
| Interior Detailing Package | ZD0 | £ 5,800.00 |
|   Seat Piping | LAP | £ 0.00 |
|   (Colour: MR-Mugello Red) | | |
|   Contrast stitching | LAS | £ 0.00 |
|   (Colour: MR-Mugello Red) | | |
|   Treadplates Wraith | L1C | £ 0.00 |
|   Bespoke Interior - Module Editing | LLE | £ 0.00 |
| Exterior Detailing Package | ZD1 | £ 1,375.00 |
|   Single Coachline | LCP | £ 0.00 |
|   Body Coloured Wheel Centres | RFR | £ 0.00 |
| Ultimate Touring Package | ZDG | £ 12,450.00 |
|   Black Outer Two-Tone Steering Wheel | LAX | £ 0.00 |
|   (Colour: MR-Mugello Red) | | |
|   21" Ten Spoke Part Polished Wheels | RCL | £ 0.00 |
|   Front Ventilated Seats | 453 | £ 0.00 |
|   Driver Assistance 3 | Z02 | £ 0.00 |
|     High-Beam Assistance | 5AC | £ 0.00 |
|     Lane Departure Warning | 5AD | £ 0.00 |
|     Active Cruise Control with Stop & Go | 5AT | £ 0.00 |
|     Head-Up Display | 610 | £ 0.00 |
|     Night Vision With Pedestrian Recognition | 6UK | £ 0.00 |
| Pulse Inspiration | ZSH | £ 9,000.00 |
|   Black Side Frame Finishers | L3G | £ 0.00 |
|   RR Monogram to all Headrests | LAN | £ 0.00 |
|   (Colour: MR-Mugello Red) | | |
|   Technical Fibre CC | LW8 | £ 0.00 |
|   Gunmetal | WW24 | £ 0.00 |
|   Leather/Black | RAR1 | £ 0.00 |
|   Camera System | Z05 | £ 0.00 |
|     Rear View Camera With Top View | 3AH | £ 0.00 |
|     Side View Camera | 5DK | £ 0.00 |

**Exterior Style**
| | | |
|---|---|---|
| Main Exterior Colour | LE1 | £ 6,225.00 |
|   (Colour: W24-Gunmetal) | | |
| Coachline Colour | LE5 | £ 0.00 |
|   (Colour: MR-Mugello Red) | | |

**Exterior Options**
| | | |
|---|---|---|
| Standard Spirit of Ecstasy | Z9C | £ 0.00 |

**Interior Style**
| | | |
|---|---|---|
| Primary Interior Colour | LL1 | £ 0.00 |
|   (Colour: R1-Black) | | |
| Secondary Interior Colour | LL2 | £ 0.00 |
|   (Colour: MR-Mugello Red) | | |
| Door Pocket | LM1 | £ 0.00 |
|   (Colour: R1-Black) | | |
| Door Armrest | LM2 | £ 0.00 |
|   (Colour: R1-Black) | | |
| Centre Console Armrest | LM3 | £ 0.00 |
|   (Colour: R1-Black) | | |
| Waterfall | LM4 | £ 0.00 |
|   (Colour: R1-Black) | | |
| Seatbelts | LM8 | £ 0.00 |
|   (Colour: TU-Slate) | | |
| Carpet & Floor mats | LM9 | £ 0.00 |
|   (Colour: R1-Black) | | |
| Seat Main Body | LMA | £ 0.00 |
|   (Colour: R1-Black) | | |
| Seat Inner | LMC | £ 0.00 |
|   (Colour: R1-Black) | | |

| | | |
|---|---|---|
| Seat Valance & Seat Backs | LMD | £ 0.00 |
| (Colour: R1-Black) | | |
| Seat Application Area | LME | £ 0.00 |
| (Colour: R1-Black) | | |
| Seat Gussets | LMF | £ 0.00 |
| (Colour: MR-Mugello Red) | | |
| Rear Seat Centre | LMG | £ 0.00 |
| (Colour: R1-Black) | | |
| Main Door | LMK | £ 0.00 |
| (Colour: R1-Black) | | |
| Inner Door Pockets | LML | £ 0.00 |
| (Colour: MR-Mugello Red) | | |
| Door Inner | LMM | £ 0.00 |
| (Colour: R1-Black) | | |
| Centre Console | LMP | £ 0.00 |
| (Colour: MR-Mugello Red) | | |
| IP Lower | LMS | £ 0.00 |
| (Colour: MR-Mugello Red) | | |
| IP Top | LMT | £ 0.00 |
| (Colour: R1-Black) | | |
| IP Inner | LMU | £ 0.00 |
| (Colour: MR-Mugello Red) | | |
| Pillar Trims | LMW | £ 0.00 |
| (Colour: R1-Black) | | |
| Headlining & Sunvisor | LMX | £ 0.00 |
| (Colour: R1-Black) | | |
| Hatshelf Rear | LMY | £ 0.00 |
| (Colour: R1-Black) | | |
| Front Massage Seats | 455 | £ 900.00 |
| Convenience Door Pocket Lighting | 4UR | £ 0.00 |
| Full Natural Grain Leather | LAU | £ 0.00 |
| Extended Leather Headliner | RAE | £ 0.00 |
| Starlight Headliner | RRS | £ 10,000.00 |

**Interior Options**

| | | |
|---|---|---|
| Universal Garage Door Opener | 319 | £ 525.00 |
| Comfort Entry System | 322 | £ 1,500.00 |
| Language version English | 853 | £ 0.00 |
| English / On-Board Documentation | 880 | £ 0.00 |

**Other**

| | | |
|---|---|---|
| Black Boot Trim | Z9D | £ 0.00 |
| Teleservices | 6AE | £ 0.00 |
| Intelligent Emergency Call | 6AC | £ 0.00 |
| Enhanced Bluetooth Phone Integration | 6NS | £ 0.00 |
| Satellite tuner | 655 | £ 0.00 |
| Oil service Int. 15.000 km / 12 Months | 8KL | £ 0.00 |

| | |
|---|---|
| Total price | **£ 262,775.00** |
| Lead time | Standard |

Configurator Version: HEAD 2018-08-16 10:57:57

Thu Aug 16 2018 11:26:33 GMT+0100 (British Summer Time)