# EXHIBIT 3

| | |
|---|---|
| **From:** | Clowsley Laura |
| **Sent:** | Wednesday, June 26, 2019 1:20 AM |
| **To:** | kt@topalsson.com |
| **Subject:** | RE: 4427 Invitation to Tender: Future Configurator Landscape - Negotiation Meeting |

Hi Kuby this will be fine. We will see you on Friday.

Kind regards
Laura

**BMW Group**
United Kingdom
Laura Clowsley
C2-UK-F-M
Purchasing Manager
Summit One, Summit Avenue,
Farnborough, Hampshire, GU14 0FB
Tel. 01252 923868
Mobile. 07815 373458
Mail to: laura.clowsley@bmw.co.uk

 

The contents of this e-mail are confidential and may be privileged and subject to internal monitoring.  If you are not the addressee indicated in this message, you may not copy, forward, disclose, deliver or otherwise use it or any part of it in any form whatsoever.  You should then kindly notify the sender by replying to this message and destroy it thereafter.  Opinions, conclusions and other information in this message that do not relate to the official business of any BMW Group Company with their registered offices at Summit One, Summit Avenue, Farnborough, Hampshire, GU14 0FB, shall be understood as neither given nor endorsed by them.

**From:** Kubilay Topal [mailto:kt@topalsson.com]
**Sent:** 25 June 2019 20:02
**To:** Clowsley Laura, C2-UK-F-M <Laura.Clowsley@bmw.co.uk>
**Subject:** Re: 4427 Invitation to Tender: Future Configurator Landscape - Negotiation Meeting

Hi Laura,

sorry, for the late info. We have shifted some meetings so we can also confirm this Friday!
We would appreciate to have the meeting on Friday  10-12pm, if this is still possible.

With regards
Kuby

**Von:** "Laura.Clowsley@bmw.co.uk" <Laura.Clowsley@bmw.co.uk>
**Datum:** Dienstag, 25. Juni 2019 um 20:19

**An:** Kuby Topal <kt@topalsson.com>
**Betreff:** RE: 4427 Invitation to Tender: Future Configurator Landscape - Negotiation Meeting

Hi thanks for confirming, Tuesday 2nd July 10-12pm here at our offices for the negotiations.  It will be myself and my colleague Richard Sharman, Purchasing Manager.

Kind regards
Laura

**BMW Group**
United Kingdom
Laura Clowsley
C2-UK-F-M
Purchasing Manager
Summit One, Summit Avenue,
Farnborough, Hampshire, GU14 0FB
Tel. 01252 923868
Mobile. 07815 373458
Mail to: laura.clowsley@bmw.co.uk

 

The contents of this e-mail are confidential and may be privileged and subject to internal monitoring.  If you are not the addressee indicated in this message, you may not copy, forward, disclose, deliver or otherwise use it or any part of it in any form whatsoever.  You should then kindly notify the sender by replying to this message and destroy it thereafter.  Opinions, conclusions and other information in this message that do not relate to the official business of any BMW Group Company with their registered offices at Summit One, Summit Avenue, Farnborough, Hampshire, GU14 0FB, shall be understood as neither given nor endorsed by them.

---

**From:** Kubilay Topal [mailto:kt@topalsson.com]
**Sent:** 25 June 2019 15:44
**To:** Clowsley Laura, C2-UK-F-M <Laura.Clowsley@bmw.co.uk>
**Subject:** Re: 4427 Invitation to Tender: Future Configurator Landscape - Negotiation Meeting

Hi Laura,

Unfortunately we have tried to shift some meetings on Friday. We would appreciate to take the Tuesday. Would it also be from 10-12?
We already have reserved our flights arriving at 8.15 so we would have enough time for traveling on time to Farnborough.

Currently we planned to come
My CFO, Hans Mokrusch and myself.

Who would attend to this negotiation meeting from your side?
Shall we bring also some from our legal department?

With regards

Kubilay Topal

_____

**Topalsson GmbH**
Kubilay Topal
CEO
Infanteriestrasse 11A Haus C
80797 München

T.  +49 89 961608333
F.  +49 89 961608390
M.  +49 178 7784646
mailto: kt@topalsson.com
Url: www.topalsson.com

Geschäftsführer/CEO : Kubilay Topal
Sitz und Registergericht/Seat and Commercial Register: München HRB 172292

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefuegt und lassen keine Rueckschluesse auf den Rechtscharakter der E-Mail zu.
Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon Topalsson GmbH.


Am 25.06.2019 um 12:12 schrieb "Laura.Clowsley@bmw.co.uk" <Laura.Clowsley@bmw.co.uk>:

> Hi Kuby thanks for your email. Unfortunately we cannot do the negotiations on Thursday this week.  Do you have any time on Friday if not the following Tuesday 2nd July?
>
> Thanks
> Laura
>
> **BMW Group**
> United Kingdom
> Laura Clowsley
> C2-UK-F-M
> Purchasing Manager
> Summit One, Summit Avenue,
> Farnborough, Hampshire, GU14 0FB
> Tel. 01252 923868
> Mobile. 07815 373458
> Mail to: laura.clowsley@bmw.co.uk
>
>  
>
> The contents of this e-mail are confidential and may be privileged and subject to internal monitoring.  If you are not the addressee indicated in this message, you may not copy, forward, disclose, deliver or otherwise use it or any part of it in any form whatsoever.  You should then kindly notify the sender by replying to this message and destroy it thereafter.  Opinions, conclusions and other information in this message

3

that do not relate to the official business of any BMW Group Company with their registered offices at Summit One, Summit Avenue, Farnborough, Hampshire, GU14 0FB, shall be understood as neither given nor endorsed by them.

**From:** Kubilay Topal [mailto:kt@topalsson.com]
**Sent:** 25 June 2019 10:16
**To:** Clowsley Laura, C2-UK-F-M <Laura.Clowsley@bmw.co.uk>
**Subject:** Re: 4427 Invitation to Tender: Future Configurator Landscape - Negotiation Meeting

Hi Laura,

thank you fort he invitation. I could not reach you on the phone. Would Thursday suit you also? Do you have a short slot to schedule the meeting on the phone?

Best regards
Kuby

**Von:** "Laura.Clowsley@bmw.co.uk" <Laura.Clowsley@bmw.co.uk>
**Datum:** Montag, 24. Juni 2019 um 17:22
**An:** Kuby Topal <kt@topalsson.com>
**Betreff:** TE:4427 Invitation to Tender: Future Configurator Landscape - Negotiation Meeting

Hi

Further to your tender response I am contacting you as your quotation has been technically released to me by the business.

I would like to set up a meeting for negotiation for Friday 28 June here at our offices, Summit One in Farnborough at 10 – 12pm.

Please can you confirm if you will be able to attend and who will be attending.

Many thanks
Laura

**BMW Group**
United Kingdom
Laura Clowsley
C2-UK-F-M
Purchasing Manager
Summit One, Summit Avenue,
Farnborough, Hampshire, GU14 0FB
Tel. 01252 923868
Mobile. 07815 373458
Mail to: laura.clowsley@bmw.co.uk



4

The contents of this e-mail are confidential and may be privileged and subject to internal monitoring.  If you are not the addressee indicated in this message, you may not copy, forward, disclose, deliver or otherwise use it or any part of it in any form whatsoever.  You should then kindly notify the sender by replying to this message and destroy it thereafter.  Opinions, conclusions and other information in this message that do not relate to the official business of any BMW Group Company with their registered offices at Summit One, Summit Avenue, Farnborough, Hampshire, GU14 0FB, shall be understood as neither given nor endorsed by them.

--
This email was sent from an email account of BMW (UK) Limited which is a company registered in England and Wales with company number 1378137 and has its offices at Summit ONE, Summit Avenue, Farnborough, Hampshire, GU14 0FB. BMW (UK) Limited is authorised and regulated by the Financial Conduct Authority in relation to its credit broking activities. The contents of this e-mail are confidential and may be privileged and subject to internal monitoring. If you are not the addressee indicated in this message, you may not copy, forward, disclose, deliver or otherwise use it or any part of it in any form whatsoever. You should then kindly notify the sender by replying to this message and destroy it thereafter. Opinions, conclusions and other information in this message that do not relate to the official business of any BMW Group Company shall be understood as neither given nor endorsed by them.

--
This email was sent from an email account of BMW (UK) Limited which is a company registered in England and Wales with company number 1378137 and has its offices at Summit ONE, Summit Avenue, Farnborough, Hampshire, GU14 0FB. BMW (UK) Limited is authorised and regulated by the Financial Conduct Authority in relation to its credit broking activities. The contents of this e-mail are confidential and may be privileged and subject to internal monitoring. If you are not the addressee indicated in this message, you may not copy, forward, disclose, deliver or otherwise use it or any part of it in any form whatsoever. You should then kindly notify the sender by replying to this message and destroy it thereafter. Opinions, conclusions and other information in this message that do not relate to the official business of any BMW Group Company shall be understood as neither given nor endorsed by them.

--
This email was sent from an email account of BMW (UK) Limited which is a company registered in England and Wales with company number 1378137 and has its offices at Summit ONE, Summit Avenue, Farnborough, Hampshire, GU14 0FB. BMW (UK) Limited is authorised and regulated by the Financial Conduct Authority in relation to its credit broking activities. The contents of this e-mail are confidential and may be privileged and subject to internal monitoring. If you are not the addressee indicated in this message, you may not copy, forward, disclose, deliver or otherwise use it or any part of it in any form whatsoever. You should then kindly notify the sender by replying to this message and destroy it thereafter. Opinions, conclusions and other information in this message that do not relate to the official business of any BMW Group Company shall be understood as neither given nor endorsed by them.