# EXHIBIT 4

# Emma Butcher

| | |
|---|---|
| **From:** | Hans Mokrusch <H.Mokrusch@topalsson.com> |
| **Sent:** | 02 August 2019 00:35 |
| **To:** | Ida Biot |
| **Cc:** | Kubilay Topal |
| **Subject:** | Weitere Anmerkungen zum Vertrag |
| **Attachments:** | RR-CO4550-Section 5 Exh 3+4_StandAlone-Charges-31Jul19.docx; RR-CO4550-Section 5-Exh 1+2_Hybrid-Charges-31Jul19.docx |
| **Importance:** | High |

Liebe Frau Biot,

im Nachgang zu dem soeben von Hern Topal versandten Vertrags-Entwurf habe ich noch zwei Anmerkungen:

- Section 3  - page 11 = Provisions by RRMC
    - hier ist leider der Passus der zur Verfügung Stellung der DeltaGen Lizenzen unter die Räder gekommen, den wir wieder einfügen müssen:
    - RRMC provides … -> last bullet point = „ BMW Group Licenses for Dassault DeltaGen"
    - 
- Section 5 = Charges
    - die im Vertrag eingefügten Tabellen sind leider nicht überall vollständig lesbar.
    - In Anlage daher nochmal separat zwei word- Dateien, jeweils ein Dokument für Hybrid und Stand-Alone

Mit besten Grüßen
Hans R. Mokrusch


Am 02.08.2019 um 00:00 schrieb Kubilay Topal <kt@topalsson.com>:

Hallo Ida,

hier leider nochmal mit dem richtigen Anhang.
anbei findest du den Vertrag mit den Kommentaren und ausgefüllten gelben Bereichen, direkt
von unseren Anwälten CMS aus London.
Zusätzlich würden wir hier gemäß Eurer Klauseln unser Versicherungssummen und
aufstocken. Sollen wir das gleich den Laura und Ihrer Kollegin mitschicken?


LG
Kuby

_____

**Topalsson GmbH**
Kubilay Topal

CEO
Infanteriestrasse 11A Haus C
80797 München

T.  +49 89 961608333
F.  +49 89 961608390
M.  +49 178 7784646
mailto: kt@topalsson.com
Url: www.topalsson.com

Geschäftsführer/CEO : Kubilay Topal
Sitz und Registergericht/Seat and Commercial Register: München HRB 172292

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefuegt und lassen keine Rueckschluesse auf den Rechtscharakter der E-Mail zu.
Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon Topalsson GmbH.

<Hiscox - finales Angebot[5][5].PDF><[Topalsson Comments] - RRMC - Topalsson Configurator Contract(629373801_3)[8].DOCX>

2