# EXHIBIT 5

**Emma Butcher**

---

**From:** Kubilay Topal <kt@topalsson.com>
**Sent:** 07 August 2019 14:14
**To:** Ida Biot
**Subject:** Feedback from CMS to the contract
**Attachments:** TPLSN Configurator Contract v.1_.docx

Dear Ida,

Thank you for your feedback on the agreement.

We understand that it is difficult for you to accept any chances to section 7 (General Terms) due to the time it would take to process any changes internally. However, we wish to highlight below material (but not all) issues with this agreement:

- the agreement itself is not in "final form", for example, various provisions are in square brackets / not completed;

- the delineation of IP rights is not clear. For example, clause 21 does not make clear that we retain the IP rights in the core software (i.e. the software used that is not bespoke). In addition, it is not made clear that the software licence we are granting can only e used in relation to Rolls Royce cars;

- we have agreed a reimbursement of discounts if you decide to trigger your termination at convenience right. This is not set out in the current draft of the agreement;

- the definition of "Complaint" and the procedure set out at clause 10 are extremely wide and should be restricted only to those complaints that we receive in writing;

- the agreement does not take into account that, as a matter of fact, software cannot be provided 100% bug free. For example, the correction of "Defects" in clause 6 is particularly onerous in terms of reaction time;

- there is no provision in the agreement that deals with changes as a result of Brexit; and

- perhaps the most material issue – our liability under the agreement is completely uncapped, even though a) we provide several indemnities and b) several of our obligations (including indemnities) are in favour of the wider BMW Group as well as Rolls Royce.

We are fully committed to reaching a solution on this agreement, especially in view of the project timeline and the fact both sides have made a significant investment in this relationship. However, as you can see above, there are provisions that ordinarily we could not accept. Whilst we understand that you are unlikely to receive approval for any changes to the general terms, we propose making clarification to section 2 to clarify the nature of the services we will be providing, to address the above.

Kind regards
Kuby

---

**Topalsson GmbH**
Kubilay Topal
CEO
Infanteriestrasse 11A Haus C

1

80797 München

T.  +49 89 961608333
F.  +49 89 961608390
M.  +49 178 7784646
mailto: kt@topalsson.com
Url: www.topalsson.com

Geschäftsführer/CEO : Kubilay Topal
Sitz und Registergericht/Seat and Commercial Register: München HRB 172292

Wichtiger Hinweis: Die vorgenannten Angaben werden jeder E-Mail automatisch hinzugefuegt und lassen keine Rueckschluesse auf den Rechtscharakter der E-Mail zu.
Important Notice: The above information is automatically added to this e-mail. This addition does not constitute a representation that the content of this e-mail is legally relevant and/or is intended to be legally binding upon Topalsson GmbH.