# EXHIBIT 1

S Litster<br>
Defendant<br>
First<br>
11 April 2022

**IN THE HIGH COURT OF JUSTICE**                                    **CLAIM NO. HT-2020-000334**

**IN THE BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**

**TECHNOLOGY AND CONSTRUCTION COURT**

**BETWEEN:**

**TOPALSSON GMBH**

**Claimant**

-and-

**ROLLS-ROYCE MOTOR CARS LIMITED**

**Defendant**

**WITNESS STATEMENT OF SCOTT LITSTER**

I, **SCOTT LITSTER**, of The Drive, Westhampnett, Chichester, West Sussex PO18 0SH, **WILL SAY AS FOLLOWS**:

1. I am employed by Rolls-Royce Motor Cars Limited, the Defendant in this claim ("**RRMC**"). I am a Product Specialist in RRMC's Product Management team. I started working for RRMC in 2016, when I joined its graduate training programme, before beginning my current role in 2018.

2. This statement has been prepared for me by RRMC's solicitors, following a video call I had with them. They prepared the first draft, and it was then finalised through further emails with them. All of the documents that I referred to or was referred to for the purpose of providing the evidence set out in this statement are listed in Appendix 1 to this witness statement.

3. Matters referred to in this statement are within my own knowledge unless stated to the contrary. Where facts are not within my personal knowledge, I have stated the source of my knowledge, information and belief.

4. My personal recollection of this project from 2019 to 2020 is generally good, but I have re-read a number of documents for the purpose of preparing this statement, which I refer to throughout the statement.

**Background**

5. My team is responsible for the existing Rolls-Royce Pricing and online Ordering Configurators from a visualisation perspective – this means ensuring that the visual representation of the vehicles within the configurator look as they do in real life, that the look and feel of the configurator meets the requirements of the business, and that the customer journey and user experience is aesthetically good and befitting of the brand.

6. I was first told about the New Configurator project (the "**Project**") in around early 2019 by my then-manager, Daniel Cabanillas, who asked me to assist him on RRMC's core Project team (Daniel moved into a different role from March 2021 and no longer manages my team). The Project team was led by Ida Biot, supported by Jan-Hendrik Hoffmann, Matthew Scott and Daniel.

7. Prior to the project being tendered, Daniel and I were responsible for putting together the key visualisation business requirements. We had a number of meetings with stakeholders within the business and the requirements which we identified were then fed back to Jan and Matt, who were responsible for drawing up the list of Detailed Business Requirements which was attached to the tender documents.

8. Before prospective suppliers submitted their bids, they each gave a pitch to the core Project team. I recall attending the pitch delivered by Topalsson in May 2019. I remember that Kuby Topal, the CEO of Topalsson, said that they had done work for Audi, but I do not remember any specific details of what he said – this was not my focus. Because I am responsible for visualisation, this was what I was mainly interested in during Topalsson's pitch, and I remember being impressed that they were already able to show us a live demonstration using visuals of actual Rolls-Royce vehicles.

9. After the pitches, Daniel was responsible for scoring the prospective suppliers' bids on behalf of our team, but I did discuss this with him and I recall we scored Topalsson highly for their visuals and user experience.

10. I was not involved in the selection of Topalsson so my first proper interaction with them came at the Kick-off Workshop which took place at Goodwood on 6-7 August 2019. The whole of the RRMC Project team was at this workshop along with the Topalsson team and its subcontractors, RPC.

**Working with Topalsson during DP1**

11. During DP1 I worked closely with RPC and in particular, Vladimir Moldovanu, who was the lead designer. This involved preparing for and attending a number of Design Workshops which took place in October and November 2019, inputting during those workshops on our design requirements, providing feedback on Topalsson's design proposals, and reporting on progress in the weekly Jour Fixe project meetings.

12. Other than Vladimir Moldovanu of RPC, I did not have a lot of involvement with anyone from Topalsson, although Kuby Topal attended the Design Workshops and some design meetings. During this period I was probably spending around 70-80% of my time on the Project, with the remainder spent on my other responsibilities working on pricing topics.

13. Overall I found working with Vladi fine. He put together reasonable design proposals, took on board the feedback we gave, and the Design Concept was finalised and signed off at a Jour Fixe meeting just before Christmas 2019, which was in accordance with the project plan which had been agreed with Topalsson in late November. I was aware from attending the weekly Jour Fixe meetings that overall Topalsson had not made as much progress with project planning or requirements refinement during this period as it should have done – I recall that regular concerns were raised during these meetings about how long it was taking for the overall project plan to be finalised. But in DP1, the development of the Design Concept was quite a distinct task from the refinement of the business requirements (although obviously what was agreed in terms of design would later need to be incorporated into the development) and from a design perspective, I did not have any particular concerns about progress.

14. I do not recall requesting any changes to the design requirements. As I say above, the Design Concept was agreed and finalised between my team and Topalsson in December 2019, and I do not remember Topalsson ever complaining that anything which had been included within the Design Concept was an expansion of RRMC's original business requirements. I also do not remember making any change requests after the Design Concept had been agreed. Any change in scope to what was to be delivered by Topalsson was because they were unable to deliver what had been agreed and so reductions in scope were agreed by Ida and Jan – for example, in relation to thumbnails. Thumbnails are small 'preview' images which the user clicks on to add features to the

vehicle they are configuring. It had been agreed as part of the Design Concept that the thumbnails within the Point of Sale Configurator would be dynamic – so that if the user has selected, for example, green leather in their vehicle, then the thumbnails will also change to display green leather rather than displaying a standard image showing black leather. This makes for a really good user experience as throughout the process the small thumbnail images match the options the user has chosen. When it came to February 2020 and Topalsson was replanning how they would deliver the Project, they said that it was too complicated to deliver the dynamic thumbnails as part of the Closed Room Configurator, so at the beginning of March 2020 (I have reviewed the minutes of the Jour Fixe meetings when this was discussed on 26 February {**BMW00004286-0001**} and 4 March 2020 {**BMW00004472-0001**} to refresh my memory) it was agreed as a compromise that the Closed Room Configurator could be delivered with static thumbnails (showing a white car, or a black car for Black Badge models) and the dynamic thumbnails would follow in a later release. This was not us changing our requirements, it was Topalsson being unable to deliver an agreed part of the design and us compromising to accept a lesser option.

15. During DP1 I also inputted into the refinement of the business requirements from time to time, where visualisation was relevant. I would review user stories from a business perspective, to ensure that our business requirements were sufficiently covered by the user stories Topalsson had written. My experience here was that the user stories I reviewed were too general and were never at the detailed level they needed to be.

**3D models**

16. The other main area I was responsible for throughout the Project was signing off the images for the new configurator and the 3D models produced by Topalsson as part of DP10. This became the focus of my work once the Design Concept had been finalised, and from January 2020 until the Project ended in April 2020 I spent around 80-90% of my time on this.

17. The way the process of producing a 3D model works is that first the supplier takes the CAD data supplied by us and creates a shell 3D model using a piece of software called DeltaGen. Once the shell of the 3D model is correct, this is then transferred into the supplier's 3D engine where an actual 3D image of the vehicle is built – this will include all of the colours, textures and materials needed to make the image look like an actual vehicle and not just a drawing. I was involved in firstly approving the DeltaGen models produced by Topalsson, to ensure that they were correct, and then in facilitating the approval by RRMC's Design department of all of the imagery of the colours and textures etc which would finish the models.

18. The main person from Topalsson I was dealing with on imagery and 3D models was Mariangela Cesaroni, who was responsible for 3D data preparation. I had a very large number of emails with Mariangela over the course of the Project regarding the images and that is very normal – I also work with other suppliers who produce images and 3D models for our other services and it is typical for there to be a lot of back and forth during the process of image and 3D model creation. Rolls Royces are big vehicles which have a lot of options – there are 5-6 models of vehicle with 40-50 colours and more than 100 different options available, so a lot of images need to be produced and there was a lot to get through. However, part of the reason I had so many email exchanges with Mariangela was because the quality of the images delivered by Topalsson was not as I had expected. The textures we use are very expensive and the luxury quality of these needed to be evident from the images we were including in the configurator – we could not expect customers to buy them if the images didn't look good.

19. I always responded quickly to emails and provided Topalsson with prompt feedback on the images they delivered. Mariangela did not ever complain to me that I was not responding quickly enough or that I was unreasonably refusing to sign something off. When I gave her feedback, she would simply go away and make changes and then submit revised images for me to look at. If the quality wasn't good enough then I could not sign the image off, and Topalsson was quite slow to produce images which were of high enough quality that I could accept them.

20. Ultimately though the 3D models were signed off. I went to Munich for a week from 2 to 6 March 2020. The purpose of this trip was to get the 3D models and images needed for the Closed Room Configurator signed off – once IVT was delivered this would be used to review and sign off imagery, but because it was not yet ready I had to go to Munich to do this. I had planned a second trip to Munich the week of 16 March 2020, which was due to be a follow up trip to review further images and models. This trip did have to be cancelled, as travel had become inadvisable by this stage due to the COVID-19 pandemic, but the review was instead done by way of a Teams meeting. This worked fine, so there was no delay in signing off the models as a result.

21. I recall that in early April (I can see from reviewing the relevant email to refresh my memory that it was on 9 April 2020 {**BMW00005961-0001**}), Mariangela asked me for a texture sample and I responded to say that it would be difficult to get the sample to her because RRMC's plant at Goodwood had shut down. In fact it was only the production line which had been shut down at this stage. I was just warning Mariangela that it might be difficult to get her the sample because things were uncertain – this was the very early stages of the first national lockdown, and most people were working from home, so I did not know who was

actually working onsite at Goodwood and how long it would take for someone to go in, locate the sample and send it. I have reviewed my subsequent emails with Mariangela to refresh my memory further **{BMW00005944-0001}** **{BMW00005956-0001}** **{BMW00005957-0001}** **{BMW00005961-0001}** **{BMW00005963-0001}** **{BMW00006003-0001}** **{BMW00006010-0001}** **{BMW00006034-0001}** **{BMW00006053-0001}** **{BMW00006068-0001}** **{BMW00006076-0001}** **{BMW00006085-0001}** **{BMW00006092-0001}** **{BMW00006119-0001}**, and I can see from these that the sample she had requested was for an option which had been postponed on 23 March 2020 due to a design change, so in fact the sample was no longer required.

22. Topalsson was sent an entire collection of samples at the beginning of the Project. They had everything they needed to produce the images and 3D models, and as I mention above there was no significant delay in their delivery of 3D models nor delay from me or others at RRMC in signing these off. I have reviewed an email I sent to both the RRMC and Topalsson project teams on 1 April 2020 **{BMW00005573-0001}** which confirmed that all RR2x model (new model) imagery had been fully signed off by this date. For all other models (being RR5/6, RR11, RR12 and RR31 models), imagery had been reviewed and signed off by RRMC's product team by this date, with final review and sign off by the RRMC Design department expected by the week commencing 20 April 2020. This was slightly later than the due dates for final sign off which had been agreed between Jens Wiedow and me (which were 13 March 2020 for RR2x models and 26 March 2020 for all other models – I have refreshed my memory as to these precise dates by looking at the agreed timeline document prepared for a Jour Fixe meeting on 12 February 2020 **{BMW00003844-0001}**), but in both cases the delay was caused by Topalsson needing additional time to incorporate feedback from the RRMC Product teams after the first review of the images, before the second-level review by the Design team.

**Decision to terminate**

23. The decision to terminate the contract with Topalsson was not made by me, I was not a senior member of the Project team. However, I knew from the weekly Jour Fixe meetings I attended that the Project was not going well. On 10 February 2020 (I have checked my Outlook calendar to recall the precise date of this meeting) Ida and Jan mentioned during an internal Project team call that they had serious concerns that Topalsson would not be able to deliver anything in time for the planned Ghost launch events in April. This led to them planning a fallback solution for those events, which was a basic showroom visualiser tool known as EVE, which Ida informed me about (I cannot recall precisely when this would have been). Ida also said that she was discussing the situation with RRMC's board directors, and considering whether the contract with Topalsson should be terminated.

24. I did not actually begin working on the images needed for EVE with the supplier of that solution, Mackevision, until April 2020. However I was aware of it before then, from the discussions I mention above.

25. On 18 March 2020 I had a Skype chat with a colleague, Tom Evans, who was an intern in my team at the time, about Topalsson, and I have reviewed this to refresh my memory of precisely what was said {**BMW00004937-0001**}. This chat took place the day after another internal Project team call on 17 March, when I recall that Ida had said that termination of the contract with Topalsson was now looking more likely unless upcoming deadlines were met. Tom asked me how my work with Topalsson was going and I responded that the 3D model reviews were going ok, but that the rest of the project was done, that we were starting again to find a new supplier, and using a back up plan from Mackevision in the meantime. I had not been told at this stage that the contract with Topalsson would definitely be terminated, this was just my speculation based on the internal team calls I describe above in which there had been significant concerns discussed around the launch of the Ghost. I knew from these calls and from the weekly Jour Fixe meetings that Topalsson had been given a final opportunity to deliver the IVT, Closed Room Configurator and CRIS by agreed deadlines, and that it had already missed the first one of those (for IVT). It seemed unlikely to me that they would meet the other deadlines for Closed Room and CRIS on the basis of the status updates were giving in the Jour Fixe meetings, so I was speculating that the contract would be terminated, assuming Topalsson did not meet the other deadlines. However, the decision had not, as far as I was aware, already been made when I sent these messages. It was not until 21 April that I was officially told that the contract had been terminated, when Ida instructed me not to send or respond to any emails from Topalsson.

**Statement of truth**

I believe the facts stated in this witness statement are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

I understand that the purpose of this witness statement is to set out matters of fact of which I have personal knowledge.

I understand that it is not my function to argue the case, either generally or on particular points, or to take the court through the documents in the case.

This witness statement sets out only my personal knowledge and recollection, in my own words.

On points I understand to be important in the case, I have stated honestly (a) how well I recall matters and (b) whether my memory has been refreshed by considering documents, if so how and when.

I have not been asked or encouraged by anyone to include in this statement anything that is not my own account, to the best of my ability and recollection, of events I witnessed or matters of which I have personal knowledge.

*[signature]*

……………………………….

SCOTT LITSTER

Dated this     11th           day of April 2022

**Certificate of compliance**

I hereby certify that:

1. I am the relevant legal representative within the meaning of Practice Direction 57AC.

2. I am satisfied that the purpose and proper content of trial witness statements, and proper practice in relation to their preparation, including the witness confirmation required by paragraph 4.1 of Practice Direction 57AC, have been discussed with and explained to Scott Litster.

3. I believe this trial witness statement complies with Practice Direction 57AC and paragraphs 18.1 and 18.2 of Practice Direction 32, and that it has been prepared in accordance with the Statement of Best Practice contained in the Appendix to Practice Direction 57AC.

*Emma Butcher*

,……………………………………………

Emma Butcher

Partner – Clarkslegal LLP

Date:     14th      April 2022

IN THE HIGH COURT OF JUSTICE                                CLAIM NO. HT-2020-000334

IN THE BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES

TECHNOLOGY AND CONSTRUCTION COURT

BETWEEN:

**TOPALSSON GMBH**

**Claimant**

-and-

**ROLLS-ROYCE MOTOR CARS LIMITED**

**Defendant**

**WITNESS STATEMENT OF SCOTT LITSTER DATED 11 APRIL 2022**

**LIST OF DOCUMENTS PURSUANT TO PARAGRAPH 3.2 PRACTICE DIRECTION 57AC**

| Paragraph No. | Description | Reference (Defendant's disclosure document no) |
|---|---|---|
| 14 | Jour Fixe meeting minutes – 26 February 2020 | BMW00004286-0001 |
| 14 | Jour Fixe meeting minutes – 4 March 2020 | BMW00004472-0001 |
| 21 | Email chain Scott Litster/Mariangela Cessaroni – 9 April 2020 | BMW00005961-0001 |
| 21 | Emails between Scott Litster and Mariangela Cessaroni – 9-22 April 2020 | BMW00005944-0001, BMW00005956-0001, BMW00005957-0001, BMW00005961-0001, BMW00005963-0001, BMW00006003-0001, BMW00006010-0001, BMW00006034-0001, BMW00006053-0001, BMW00006068-0001, BMW00006076-0001, |

|    |                                                    | BMW00006085-0001, BMW00006092-0001, BMW00006119-0001 |
|----|----------------------------------------------------|------------------------------------------------------|
| 22 | Email Scott Litster to Project team – 1 April 2020 | BMW00005573-0001                                     |
| 22 | 202011_Timing_3D_Data_Prep_JF.xlsx                 | BMW00003844-0001                                     |
| 25 | Skype chat record Scott Litster/Tom Evans          | BMW00004937-0001                                     |