1  Jonathan McNeal Smith (State Bar No. 292285)
   Email: JonathanSmith@jonesday.com
2  **JONES DAY**
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, California 90071
4  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
5
   John Froemming (admitted pro hac vice)
6  Email: JFroemming@jonesday.com
   **JONES DAY**
7  51 Louisiana Avenue NW
   Washington, DC 20007
8  Telephone:  (202) 879-3939
   Facsimile:   (202) 626-1700
9
   Attorneys for Defendants
10

11                    UNITED STATES DISTRICT COURT
12                   CENTRAL DISTRICT OF CALIFORNIA
13                           WESTERN DIVISION
14

15 | Topalsson GmbH,                              |                                  |
16 |         Plaintiff,                           | Case No. 2:23-CV-01823-WLH-PVCx  |
17 |   v.                                         |                                  |
18 | Bayerische Motoren Werke AG;                 |                                  |
19 | Rolls-Royce Motor Cars NA, LLC;              | **DECLARATION OF ROLLS-          |
   | O'Gara Coach Company, LLC;                   | ROYCE MOTOR CARS NA, LLC'S       |
20 | Rusnak/Pasadena Corporation;                 | BILL MCHUGH                      |
   | indiGO European Motorcars, LLC;              | IN SUPPORT OF DEFENDANTS'        |
21 | Orange County British Motorcars;             | MOTION TO DISMISS FIRST          |
   | and                                          | AMENDED COMPLAINT                |
22 | Westlake Coach Company, LLC,                 | ON FORUM NON CONVENIENS          |
   |                                              | GROUNDS**                        |
23 |         Defendants.                          |                                  |
   |                                              | Date:       August 18, 2023      |
24 |                                              | Time:       1:00 p.m.            |
   |                                              | Courtroom:  9B                   |
25 |                                              | Judge:      Hon. Wesley L. Hsu   |

26
27
28
                                                        Case No. 2:23-CV-01823-WLH-PVCx
                                                        DECLARATION OF BILL MCHUGH IN
                                                        SUPPORT OF DEFENDANTS' MOTION TO
                                                        DISMISS FIRST AMENDED COMPLAINT

I, Bill McHugh, hereby declare:

1. I am Dealer Development Manager, Americas, for Rolls-Royce Motor Cars NA, LLC ("RRNA") in Woodcliff Lake, New Jersey. I make this declaration on behalf of defendant RRNA in support of the Defendants' motion to dismiss the First Amended Complaint on *forum non conveniens* grounds. I know the facts stated herein to be true based on my personal knowledge. If called to testify as a witness, I could and would testify competently thereto.

2. RRNA is a Delaware limited liability company with its principal place of business in Woodcliff Lake, New Jersey.

3. RRNA is in the business of importing and wholesaling automobiles, parts and accessories and is the exclusive distributor of new Rolls-Royce automobiles in the US. Rolls-Royce Motor Cars Limited ("RRMCL") is the manufacturer of Rolls-Royce automobiles and is based in England.

4. RRNA and RRMCL are companies within a group of companies ("BMW Group") in which the ultimate parent company is Bayerische Motoren Werke AG ("BMW AG").

5. RRNA is an indirect subsidiary of BMW AG, but is a separate, distinct and independent corporate entity from BMW AG. Specifically, RRNA is a wholly owned subsidiary of BMW (US) Holding Corp., which in turn is a subsidiary of BMW International Holding B.V. BMW International Holding B.V. is a subsidiary of BMW Beteiligungs GmbH & Co. KG. BMW Beteiligungs GmbH & Co. KG is a subsidiary of BMW INTEC Beteiligungs GmbH. BMW INTEC Beteiligungs GmbH is a subsidiary of BMW AG.

6. RRNA is an affiliate of RRMCL, as both companies are owned ultimately by the same parent company BMW AG. However, RRNA is also a separate, distinct and independent corporate business entity from RRMCL. Specifically, RRMCL is a wholly owned subsidiary of BMW (UK) Holdings Ltd.,

- 2 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF BILL MCHUGH IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS FIRST AMENDED COMPLAINT

which in turn is a subsidiary of BMW Holding B.V. BMW Holding B.V. is a subsidiary of BMW Intec Beteiligungs GmbH. BMW Intec Beteiligungs GmbH is a subsidiary of BMW AG. Furthermore, while RRMCL is the manufacturer of Rolls-Royce automobiles, a separate affiliate in Germany, Rolls-Royce Motor Cars GmbH ("RR GmbH") distributes Rolls-Royce automobiles for the US market. RRNA therefore purchases Rolls-Royce automobiles from RR GmbH for distribution in the US.

7. RRNA has no office, agents, or property in California.

8. RRNA has one employee residing in California who has no knowledge of Topalsson or the software and will not be called as a witness in this case.

9. As RRNA is the exclusive US distributor for new Rolls-Royce automobiles in the US. Neither BMW AG nor RRMCL controls the distribution of Rolls-Royce vehicles into the State of California (or for that matter the US). RRNA purchases Rolls-Royce automobiles from RR GmbH. Ownership is transferred from RR GmbH to RRNA at the first point of transport or shipment from the UK.

10. Neither BMW AG nor RRMCL is a contractual partner of any Rolls-Royce dealers operating in California or the United States.

11. RRNA is the contractual partner of all Rolls-Royce automobile dealers in the US, including in the State of California and has agreed to indemnify the named dealer defendants in this case.

12. RRNA sets certain standards of service required of Rolls-Royce automobile dealers in the US, including requiring certain equipment and tools for the use by US dealers for the sale and servicing of Rolls-Royce automobiles. RRNA, as the official distributor of Rolls-Royce automobiles, makes such equipment and tools available in the US to its dealers, including for use at RRNA

- 3 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF BILL MCHUGH IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS FIRST AMENDED COMPLAINT

dealer showrooms. The manufacturer RRMCL makes such equipment and tools available to RRNA.

13. RRNA is thus the intermediary between RRMCL and the dealer defendants. If RRNA were found liable for copyright infringement for software made available to it or its dealers, it would seek contribution from RRMCL.

14. The alleged infringing software is referred to by RRNA as the EVE Visualizer software ("EVE Visualizer"). RRNA, not BMW AG, made the EVE Visualizer available to RRNA dealers.

15. Compliance with US privacy laws, including compliance with adhering to data privacy laws such as the California Consumer Privacy Act, is the responsibility of RRNA, not BMW AG.

16. In any case, the EVE Visualizer does not contain any personal information.

17. Compliance with US vehicle emissions laws is also the responsibility of RRNA, not BMW AG.

18. In any case, the EVE Visualizer does not contain any US-specific emissions. The EVE Visualizer contains global content intended for use around the world and is not specific to the US market. The EVE Visualizer uses data based on European-spec cars. (See Hoffmann Declaration, Exhibits 1 and 2.)

19. The EVE Visualizer is not a full configurator that contains the ability to order a car. RRNA dealers order Rolls-Royce vehicles in a separate ordering system that has its own capability to configure cars and which has existed prior to the EVE Visualizer software.

**Adequacy of a Forum in England**

20. RRNA was not asked about or involved in any of the development of the software at issue in this case. To RRNA's knowledge, none of RRNA's dealers

- 4 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF BILL MCHUGH IN
SUPPORT OF DEFENDANTS' MOTION TO
DISMISS FIRST AMENDED COMPLAINT

were asked about or involved in the development of any of the software at issue in this case.

21.  RRNA and RRNA dealers are only downstream users from RRMCL of the software at issue in this case.

22.  RRNA has no witness or documents to defend Topalsson's copyright validity and infringement claims on the merits and would have to rely upon RRMCL for such evidence.

23.  While RRNA has no business or activities in England or Wales, without waiving any requirement of proper service, RRNA consents to appear and to submit to the jurisdiction of English courts to adjudicate Topalsson's claims in this case.

24.  RRNA would not object to the enforceability in the US of any judgment from an English court on Topalsson's claims in this case, after any and all appeals were exhausted.

**Private Interest Factors Relating To A California Forum For This Case**

25.  RRNA's witnesses reside in New Jersey.

26.  None of its witnesses reside in California.

27.  Litigating Topalsson's claims in California would be inconvenient to RRNA. RRNA's principal place of business in Woodcliff Lake, New Jersey is approximately 3,000 miles from California.

28.  RRNA keeps its documents, physical evidence, and other sources of proof in New Jersey.  It keeps no relevant material in California.

- 5 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF BILL MCHUGH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

I declare under the penalty of perjury that the foregoing is true and correct and that I signed this declaration on June 27 2023 in woodcliff Lake, NJ

*[signature]*

Bill McHugh
Rolls-Royce Motor Cars NA, LLC
Dealer Development Manager, Americas

- 6 -

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF BILL MCHUGH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT