| | |
|---|---|
| 1 | Jonathan McNeal Smith (State Bar No. 292285) |
| 2 | Email: JonathanSmith@jonesday.com<br>**JONES DAY** |
| 3 | 555 South Flower Street<br>Fiftieth Floor |
| 4 | Los Angeles, California 90071<br>Telephone:  (213) 489-3939 |
| 5 | Facsimile:  (213) 243-2539 |
| 6 | John Froemming (admitted pro hac vice)<br>Email: JFroemming@jonesday.com |
| 7 | **JONES DAY**<br>51 Louisiana Avenue NW |
| 8 | Washington, DC 20007<br>Telephone:  (202) 879-3939 |
| 9 | Facsimile:  (202) 626-1700 |
| 10 | Attorneys for the Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>            Plaintiff,<br><br>     v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>            Defendants. | **Case No.  2:23-CV-01823-WLH-PVCx**<br><br>**DECLARATION OF JOHN G. FROEMMING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:         August 18, 2023<br>Time:         1:00 p.m.<br>Courtroom:  9B<br>Judge:        Hon. Wesley L. Hsu |

I, John G. Froemming, hereby declare and state as follows:

1. I am a partner with the law firm of Jones Day, counsel for the Defendants, Bayerische Motoren Werke AG ('"BMW AG"); Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC (collectively, "Defendants") in the above-referenced case. I am an active member in good standing of the State of Virginia, District of Columbia Bar, and have been admitted *pro hac vice* in the above-referenced case. I have personal knowledge of the facts set forth in this declaration. The following statements are based on my review of the pleadings, records, and files maintained in connection with this litigation.

2. This declaration is in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

3. On June 23, 2023, I met and conferred in good faith with Lydia Raw via video teleconference regarding Defendants' intended motion to dismiss Plaintiff's First Amended Complaint. We did not reach an agreement resolving the matters raised in the motion to dismiss.

4. Attached hereto as **Exhibit 1** is a copy of the Declaration of Keith Kassan In Support Of O'Gara Coach Company, LLC's Motion to Dismiss, previously filed in support of Defendants' Motion to Dismiss Plaintiff's Complaint, Dkt. No. 40-13.

5. Attached hereto as **Exhibit 2** is a copy of the Declaration of Brian Beatt In Support Of Rusnak/Pasadena Corporation's Motion to Dismiss, previously filed in support of Defendants' Motion to Dismiss Plaintiff's Complaint, Dkt. No. 40-14.

6. Attached hereto as **Exhibit 3** is a copy of the Declaration of Christopher Hough In Support Of indiGO European Motorcars, LLC's Motion to Dismiss,

1. previously filed in support of Defendants' Motion to Dismiss Plaintiff's Complaint, Dkt. No. 40-15.

7. Attached hereto as **Exhibit 4** is a copy of the Declaration of Roger See In Support Of Orange County British Motorcars, LLC's Motion to Dismiss, previously filed in support of Defendants' Motion to Dismiss Plaintiff's Complaint, Dkt. No. 40-16.

8. Attached hereto as **Exhibit 5** is a copy of the Declaration of Keith Kassan In Support Of Westlake Coach Company, LLC's Motion to Dismiss, previously filed in support of Defendants' Motion to Dismiss Plaintiff's Complaint, Dkt. No. 40-17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 28th of June 2023, in Washington, D.C.

                                      */s/ John G. Froemming*
                                      John G. Froemming