UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topalsson GmbH,<br><br>            Plaintiff,<br><br>      v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars;<br>and<br>Westlake Coach Company, LLC,<br><br>            Defendants. | **Case No. 2:23-CV-01823-WLH-PVCx**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ON FORUM NON CONVENIENS GROUNDS, AND FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:         August 18, 2023<br>Time:        1:00 p.m.<br>Courtroom: 9B<br>Judge:       Hon. Wesley L. Hsu |

Having considered the Motion by specially appearing Defendant Bayerische Motoren Werke AG ("BMW AG") and the other Defendants Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC (collectively, "the Defendants"), to Dismiss this action including Plaintiffs' First Amended Complaint, Plaintiff's Opposition, and Defendants' Reply thereto and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss the above-referenced action is GRANTED in its entirety on forum non conveniens grounds.

2. Alternatively, this Court lacks personal jurisdiction over BMW AG and its Motion to Dismiss for lack of personal jurisdiction is GRANTED.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE