UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GMBH,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYERISCHE MOTOREN WERKE AG; ROLLS-ROYCE MOTOR CARS NA, LLC; O'GARA COACH COMPANY, LLC; RUSNAK/PASADENA CORPORATION; INDIGO EUROPEAN MOTORCARS, LLC; ORANGE COUNTY BRITISH MOTORCARS; AND WESTLAKE COACH COMPANY, LLC,<br><br>        Defendants. | **Case No. 2:23-CV-01823-WLH-PVCx**<br><br>**ORDER GRANTING STIPULATION TO VACATE RULE 16 CONFERENCE AND ASSOCIATED DEADLINES [46]** |

On June 20, 2023, Plaintiff Topalsson GMbH ("Plaintiff") and Defendants Bayerische Motoren Werke AG ("BMW AG"); Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC (collectively, "Defendants") (collectively, the "Parties") filed a Joint Stipulation and [Proposed] Order to Vacate the Rule 16 Conference and Associated Deadlines.

The Parties requested that the Court vacate the Rule 16 Conference currently scheduled for July 14, 2023, and its associated deadlines. The Parties stipulated that

Defendants intend to move by June 28, 2023, to dismiss the First Amended Complaint and the case in its entirety on forum non conveniens grounds, and as to BMW AG for lack of personal jurisdiction. The Parties further stipulated that good cause exists to vacate the scheduling conference and stay initial discovery and other obligations because it would be unduly burdensome and inefficient for the Parties to hold a Rule 16 Scheduling Conference, prepare a Joint Rule 26(f) Report and Worksheet, and engage in initial discovery, including but not limited to Rule 26(a) disclosures, before the Defendants' renewed motion to dismiss Plaintiff's First Amended Complaint is argued.

The Court, having considered the Parties' Stipulation to Vacate the July 14, 2023, Rule 16 Conference and Associated Deadlines and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The July 14, 2023, Scheduling Conference is vacated;
2. The deadline for the Parties to file the Federal Rule of Civil Procedure 26(f) Scheduling Report is vacated; and
3. All discovery obligations under Federal Rules of Civil Procedure 16 and 26 are stayed until after the hearing on Defendants' forthcoming motion to dismiss Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

Dated:   July 10, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE