**District Court of München**
**Legal Assistance for a Foreign Nation**

<u>District Court of München – 80315 München</u>    Telephone: +49 089 5597 1235
                                                              Fax: 09621 9624 1231
                                                  Email: poststelle@ag-m.bayern.de
                                         *Email will not be used to answer legal questions.*

Lydia C. Raw, Attorney at Law
7015 College Blvd., Ste. 700
Overland Park, KS 66211
USA

| **Our matter identification number** | **In your reply, please reference** | **Date** |
|---|---|---|
| AG M 9341E- bE -2064/2023 | AG M 9341E- bE -2064/2023 | June 6, 2023 |

**Legal Assistance in a Civil Matter with the USA;**
**In Response to the Request Made on March 24, 2023**

Greetings:

You will find a Certificate of Service attached in response to your request.

Sincerely,

---

| **Courthouse** | **Telephone** | **E-Mail** |
|---|---|---|
| Pacellistraße 5 | + 49 089 5597 06 | poststelle@ag-m.bayern.de |
| 80333 München | **Fax** | **Internet** |
|  | 09621 96241 2065 | www.justiz.bayern.de/gericht/ag/m |

# CERTIFICATE

Matter identification number: AG M 9341E- bE -2064/2023

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention—

1. That the document has been served

    - the (date): May 19, 2023

    - at (place, street, number): Lilienthalallee 1, 80807 München

    - in the following method approved by article 5:

        [ X ] a) in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *)

        [   ] b) in accordance with the following particular method *)

        [   ] c) by delivery to the addressee, who accepted it voluntarily *)

The documents in the request have been delivered to:

| | |
|---|---|
| (identity and description of Person) | Christian Schier |
| relationship to the addressee (family, business or other) | Employee of Bayerischen Motoren Werke AG |

2. ~~that the documents has not been served by reason of the following facts —~~

    - In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement

Annexes

Documents returned:   Subpoena in a civil case, civil complaint, Exhibits A, B, C, and D, Notice to Counsel of Consent to Trial, Notice of Assignment to a U.S. Judge

For Attorney Lydia C. Raw in Overland Park

In appropriate cases, documents establishing the service:

Done at June 6, 2023, in München

Signature and/or stamp