ERISE IP, P.A.
Eric A. Buresh (admitted *pro hac vice*)
eric.buresh@eriseip.com
Lycia C. Raw (admitted *pro hac vice*)
lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard
Suite 202
Calabasas, CA  91302
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Plaintiff Topalsson GmbH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **Topalsson GmbH,**<br><br>            **Plaintiff,**<br><br>     v.<br><br>**Bayerische Motoren Werke AG; Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC,**<br><br>            **Defendants.** | **Case No. 2:23-CV-01823-WLH-PVCx**<br><br>**DECLARATION OF KUBILAY TOPAL IN SUPPORT OF TOPALSSON'S RESPONSE TO DEFENDANTS MOTION TO DISMISS**<br><br>Date:           August 18, 2023<br>Time:          1:00 PM<br>Courtroom: 9B<br>Judge:         Hon. Wesley L. Hsu |

I, Kubilay Topal declare as follows:

1. I am the CEO of Plaintiff Topalsson GmbH ("Topalsson"). I submit this declaration based on my personal knowledge in support of Topalsson's response to the Motion to Dismiss filed by Defendants. If called to testify as a witness, I could and would testify competently thereto.

2. I have reviewed the declarations filed by Defendants in connection with the Motion to Dismiss. Many of the statements in those declarations are misleading or inconsistent with my relevant knowledge and experience.

**The Provision of Infringing Software to the United States**

3. In the course of my work at Topalsson, I have developed an expertise in developing and launching vehicle configurator software for use at dealerships around the world, including in the United States. This expertise has been developed through my involvement in developing configurator platforms used by companies such as Audi, Volkswagen Group, Skoda Auto and Daimler. My company was also hired to employ configuration software for Rolls-Royce, which included the launch of a vehicle configurator in the United States

4. Getting configurator software to US-based dealerships is a multi-step process. Generally the first step of that process is making the correct hardware available at the dealership through an hardware provider. This hardware ordering can be done through online ordering through a global IT supply company i.e. ACSL/Bechtle. https://ga.acslworld.com/ga2/#/signup/

5. Next, installers must be downloaded. As is common in the industry the installers used by BMW IT are located on Amazon Web Services ("AWS"). As an example, through the following publicly available link, the "EVE_Installer" can be accessed and downloaded via an S3 FTP Tool (i.e Cyberduck). https://s3.eu-central-1.amazonaws.com/fs.bmw.followyourinstinct.eu/installer/EVE_Installer_full_1.0.0.1.exe

1

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF KUBILAY TOPAL
IN SUPPORT OF TOPALSSON'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS`

[Screenshot of Amazon S3 file listing at /fs.bmw.followyourinstinct.eu showing folders g2a, infrastructure, installer, with files including g2a_rs_installer_bmw_ag_vpp.exe (3.8 MB, 20.01.21), and numerous EVE_Installer versions from 0.3.24.2 through 1.0.0.5, ranging from 243.4 MB to 358.0 MB, dated between 08.04.19 and 08.02.22.]

6. The third step is loading the installer software on the correct model of machine and running it. The software will automatically install from the Cloud all needed files such as data, software, drivers, etc.

7. I am informed that after the installer is downloaded, the software asks for the selection of the relevant brand, and "Rolls-Royce" is listed" as one of the options.

8. The software also has an option for updating, which causes any updates to be downloaded and installed to update the EVE system.

9. In my experience, distributing the very large files associated with vehicle configurator software worldwide practically requires setting up servers in different regions for performance issues. This is a simple process through AWS, but if it were

2

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF KUBILAY TOPAL
IN SUPPORT OF TOPALSSON'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS`

1  not done it would take a prohibitive amount of time for the installation process to complete. In my work with BMW IT it was clear to me that they likewise used regional servers for this very reason and I specifically saw that they used US AWS and Akamai servers.

10. It is important to note that what I have described only relates to the Point of Sale (POS) rendering and iPAD Frontend module. The system must then be connected to a Rule Engine in the Cloud (also AWS, and also regional servers) in order to use the correct logic configurations.

11. Still further, BMW IT provides the S-Gate Portal which provides access to specific RRMCL and BMW systems, including ordering systems that allow the outputs of the configuration process to be made into actual vehicle orders.

12. When the configuration with the customer is done at the Dealership, an order string results, which must be copied into the ordering system. The ordering system is likewise connected to a Rendering server that creates images for its own use. This image rendering likewise uses software on the AWS cloud.

13. Based on my observation of the functionalities of the configuration software used in the United States, it is my understanding and belief that my software or derivatives thereof are being used in both the software downloaded by the installer (and, potentially, ongoing updates), in the Rule Engine, and also in the Rendering image server associated with the ordering system. I understand that all of this software would be located on AWS servers and, as discussed above, all of these AWS servers would be located in the US. There are other systems that use rendering software, such as the system used to create brochures. I understand that these systems also use my software or derivatives thereof. When you go to a dealership to purchase a customized Rolls-Royce, the dealers send out digital brochure links. The links send you to webpage with multiple image renderings of your customized vehicle that is produced by the infringing software. I have personally viewed these links before, and also

3

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF KUBILAY TOPAL
IN SUPPORT OF TOPALSSON'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS`

investigated the location of the servers used to provide the links. If from the brochure link you use a service like broadbandsearch.net trace to run an IP trace, you get an IP address associated with the page. Then you are able with the WhoIs Lookup tool to query the owner of that IP. Additionally, Amazon AWS publicly provides the IP ranges associated with its servers, and identifies the server location. *See* http:/ip-ranges-amazonaws.com/ip-ranges.json. Through this method, I have been able to personally see that the AWS servers used with the infringing software are located in the United States.

14. Based on my work with BMW IT, I understand that BMW IT controls and manages the AWS infrastructure referred to above. I understand that there is no equivalent IT group at RRMCL that could have been responsible.

**Further Response to Specific Statements Made in Defendants' Affidavits**

15. As noted above, I have reviewed the declarations filed by Defendants in connection with the Motion to Dismiss. Many of the statements in those declarations are misleading or inconsistent with my relevant knowledge and experience.

16. I note that several of the declarations, including the declarations of Mr. McHugh and Mr. Hoffman refer to the accused software as the EVE Visualizer Software. As explained above, it is not simply the visualization portion of the software that is accused of infringing the software in the four Topalsson Software Registrations at issue in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of July 2023 in Munich, Germany

_____
Kubilay Topal

4

Case No. 2:23-CV-01823-WLH-PVCx
DECLARATION OF KUBILAY TOPAL
IN SUPPORT OF TOPALSSON'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS`