ERISE IP, P.A.
Eric A. Buresh (admitted *pro hac vice*)
eric.buresh@eriseip.com
Carrie Bader (*pro hac vice* pending)
carrie.bader@eriseip.com
Lydia C. Raw (admitted *pro hac vice*)
lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard
Suite 202
Calabasas, CA  91302
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Plaintiff Topalsson GmbH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **Topalsson GmbH,** | **Case No. 2:23-CV-01823-WLH-PVCx** |
| **Plaintiff,** | |
| **v.** | |
| **Bayerische Motoren Werke AG; Rolls-Royce Motor Cars NA, LLC; O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGO European Motorcars, LLC; Orange County British Motorcars; and Westlake Coach Company, LLC,** | **PLAINTIFF TOPALSSON GMBH'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE TO MOTION TO DISMISS** |
| **Defendants.** | Date:        August 18, 2023<br>Time:        11:00 AM<br>Courtroom:   9B<br>Judge:       Hon. Wesley L. Hsu |

Plaintiff Topalsson GmbH ("Topalsson") brought this action for copyright infringement against Defendants Bayerische Motoren Werke AG, Rolls-Royce Motor Cars NA, LLC, O'Gara Coach Company, LLC, Rusnak/Pasadena Corporation, indiGO European Motorcars, LLC, Orange County British Motorcars, and Westlake Coach Company, LLC. Dkt. 44.

All Defendants moved to dismiss on the basis of an exclusive jurisdiction clause in a contract between Topalsson and non-party Rolls-Royce Motor Cars Limited ("RUK"). Dkt. 50. In addition, RUK filed an Anti-suit Application in the English courts seeking to restrain Topalsson from proceeding in this case.

Today, the English judge denied RUK's request for an anti-suit injunction in the attached ruling. Ex. A. He considered whether the exclusive jurisdiction clause in the contract between Topalsson and RUK applies to the Defendants in this suit. He determined: "the conclusion plainly is that this EJC does not cover claims against parties other than RUK itself." Ex. A at 38, ¶ 158.

Respectfully submitted,

DATED:  August 17, 2023                    ERISE IP


By: /s/ Lydia Raw
_____
Eric Buresh
Carrie Bader (*pro hac vice* pending)
Lydia Raw
Ben Davidson

Attorneys for Plaintiff
Topalsson GmbH