UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-01823-WLH-PVCx | Date | August 18, 2023 |
|---|---|---|---|
| Title | Topalsson GmbH v. Bayerische Motoren Werke AG et al | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Holidae Crawford | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Carrie Bader | John G. Froemming |
| Ben M Davidson | Jonathan McNeal Smith |
| Lydia C. Raw | |

**Proceedings:   MOTION TO DISMISS CASE [50]**

     The matter was called, and counsel stated their appearances.  The Court's Tentative Ruling was issued on August 18, 2023, and reviewed by counsel.  The Court heard oral argument.  The Court took the request **UNDER SUBMISSION** and a ruling will be issued.

| | 1 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | hc | | |