# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Topalsson GmbH | CASE NUMBER |
| Plaintiff(s) | 2:23-cv-01823-WLH-PVCx |
| v. | |
| Bayerische Motoren Werke AG, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [55]** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bader, Caroline Ann                                              of

*Applicant's Name (Last Name, First Name & Middle Initial*

913-777-5600                          913-777-5601

*Telephone Number*            *Fax Number*

Carrie.bader@eriseip.com

*E-Mail Address*

Erise IP, PA
7015 College Boulevard, Suite 700
Overland Park, KS 66211

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Topalsson GmbH

*Name(s) of Party(ies) Represent*            ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Davidson, Ben M.                                              of

*Designee's Name (Last Name, First Name & Middle Initial*

181464             310-473-2300        310-473-2941

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

Davidson Law Group
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:       ☐   for failure to pay the required fee.

☐   for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐   for failure to complete Application: _____

☐   pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐   pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐   because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:  August 22, 2023**

**Wesley L. Hsu, U.S. District Judge**