# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (*Additional instructions on next page.*)

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Ann Marie Hamm |
| 2a. Contact Phone Number | 913-777-5600 |
| 3a. Contact E-mail Address | annmarie.hamm@eriseip.com |
| 1b. Attorney Name (if different) | Eric Buresh |
| 2b. Attorney Phone Number | 913-777-5600 |
| 3b. Attorney E-mail Address | eric.buresh@eriseip.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Erise, IP / 7015 College Blvd., Ste. 700 / Overland Park, KS 66211 |
| 5. Name & Role of Party Represented | Plaintiff Topalsson GmbH |
| 6. Case Name | Topalsson GmbH v Rolls-Royce Motor Cars Limited, et al |
| 7a. District Court Case Number | 2:23-cv-01823 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Wil Wilcox

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☐ Non-Appeal  ☐ Criminal  ☒ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-18-2023 | 59 | Hsu | Hearing on Motion to Dismiss Case | ● | ○ | ○ | ○ | ○ | ○ | | 14-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11-8-2023   Signature: /s/ Eric Buresh

G-120 (06/18)