DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Carrie Bader (*pro hac vice*)
Carrie.bader@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGo European Motorcars, LLC; Orange County British Motorcars, LLC; and Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**Plaintiff's Notice of Motion to Modify Case Schedule**<br><br>*[Memorandum of Points and Authorities and Supporting Declarations Filed Concurrently Herewith]*<br><br>Date: July 12, 2024<br>Time: 9 a.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |

# NOTICE OF MOTION AND MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on July 12, 2024 at 9:00 a.m., or as soon thereafter as the matter can be heard, in Courtroom 9B of the United States District Courthouse located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiff Topalsson GmbH ("Topalsson") will and hereby does move the court for an amendment of the Scheduling Order as set forth below.

Topalsson further respectfully requests that this motion be heard at the same time as and in connection with its motion for a Letter of Request, filed on June 10, 2024 at Dkt. 76 and also noticed for hearing on July 12, 2024.

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery | 7/17/2024 | 1/17/2025 |
| Initial Expert Disclosure | 8/14/2024 | 2/10/2025 |
| Rebuttal Expert Disclosure | 9/11/2024 | 3/13/2025 |
| Motions for Summary Judgment | 11/1/2024 | 5/1/2025 |
| Opposition to Motions for Summary Judgment | 11/15/2024 | 5/15/2025 |
| Replies to Oppositions to Motions for Summary Judgment | 11/22/2024 | 5/22/2025 |
| Last Date to Hear Daubert Motions | 12/13/2024 | 6/13/2025 |
| Complete Settlement Conference | 1/31/2025 | 7/31/2025 |
| Parties Exchange Proposed General and Special Jury Instructions | 1/31/2025 | 7/31/2025 |
| Parties Exchange Objections to Jury Instructions | 2/7/2025 | 8/8/2025 |
| Parties Meet and Confer to Agree to One Joint Set of Proposed Jury Instructions | 2/14/2025 | 8/13/2025 |
| Trial Filings First Round | 2/17/2025 | 8/18/2025 |
| Parties File Joint Agreed Upon Proposed Jury Instructions | 2/21/2025 | 8/21/2025 |
| Parties File Joint Statement of the Case | 2/21/2025 | 8/21/2025 |
| Trial Filings Second Round | 2/21/2025 | 8/21/2025 |
| Final Pretrial Conference | 3/7/2025 | 9/5/2025 |

2

Case. No. 2:23-CV-01823-WLH-PVCx
TOPALSSON'S NOTICE OF MOTION
TO MODIFY CASE SCHEDULE

| Email Court Reporter with Unusual Phrases, Names, Words | 3/18/2025 | 9/15/2025 |
|---|---|---|
| Trial | 3/25/2025 | 9/22/2025 |

Good cause exists to amend the deadlines in this case to allow for the completion of critical discovery that must be obtained from foreign third-parties under the Hague Convention. Topalsson alleges that the Defendants are using configurator software at their Rolls-Royce dealerships which infringes Topalsson's copyrighted source code. Topalsson has been diligent in seeking access to the source code that underlies the software accused of infringement in this case, which is the single best dispositive source of evidence in this copyright infringement case. However, in discovery Topalsson has learned that that source code is not available from Defendants, or from Rolls-Royce's US entity Rolls-Royce North America NA, LLC. Therefore, Topalsson's only access to this evidence is through a Letter of Request served under the Hague Convention, a request for which is already pending before this Court. Dkt. 76.

This motion is made following the conference of counsel pursuant to L.R. 7-3. The requested extension was raised by Topalsson's counsel on a meet-and-confer on June 7, and the parties further conferred on June 13 but were unable to reach an agreement. During the conference, Defendants' counsel identified no prejudice and offered no counterproposal.

Topalsson makes this motion not for delay, but so that it can adequately prepare its case for trial and therefore the extension is in the interests of justice. As explained further in the accompanying motion, it is believed that the Letter of Request will take approximately 6 months, and Topalsson therefore seeks an extension of approximately 180 days to complete fact discovery in this case.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Lydia C. Raw, filed concurrently herewith, and any oral argument as may be presented at the hearing, all other papers, records and

1  pleadings on file in this action, and on such additional evidence and argument as the
2  Court may allow prior to and during the hearing on this motion.
3
4
5  Dated: June 14, 2024                          Respectfully submitted,
6
7                                                By: /s/ *Lydia C. Raw*
                                                 ERISE IP, P.A.
8                                                Eric A. Buresh (*pro hac vice*)
9                                                Carrie Bader (*pro hac vice*)
                                                 Lydia C. Raw (*pro hac vice*)
10
11                                               DAVIDSON LAW GROUP
                                                 Ben M. Davidson (Bar No. 181464)
12
13                                               ***Attorneys for Plaintiff Topalsson GmbH***
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                       4         Case. No. 2:23-CV-01823-WLH-PVCx
                                                   TOPALSSON'S NOTICE OF MOTION
                                                   TO MODIFY CASE SCHEDULE

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 14, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Lydia C. Raw*
Lydia C. Raw