Nicole M. Smith (State Bar No. 189598)
Email: nmsmith@jonesday.com
John R. O'Donnell (State Bar No. 318054)
Email: jodonnell@jonesday.com
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

John Froemming (admitted pro hac vice)
Email: JFroemming@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20007
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Bayerische Motoren Werke AG;<br>Rolls-Royce Motor Cars NA, LLC;<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars, LLC;<br>and Westlake Coach Company, LLC,<br><br>　　　　　Defendants. | Case No. 2:23-CV-01823-WLH-PVCx<br><br>**DEFENDANTS' `APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date:　　　　July 12, 2024<br>Time:　　　　1:30 p.m.<br>Courtroom:　9B<br>Judge:　　　Hon. Wesley L. Hsu |

Pursuant to Local Rule 79-5.2.2 and the Court's Standing Protective Order, Defendants respectfully apply to this Court for an Order granting leave to file under seal portions of its Responsive Brief to Topalsson's Request for Issuance of a Letter of Request (the "Response") and portions of Exhibit 1 to the Declaration of John R. O'Donnell in Support of the Response. The material that Defendants seek to seal contains information Plaintiff Topalsson GmbH ("Plaintiff") has designated highly confidential. Defendants have no opinion on the confidentiality of Plaintiff's information and defers to Plaintiff's L.R. 79-5.2.2 (b)(i) declaration for supporting arguments as to why all or part of Plaintiff's designated material is sealable. In support of this request, Defendants submit this Application, the Declaration of John R. O'Donnell, and a Proposed Order.

Additionally, Defendants have publicly filed redacted versions of the documents that they seek to seal partially. In the unredacted versions of these documents, lodged concurrently with the Declaration of John R. O'Donnell, Defendants have highlighted the confidential information sought to be protected.

Respectfully submitted,

Dated: June 21, 2024

JONES DAY

By: _/s/ John R. O'Donnell_
John Froemming
Nicole Smith
John R. O'Donnell

Attorneys for the Defendants