| | |
|---|---|
| DAVIDSON LAW GROUP<br>Ben M. Davidson (Bar No. 181464)<br>ben@dlgla.com<br>4500 Park Granada Boulevard,<br>Suite 202<br>Calabasas, CA 91302<br>Telephone: (310) 473-2300<br><br>ERISE IP, P.A.<br>Eric A. Buresh (*pro hac vice*)<br>eric.buresh@eriseip.com<br>Carrie Bader (*pro hac vice*)<br>Carrie.bader@eriseip.com<br>Lydia C. Raw (*pro hac vice*)<br>Lydia.raw@eriseip.com<br>7015 College Blvd., Suite 700<br>Overland Park, KS 66211<br><br>*Attorneys for Plaintiff Topalsson GmBH* | Nicole M. Smith (Bar No. 189598)<br>Email: nmsmith@jonesday.com<br>John O'Donnell (Bar No. 318054)<br>Email: jodonnell@jonesday.com<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br><br>John Froemming (*pro hac vice*)<br>Email: JFroemming@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20007<br>Telephone: (202) 879-3939<br>Facsimile:(202) 626-1700<br><br>*Attorneys for the Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**JOINT STIPULATION TO STAY THE CASE PENDING THE COURTS' DECISION ON TOPALSSON'S MOTION TO MODIFY CASE SCHEDULE (DKT. 80).** |

Case. No. 2:23-CV-01823-WLH-PVCx
JOINT STIP. FOR STAY

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, this is a case alleging copyright infringement.

WHEREAS, Topalsson GmbH ("Topalsson"), the Plaintiff in this case, alleges that the source code underlying the vehicle configurator software used by the Defendants, which are all car dealerships, includes certain of Topalsson's copyrighted source code.

WHEREAS, on June 10, 2024, Topalsson filed a Motion for Issuance of a Letter of Request under the Hague Convention (Dkt. 76), asking *inter alia,* that the source code at issue be produced by Rolls-Royce Motor Cars Limited, a company located in the United Kingdom and which motion Defendants oppose.

WHEREAS, on July 8, 2024, the Court vacated the hearing on Topalsson's Motion for Issuance of a Letter of Request on the basis that it should be heard before the assigned Magistrate Judge. (Dkt. 92).

WHEREAS, Topalsson's Motion for Issuance of a Letter of Request is fully briefed and set for hearing with Magistrate Judge Castillo on August 8, 2024.

WHEREAS, on June 14, 2024, Topalsson filed a Motion to Modify the Case Schedule (Dkt. 80).

WHEREAS, Topalsson's Motion to Modify the Case requested a six-month extension of time to the close of fact discovery and all other remaining deadlines to allow time for the source code to be obtained from Rolls-Royce Motor Cars Limited through a Letter of Request under the Hague Convention.

WHEREAS, on July 16, 2024, the Court continued the hearing on the Motion to Modify Case Schedule from July 19, 2024, to September 20, 2024 (Dkt. 93).

WHEREAS, under the current schedule, initial expert reports are due on August 14, 2024. (*Id.*).

WHEREAS, under the current schedule, rebuttal expert reports are due on September 11, 2024. (*Id.*).

WHEREAS, the dates for expert reports to be served, therefore, will have passed before the Court's hearing on Topalsson's Motion to Modify Case Schedule.

WHEREAS, Topalsson is unable to proceed with preparing expert reports without the opportunity to analyze through its experts and conduct additional fact discovery regarding the accused source code underlying its copyright infringement action.

THEREFORE, the Parties jointly request that the Court stay the deadlines in this case until such time as the Court issues its decision on Topalsson's Motion to Modify Case Schedule (Dkt. 80).

Defendants also request that the Court stay any hearing on Topalsson's Motion for Issuance of a Letter of Request (Dkt. 76 ("Request")).  Topalsson disagrees that a hearing on the Request should be stayed, but stipulates and agrees that if Magistrate Castillo decides that a Letter of Request should issue, it will not send any such Letter of Request to the appropriate authorities in the UK for service unless and until the Court issues its decision on Topalsson's Motion to Modify Case Schedule (Dkt. 80).

Dated: August 5, 2024    /s/ *Lydia C. Raw*
Lydia C. Raw

Attorney for Plaintiff
Topalsson GmbH

Dated: August 5, 2024    /s/ *John Froemming* (w/ permission)
John Froemming

Attorney for the Defendants

3

Case. No. 2:23-CV-01823-WLH-PVCx
JOINT STIP. FOR STAY

## **ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: August 5, 2024             /s/ *Lydia C. Raw*
                                  Lydia C. Raw

4

Case. No. 2:23-CV-01823-WLH-PVCx
JOINT STIP. FOR STAY