UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC;<br>and<br>Westlake Coach Company, LLC,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING THE COURT'S DECISION ON TOPALSSON'S MOTION TO MODIFY CASE SCHEDULE (ECF NO. 95).** |

　　As directed by the Court (Dkt. 97), counsel hereby lodges a Proposed Order Granting the Parties' Stipulation to Stay Case (Dkt. 95). Counsel for Defendants has also reviewed and approved the proposed language of the proposed order attached hereto.

Dated: August 6, 2024

Respectfully submitted,

By: /s/ *Lydia C. Raw*
ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
Carrie Bader (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)

**Attorneys for Plaintiff Topalsson GmbH**

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 6, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Lydia C. Raw*
Lydia C. Raw