UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>                           Plaintiff,<br><br>      v.<br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC;<br>and<br>Westlake Coach Company, LLC,<br><br>                           Defendants. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING THE COURT'S DECISION ON TOPALSSON'S MOTION TO MODIFY CASE SCHEDULE (ECF NO. 95).** |

      On August 5, 2024, the Parties filed a joint stipulation (Dkt. 95) to stay the case pending the Court's decision on Topalsson's Motion to Modify Case Schedule (Dkt. 80).

      The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS that the case is stayed until such time as the Court issues its decision on Topalsson's Motion to Modify Case Schedule (Dkt. 80).

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE