UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>                              Plaintiff,<br><br>          v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC;<br>and<br>Westlake Coach Company, LLC,<br><br>                              Defendants. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**ORDER RE JOINT STIPULATION TO STAY THE CASE PENDING THE COURT'S DECISION ON TOPALSSON'S MOTION TO MODIFY CASE SCHEDULE [95]** |

-1-

The Parties filed a joint stipulation (Docket No. 95) to stay the case pending the Court's decision on Topalsson's Motion to Modify Case Schedule (Docket No. 80). The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby **DENIES** the request to stay the action in full. Finding good cause to vacate the current case management deadlines, however, the Court **ORDERS** that all dates in the Court's Civil Trial Order (Docket No. 69) are hereby vacated. They will be reset once the foreign discovery issue is resolved.

**IT IS SO ORDERED.**

Dated: August 12, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE