DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGo European Motorcars, LLC; Orange County British Motorcars, LLC; and Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**Topalsson's Letter of Request for Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters** |

**TOPALSSON'S LETTER OF REQUEST FOR JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

| | | |
|---|---|---|
| 1. | Sender | Office of the Clerk<br>United States District Court for the Central District of California<br>350 W. 1st Street<br>Los Angeles, California 90012<br>United States of America<br>Phone: (213) 894-3535 |
| 2. | Central Authority of the Requested State | England and Wales:<br><br>The Senior Master<br>For the attention of the Foreign Process Section<br>Room E16<br>Royal Courts of Justice<br>Strand<br>LONDON WC2A 2LL |
| 3. | Persons to whom the executed request is to be returned | James Russell<br>Spring Law<br>2nd Floor<br>10 Bloomsbury Way<br>London<br>WC1A 2SL<br>James.russell@springlaw.co.uk |
| 4. | Date by which the requesting authority requires receipt of the response to the Letter of Request: | As soon as reasonably practicable |

In conformity with Article 3 of the Convention, the United States District Court for the Central District of California presents its compliments to the competent judicial authority in the United Kingdom of Great Britain and Northern Ireland and respectfully submits the following request:

| | | |
|---|---|---|
| 5. | a. Requesting judicial authority (article 3, a) | United States District Court for the Central District of California |

2

| | | |
|---|---|---|
| | | 350 W. 1st Street<br>Los Angeles, California 90012<br>United States of America<br>Phone: (213) 894-3535 |
| | b. To the competent authority of (article 3, a) | England and Wales:<br><br>The Senior Master<br>For the attention of the Foreign Process Section<br>Room E16<br>Royal Courts of Justice<br>Strand<br>LONDON WC2A 2LL |
| | c. Name of the case and any identifying number | *Topalsson GMBH v. O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGo European Motorcars, LLC; Orange County British Motorcars, LLC; Westlake Coach Company, LLC,*<br>Civil Action Number 2:23-cv-1823-WLH-PVC (C.D. Cal.) ("US Proceedings") |
| 6. | Name and addresses of the parties and their representatives (including representatives in the requested state) | |
| | Plaintiff | Topalsson GMBH |
| | Representatives (US) | Eric Buresh<br>Carrie Bader<br>Lydia Raw<br>Erise IP, P.A.<br>7015 College Blvd #700,<br>Overland Park, KS 66211<br>Telephone: 913-777-5614<br>Eric.buresh@eriseip.com<br>Carrie.bader@eriseip.com<br>Lydia.raw@eriseip.com |
| | Representatives (UK) | James Russell<br>Spring Law<br>2nd Floor<br>10 Bloomsbury Way |

3

|   |   |   |
|---|---|---|
|   |   | London<br>WC1A 2SL<br>James.russell@springlaw.co.uk |
|   | Defendants | O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC. |
|   | Representatives (US) | John Froemming<br>JONES DAY<br>51 Louisiana Avenue NW<br>Washington, DC 20007<br>Telephone: (202) 879-3939<br>JFroemming@jonesday.com |
| 7. | a. Nature of the proceedings (article 3, c) | The nature of the litigation from which this Letter of Request stems is a complaint of copyright infringement involving Topalsson's DTE and VARY software. |
|   | b. Summary of complaint | The complaint alleges that the Defendants, who operate five US car dealerships, infringed and continue to infringe Topalsson's copyrights in its DTE and VARY software by using software obtained from Rolls-Royce Motor Cars Limited that incorporates protected elements of Topalsson's software. |
|   | c. Summary of defense and counterclaim | The Defendants assert in defense that they have a license to use the software they are using and that damages are barred in whole or in part by a failure to mitigate and because any injuries and damages were the direct and proximate result of an independent, unforeseeable, superseding, or intervening cause. There are no counterclaims. |
| 8. | a. Evidence to be obtained or other judicial act to be performed (article 3, d) | This Letter of Request seeks:<br>(1) production and/or inspection of documents kept and maintained by Rolls-Royce Motor Cars Limited of Summit One, Summit Avenue, Farnborough, Hampshire, GU14 0FB (CN. 03522604) ("RRMCL") through its course of |

| | | |
|---|---|---|
| | | business as set forth in Attachment A; and<br>(2) the oral examination of Jan-Hendrik Hoffmann as a corporate designee of RRMCL of Summit One, Summit Avenue, Farnborough, Hampshire, GU14 0FB (CN. 03522604) to obtain deposition testimony in relation to the topics set forth in Attachment B. |
| | b. Purpose of the evidence or judicial act sought | The evidence sought in this Letter of Request is for the purpose of obtaining admissible and relevant evidence for use in the trial of the US Proceedings.<br><br>By way of additional background, Topalsson and RRMCL entered into a contract in late 2019 under which Topalsson was contracted to provide, *inter alia,* certain vehicle configurator software for RRMCL. RRMCL terminated the contract in early 2020, and the termination was the subject of a lawsuit in the Technology and Construction Court in London (Claim No. HT-2020-000334). Around the time the contract was terminated by RRMCL, RRMCL hired third-party companies to complete the creation of new vehicle configurator software for RRMCL ("RRMCL's Vehicle Configurator Software"). In the US Proceedings Topalsson alleges that RRMCL shared some of Topalsson's copyrighted software with those third-parties or otherwise used it in the development of RRMCL's Vehicle Configurator Software, which was rolled out in the United States through the Defendants' dealerships.<br><br>The Defendants and the Rolls-Royce subsidiary based in the United States (Rolls-Royce Motor Cars NA) have denied that they have access to the source code of RRMCL's Vehicle Configurator Software. Thus, it must be obtained from RRMCL directly. Mr. Topal (CEO and Founder of Topalsson) explains in |

|  |  |  |  |
|---|---|---|---|
|  |  |  | detail in his witness statement the many elements of Topalsson's software that are known to be present in RRMCL's Vehicle Configurator Software and why Topalsson's underlying source code was taken and used without permission in an act of copyright infringement. |
|  | 9. | Identity and address of any person to be examined | Matthew Scott as the Corporate designee of Rolls-Royce Motor Cars Limited<br>Summit One,<br>Summit Avenue,<br>Farnborough, Hampshire, GU140FB,<br>United Kingdom. |
|  | 10. | Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, f) | See Attachment B |
|  | 11. | Documents or other property to be inspected (Article 3, (g)) | See Attachment A |
|  | 12. | Requirement that the Evidence be Given on Oath of Affirmation (Art. 3(h)) | The witness(es) should be examined under oath or affirmation. |
|  | 13. | Special methods or procedure to be followed (Art. 3(i) and 9) | We respectfully request that this Letter of Request be granted and that the evidence-taking proceedings include the following:<br>• That representatives of Topalsson be permitted to examine and/or cross-examine the witness;<br>• That an authorized shorthand writer/court reporter be present at the examination who shall record the oral testimony verbatim (in English) and prepare a transcript of the evidence;<br>• That, to the extent that multiple hearing dates are necessary to complete the |

6

| | | |
|---|---|---|
| | | taking of evidence sought in Attachment A and the additional questions related to the subject matter set forth in Attachment B, the hearings are scheduled on consecutive days or as close to each other as reasonably practicable.<br><br>In the event the evidence cannot be taken in the manner or location requested, it is to be taken in such a manner or location as provided by local law. To the extent any request in this section is deemed incompatible with principles of procedural law from England & Wales, it is to be disregarded. |
| 14. | Request for notification of the time and place for the execution of the Request pursuant to Article 7 of the Convention | It is requested that UK Representatives for Topalsson at the addresses set forth in paragraph 6 above, should be contacted for any information relating to the execution of this Letter of Request. |
| 15. | Request for Attendance or Participation of Judicial Personnel of the Requesting Authority at the Execution of the Letter of Request (Art. 8) | No attendance of judicial personnel is requested. |
| 16. | Specification of Privilege or Duty to Refuse to Give Evidence Under the Law of the State of Origin (Art. 11 (b)) | The privilege or duty of the witness(es) to refuse to give evidence shall be the same as if they were testifying under the applicable provisions of the Federal Rules of Civil Procedure, including if giving such evidence would (1) subject them to a real and appreciable danger of criminal liability in the United States, or (2) disclose a confidential and privileged communication between them and their respective attorneys. |
| 17. | Fees and costs (Art. 14 and 26) | Please contact Topalsson's United States counsel, at the address set out under paragraph |

|   |   | 6 above, to make any necessary financial arrangements. |
|---|---|---|

DATE OF REQUEST                  _____2024

_____
United States District Court
Central District of California
350 W. 1st Street
Los Angeles, California 90012
United States of America
Phone: (213) 894-3535

(signature and seal)