# ATTACHMENT A
# **DOCUMENTS TO BE PRODUCED**
# DEFINITIONS

1. The term "Topalsson" means Topalsson GmbH.

2. The term "You" or "RRMCL" means Rolls-Royce Motor Cars Limited, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person.

3. The term "RRNA" means Rolls-Royce Motor Cars NA, LLC, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person.

4. The term "Defendants" or "Defendant Dealerships" means collectively O'Gara Coach Company, LLC, Rusnak/Pasadena Corporation, indiGO European Motorcars, LLC, Orange County British Motorcars, LLC, and Westlake Coach Company, LLC, which are the US dealerships accused of infringement in the pending US litigation.

5. The term "Rolls-Royce Entity" means collectively RRNA, RRMCL, Bayerische Motoren Werke AG and any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person.

6. The term "Sulzer" means Sulzer GmbH, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other

1  persons, actioning or purporting to act on behalf of each such entity or person.

2  7. The term "Mackevision" means Mackevision Medien Design GmbH, a company headquartered in Germany, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person. Public sources report that Mackevision is now part of Accenture.

8. The term "Panama Drive" refers to the storage medium that RRMCL refers to by that name. Panama Drive is a storage location that RRMC provided Topalsson access to for the purpose of providing software and deliverables under the agreement then in place between Topalsson and RRMC.

9. The term "Software" includes source code and shall include within its meaning program files, README files, and all associated library and compiling files.

10. "Showroom Visualizer" (also sometimes referred to as the "EVE Visualizer") refers to the Software by that name which was implemented in or around August to September 2020 for the launch of the Rolls-Royce Ghost and which was designed to be used in Defendants' dealership showrooms to visualize a digital version of Rolls-Royce vehicles and all versions released since. *See also* Raw Declaration, Exhibit 3 at 5-6. (Defendant Dealership's description of the "Showroom Visualizer" Software). For avoidance of doubt, "Showroom Visualizer" refers collectively to all of the software that is used to implement the configurator used in Defendants' dealership showrooms, including the frontend software, backend software, and configurator landscape software. *See e.g.,* Topal Decl. at ¶ 51-60. For avoidance of doubt, portions of the Showroom Visualizer Software that are wholly the product of a third-party whom no Rolls-Royce Entity did not contract with (such as, for example, third-party game engines and libraries) and documents and things

discussing solely these portions of the Showroom Visualizer Software are beyond the scope of the requests made herein.

11. "Web Configurator" (also sometimes referred to as the "Rolls-Royce Marketing Configurator") refers to the Software which has been made available to customers and dealers in the US on the website rolls-roycemotorcars.com from 2020 to present. *See also* Raw Declaration, Exhibit 3 at 6. (Defendant Dealership's description of the "Web Configurator" Software). For avoidance of doubt, The "Web Configurator" refers collectively to all of the software that is used to implement the configurator available at rolls-roycemotorcars.com including the frontend software, backend software, the software for the digital brochures, (Topal Dec., Ex. 4) and configurator landscape software. *See e.g.,* Topal Decl. at ¶ 51-60. It was made available by RRMCL to the Defendant Dealerships directly or indirectly. For avoidance of doubt, portions of the Web Configurator Software that are wholly the product of a third-party whom no Rolls-Royce Entity did not contract with (such as, for example, third-party game engines and libraries) and documents and things discussing solely these portions of the Web Configurator Software are beyond the scope of the requests made herein.

12. "Rolls-Royce Ordering Configurator" (also referred to as "RROC") refers to a portion of the Sales Management System ("SMS") Software which is used by the Defendant Dealerships to order a Rolls-Royce vehicle. The RROC includes a feature "to allow connection of the RROC to the Showroom Visualizer engine and importation of configurations from the Showroom Visualizer to the RROC." *See also* Raw Declaration, Exhibit 3 at 6. (Defendant Dealership's description of the "RROC" and "SMS" Software). For avoidance of doubt, portions of the RROC Software that are wholly the product of a third-party whom no Rolls-Royce Entity did not contract with (such as, for example, third-party game engines and libraries) and documents and things discussing solely these portions of the RROC Software

are beyond the scope of the requests made herein.

13. The phrase "software relating to Topalsson's DTE and VARY software" refers to those portions of the software that correspond to the Configurator Landscape that Topalsson was hired to provide to Rolls-Royce, and includes, but is not limited to, the portions of the software that allow for real-time vehicle configurations and backend systems such as the Rule Solver and Datagen.

14. The phrase "that were added in March 2020 or later" refers to portions of the code that were not included in the Software (e.g., Showroom Visualizer, Web Configurator, or RROC) before that date. This includes, without limitation, code that was written, amended, incorporated, or revised in March 2020 or later.

15. "Jira" refers to a proprietary Software product developed by Atlassian that allows bug tracking, issue tracking and project management. It is used by RRMCL to track projects, and it is specifically used by RRMCL to manage its configurator Software, including the Showroom Visualizer, Web Configurator, and RROC.

16. "Confluence" also refers to a proprietary Software product developed by Atlassian. It provides content collaboration and management workspace. Content is stored on collaborative "pages" that are organized into "workspaces."

17. "Topalsson Materials" refers to the materials that were provided to RRMCL by Topalsson, and includes documents, emails, software, executables, configuration files, passwords, readme files, supporting documentation, images, powerpoint presentations, and other data or data compilations.

## INSTRUCTIONS

1. These instructions relate to the production and/or inspection of documents pursuant to the Letter of Request.

2. You are to produce and/or make available for inspection entire documents, including but not limited to attachments, enclosures, cover letters,

memoranda, appendices etc, in their native form. Original hard copy documents should be disclosed by way of scanned versions or photocopy. For the avoidance of doubt, Topalsson retains the right to inspect the original hard copy documents.

3. If any information called for by a request is withheld on the basis of a claim of privilege, you must set forth the nature of the claim of privilege and the nature of the information for which privilege is claimed within a witness statement that is compliant with the Civil Procedure Rules of England & Wales. Where the claimed privileged subject matter forms only part of the entire document, the privileged portions should be redacted and the document should be produced and/or made available for inspection.

4. Any document called for under these requests but not produced and/or made available for inspection on the basis of a claim of privilege should be identified by the name of the people who prepared the document, the name of all recipients, the date of the document, the nature of the document (e.g., e-mail, letter, etc.) and the general nature of the subject matter for which privilege is claimed. All such documents shall be listed within the aforementioned witness statement.

5. Unless otherwise indicated, the use of the name of any party, person, or business organization shall specifically include all agents, employees, shareholders, owners, officers, directors, joint ventures, representatives, attorneys, and all other persons acting on behalf of the subject party, person, or business organization.

6. Grammar and syntax, as used in these requests, shall be construed and interpreted to give proper meaning and consistency to their context. By way of illustration and not by way of limitation, the singular form of words may include the plural and the plural form of words may apply to each individual person and/or thing, and the use of any gender or tense may be construed to include all genders and tenses, wherever appropriate in these requests, to bring within their scope any relevant information which might otherwise be construed to be outside their scope.

7. These requests for production and/or inspection shall be deemed to include any and all relevant documents within Your possession, custody, or control, including documents located in the personal files of any and all past and present directors, officers, agents, representatives, employees, attorneys, and accountants.

8. In the event that any document called for by this set of requests is known to have been destroyed (either as a result of a document destruction policy or otherwise), any such documents are to be identified within the aforementioned witness statement as follows: author(s); addressee(s); indicated or blind copy recipient(s); identifying date(s); subject matter; number of pages; attachments or appendices; all persons to whom distributed, shown, explained, or who would otherwise have seen and/or been in possession of the document(s) or copies thereof; date of destruction; person(s) authorizing the destruction; and person(s) destroying the document(s).

9. In the event that any document called for by this set of requests is not produced and/or made available for inspection, within the aforementioned witness statement You must: detail what searches have been made for those documents; set out what has happened to those documents; and, if applicable, set out why those documents are no longer in Your possession or control.

10. If a responsive document is in a language other than English and an English translation thereof exists, produce both the original and the English language translation. Documents sought by these Requests may be designated confidential pursuant to the provisions of the Protective Order entered in the United States Litigation (Raw Decl., Ex. 6). Source code sought by these Requests may be produced and designated pursuant to the provisions of the same Protective Order.

# REQUESTS FOR INSPECTION AND/OR PRODUCTION

**REQUEST NO. 1.**

Complete copies of the portions of the Showroom Visualizer software relating to Topalsson's DTE and VARY software that were added in March 2020 or later, including executables, the underlying source code, accompanying release notes, and the passwords required to access encrypted portions of the Software.

**REQUEST NO. 2.**

Complete copies of the portions of the RROC software relating to Topalsson's DTE and VARY software that were added in March 2020 or later, including executables, the underlying source code, accompanying release notes, and the passwords required to access encrypted portions of the Software.

**REQUEST NO. 3.**

Complete copies of the portions of the Web Configurator software relating to Topalsson's DTE and VARY software that were added in March 2020 or later, including executables, the underlying source code, accompanying release notes, and the passwords required to access encrypted portions of the Software.

**REQUEST NO. 4.**

The product development documents in Jira and Confluence for the Showroom Visualizer, the Web Configurator, and for the software updates that added the ability to import configurations from the Showroom Visualizer into the RROC, which includes the user stories, epics, tasks and subtasks, and list of users and administrators in Jira and the pages in Confluence from 2020 to present. For the avoidance of doubt, this includes the product development documents in all of the Jira and Confluence projects for the projects ConfigRR, RRCP, RRCPX, RRDATAFox, RRCON, RRCPX, EVE, EVECS, EVECP, VPPNEXT,

VPP_NEXT, CONFIGRRX, RRCONFIG, RRCON_3D, RRCON_DATA, RRCP_3D, RRCP_DATA, RRVIS, COSY, RULERI, and STANDRI.

**REQUEST NO. 5.**

The email communications from Topalsson partner email addresses (i.e. those ending in @partner.rolls-roycemotorcars.com) to RRMCL from 2020 to present indicating that Topalsson had provided Software to RRMCL (including but not limited to source code and executables), what was delivered, and where it was delivered to.

**REQUEST NO. 6.**

Your RFPs, Tenders, Offers, Purchase Orders, Invoices, and Contracts from 2020 to present with Mackevision for the development of the Showroom Visualizer and the portion of the RROC that allows connection of the RROC to the Showroom Visualizer engine, including the agreements that set out the business requirements for the Showroom Visualizer and RROC projects.

**REQUEST NO. 7.**

Mackevision's detailed Response to Tender Invitation and supporting documents (due June 3, 2019 and June 5, 2019) provided in response to RRMCL's Requests to Tender for the Rolls-Royce Motorcars "Future Configurator Landscape" project.

**REQUEST NO. 8.**

Sulzer's detailed Response to Tender Invitation and supporting documents (due June 3, 2019 and June 5, 2019) provided in response to RRMCL's Requests to Tender for the Rolls-Royce Motorcars "Future Configurator Landscape" project.

**REQUEST NO. 9.**

Your RFPs, Tenders, Offers, Purchase Orders, Invoices, and Contracts from 2020 to present with Adesso for the development of the PIP Services (RRPS).

**REQUEST NO. 10.**

Your RFPs, Tenders, Offers, Purchase Orders, Invoices, and Contracts from 2020 to present with NTT Data for the development of the Rolls-Royce Configurator Project.

**REQUEST NO. 11.**

Your RFPs, Tenders, Offers, Purchase Orders, Invoices, and Contracts from 2020 to present with Acrontum for the development of the RR Datafox application for Rolls-Royce sales.

**REQUEST NO. 12.**

Your RFPs, Tenders, Offers, Purchase Orders, Invoices, and Contracts from 2020 to present with Eder the development of a marketing configurator frontend for Rolls-Royce sales.

**REQUEST NO. 13.**

The scoring evaluation excel documents, accompanying emails, and steering committee powerpoints, and all versions of the technical recommendation sheets which analyze and score the responses to RRMCL's Requests to Tender for the Rolls-Royce Motorcars "Future Configurator Landscape" project (also sometimes called "ConfiguRR") that were submitted in June 2019.

**REQUEST NO. 14.**

Your email communications with Mackevision from 2020 to present, within which You provide Mackevision with Topalsson Materials (whether in original or amended form) and directions for how to use Topalsson Materials.

**REQUEST NO. 15.**

The email communications from 2020 to present between RRMCL and Mackevision, within which RRMCL provides Mackevision (including Sebastian Wohlgemuth, Anton Brueckner, Katja Gerersdorfer, and Patrick Stricker) with access to locations on the Panama Drive.

**REQUEST NO. 16.**

The access log files (from 2020 to present) for the locations on the Panama Drive where Topalsson Materials were stored.

**REQUEST NO. 17.**

Your contracts and agreements with Sulzer to update the Web Configurator and to connect the Showroom Visualizer to the RROC from 2020 to present including the agreements that set out the business requirements for the updates to the Web Configurator.

**REQUEST NO. 18.**

Your email communications with Sulzer from 2020 to present, within which You provide Sulzer with Topalsson Materials and access to Topalsson Materials (whether in original or amended form) and directions for how to use those Topalsson Materials.

**REQUEST NO. 19.**

The email communications from 2020 to present between RRMCL and Sulzer, within which RRMCL provides Sulzer (including Alan Marin, Alexander Hertwig, Caroline, Sauter, Jamina Seluga, Oliver Kulig, and Sventlana Belash) with access to locations on the Panama Drive.

**REQUEST NO. 20.**

The presentation, accompanying speech and remarks made at the 2019 Rolls-Royce World Dealership Conference which was originally created by Topalsson for RRMCL.