# ATTACHMENT B
# TESTIMONY TOPICS
# DEFINITIONS

1.  The term "Topalsson" means Topalsson GmbH.

2.  The term "You" or "RRMCL" means Rolls-Royce Motor Cars Limited, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person.

3.  The term "RRNA" means Rolls-Royce Motor Cars NA, LLC, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person.

4.  The term "Defendants" or "Defendant Dealerships" means collectively O'Gara Coach Company, LLC, Rusnak/Pasadena Corporation, indiGO European Motorcars, LLC, Orange County British Motorcars, LLC, and Westlake Coach Company, LLC, which are the US dealerships accused of infringement in the pending US litigation.

5.  The term "Rolls-Royce Entity" means collectively RRNA, RRMCL, Bayerische Motoren Werke AG and any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person.

6.  The term "Sulzer" means Sulzer GmbH, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other

1  persons, actioning or purporting to act on behalf of each such entity or person.

2      7.    The term "Mackevision" means Mackevision Medien Design GmbH, a company headquartered in Germany, including any divisions, departments, subsidiaries, parents, affiliates, predecessors, and their respective present or former officers, directors, owners, attorneys or agents, and all other persons, actioning or purporting to act on behalf of each such entity or person. Public sources report that Mackevision is now part of Accenture.

    8.    The term "Adesso" means the company by that name referred to in the ConfiguRR+ Cost Estimation spreadsheet, attached as Exhibit 3 to the declaration of Mr. Topal.

    9.    The term "NTT Data" means the company by that name referred to in the ConfiguRR+ Cost Estimation spreadsheet, attached as Exhibit 3 to the declaration of Mr. Topal.

    10.    The term "Acrontum" means the company by that name referred to in the ConfiguRR+ Cost Estimation spreadsheet, attached as Exhibit 3 to the declaration of Mr. Topal.

    11.    The term "RR DataFox" means the application by that name referred to in the ConfiguRR+ Cost Estimation spreadsheet, attached as Exhibit 3 to the declaration of Mr. Topal.

    12.    The term "Eder" means the company by that name referred to in the ConfiguRR+ Cost Estimation spreadsheet, attached as Exhibit 3 to the declaration of Mr. Topal.

    13.    The term "Panama Drive" refers to the storage medium that RRMCL refers to by that name. Panama Drive is a storage location that RRMC provided Topalsson access to for the purpose of providing software and deliverables under the agreement then in place between Topalsson and RRMC.

    14.    The term "Software" includes source code and shall include within its

1  meaning program files, README files, and all associated library and compiling
2  files.

3  15. "Showroom Visualizer" (also sometimes referred to as the "EVE
4  Visualizer") refers to the Software by that name which was implemented in or
5  around August to September 2020 for the launch of the Rolls-Royce Ghost and
6  which was designed to be used in Defendants' dealership showrooms to visualize a
7  digital version of Rolls-Royce vehicles and all versions released since. *See also* Raw
8  Declaration, Exhibit 3 at 5-6. (Defendant Dealership's description of the "Showroom
9  Visualizer" Software). For avoidance of doubt, "Showroom Visualizer" refers
10 collectively to all of the software that is used to implement the configurator used in
11 Defendants' dealership showrooms, including the frontend software, backend
12 software, and configurator landscape software. *See e.g.,* Topal Decl. at ¶ 51-60. For
13 avoidance of doubt, portions of the Showroom Visualizer Software that are wholly
14 the product of a third-party with whom no Rolls-Royce Entity contracted (such as,
15 for example, third-party game engines and libraries) and documents and things
16 discussing solely these portions of the Showroom Visualizer Software are beyond
17 the scope of the requests made herein.

18 16. "Web Configurator" (also sometimes referred to as the "Rolls-Royce
19 Marketing Configurator") refers to the Software which has been made available to
20 customers and dealers in the US on the website rolls-roycemotorcars.com from 2020
21 to present. *See also* Raw Declaration, Exhibit 3 at 6. (Defendant Dealership's
22 description of the "Web Configurator" Software). For avoidance of doubt, The "Web
23 Configurator" refers collectively to all of the software that is used to implement the
24 configurator available at rolls-roycemotorcars.com including the frontend software,
25 backend software, the software for the digital brochures, (Topal Dec., Ex. 4) and
26 configurator landscape software. *See e.g.,* Topal Decl. at ¶ 51-60. It was made
27 available by RRMCL to the Defendant Dealerships directly or indirectly. For
28

3   Case No. 2:23-cv-01823-WLH-PVCx
Attachment B

1  avoidance of doubt, portions of the Web Configurator Software that are wholly the
2  product of a third-party with whom no Rolls-Royce Entity contracted (such as, for
3  example, third-party game engines and libraries) and documents and things
4  discussing solely these portions of the Web Configurator Software are beyond the
5  scope of the requests made herein.

6  17. "Rolls-Royce Ordering Configurator" (also referred to as "RROC")
7  refers to a portion of the Sales Management System ("SMS") Software which is used
8  by the Defendant Dealerships to order a Rolls-Royce vehicle. The RROC includes a
9  feature "to allow connection of the RROC to the Showroom Visualizer engine and
10  importation of configurations from the Showroom Visualizer to the RROC." *See
11  also* Raw Declaration, Exhibit 3 at 6. (Defendant Dealership's description of the
12  "RROC" and "SMS" Software). For avoidance of doubt, portions of the RROC
13  Software that are wholly the product of a third-party with whom no Rolls-Royce
14  Entity contracted (such as, for example, third-party game engines and libraries) and
15  documents and things discussing solely these portions of the RROC Software are
16  beyond the scope of the requests made herein.

17  18. "Jira" refers to a proprietary software product developed by Atlassian
18  that allows bug tracking, issue tracking and project management. It is used by
19  RRMCL to track projects, and it is specifically used by RRMCL to manage its
20  configurator software, including the Showroom Visualizer Software, Web
21  Configurator, and Rolls-Royce Ordering Configurator.

22  19. "Confluence" also refers to a proprietary software product developed
23  by Atlassian. It provides content collaboration and management workspace.
24  Content is stored on collaborative "pages" that are organized into "workspaces."

25  20. "Topalsson Materials" refers to the materials that were provided to
26  RRMCL by Topalsson, and includes documents, emails, software, executables,
27  configuration files, passwords, readme files, supporting documentation, images,
28

powerpoint presentations, and other data or data compilations.

21. "U.S. Proceedings" refers to Topalsson v. O'Gara Coach, et. al, Case No. 2:23-cv-1823-WLH-PVC, pending in the Central District of California in the United States of America.

## TOPICS

Please see the below list of the subject matter of questions to be put to the person/s to be examined ("Topic/s"). Under each Topic a list of questions has been provided to assist the person/s being examined to understand what questions they may be asked. For the avoidance of doubt, Topalsson shall not be limited to these specific questions. Topalsson may ask further questions, in particular, questions in relation to the substance or context of documents produced by RRMCL pursuant to the Letter of Request; and follow up questions to the answers provided.

Each of the following Topics for examination relate and are relevant to the facts and/or issues within the US Proceedings and the authentication of evidence for use at trial.

**TOPIC NO. 1.**

As to the Showroom Visualizer Software and related documents produced by RRMCL in response to Topalsson's Requests for Inspection and Production:

**Records Authentication:**

1. Please identify which Software produced by RRMCL corresponds to the Showroom Visualizer Software.
   a) Is the Showroom Visualizer Software kept by RRMCL in the ordinary course of business?

      b) Was it part of RRMC's regular course of business to create or have created the Showroom Visualizer Software?

      c) Are the versions of the Showroom Visualizer Software provided by RRMCL exact duplicates of the original Software?

2. To the extent the answer to questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the Software that is kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the Software.

3. Does the Showroom Visualizer Software produced by RRMCL include all of the Showroom Visualizer Software versions available from 2020 to present? If not, what was not included?

4. Is the Showroom Visualizer Software produced by RRMCL the same Showroom Visualizer Software that RRMCL has made available to Defendants, directly or through RRNA? Is this true of all versions of the software produced?

**TOPIC NO. 2.**

As to the portions of the RROC produced by RRMCL in response to Topalsson's Requests for Inspection and Production:

    **Records Authentication:**

1. Please identify which Software produced by RRMCL corresponds to the and Rolls-Royce ordering configurator ("RROC").

      a) Is the RROC Software kept by RRMCL in the ordinary course of business?

      b) Was it part of RRMC's regular course of business to create or have created the RROC Software?

      c) Are the versions of the RROC Software provided by RRMCL exact duplicates of the original Software?

2. To the extent the answer to questions 1(a)-(c) above is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the Software that is kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the Software.

3. Is the Rolls-Royce ordering configurator Software produced by RRMCL the same Rolls-Royce ordering configurator Software that RRMCL has made available to Defendants, directly or indirectly through RRNA? Is this true of all versions of the software produced?

4. Does the Rolls-Royce ordering configurator Software produced by RRMCL include all of the RROC Software versions available from 2020 to present? If not, what was not included?

**TOPIC NO. 3.**

As to the portions of the Web Configurator produced by RRMCL in response to Topalsson's Requests for Inspection and Production:

**<u>Records Authentication:</u>**

1. Please identify which Software produced by RRMCL corresponds to the Web Configurator.

      a) Is the Web Configurator Software kept by RRMCL in the ordinary course of business?

      b) Was it part of RRMC's regular course of business to create or have created the Web Configurator Software?

      c) Are the versions of the Web Configurator Software provided by RRMCL exact duplicates of the original Software?

2. To the extent the answer to questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the Software that is kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the Software.

3. Is the Web Configurator Software produced by RRMCL the same Showroom Visualizer Software that is made available by RRMCL to Defendants directly or indirectly through RRNA? Is this true of all versions of the software produced?

4. Does the Web Configurator Software produced by RRMCL include all of the portions of the Web Configurator that were added or changed from 2020 to present by or at the direction of RRMCL? If not, what was not included?

**TOPIC NO. 4.**

As to the Jira and Confluence documents produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. Are the Jira and Confluence documents produced by RRMCL kept in the ordinary course of business?

2. Was it part of RRMC's regular course of business to create Jira and Confluence documents of the types produced by RRMC?

3. Are the versions of the Jira and Confluence documents produced by RRMCL exact duplicates of the original documents?

4. To the extent the answer to any of questions 1-3 is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the Jira and Confluence documents as

kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the requested Jira and Confluence documents.

**TOPIC NO. 5.**

As to RRMCL's relationship with Mackevision and the documents produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. As to the materials produced by RRMCL in response to Topalsson's Request for Inspection and Production relating to Mackevision:
    a) Are the documents and communications produced by RRMCL kept in the ordinary course of business?
    b) Was it part of RRMC's regular course of business to documents of the types produced by RRMC?
    c) Are the versions of the documents produced by RRMCL exact duplicates of the original documents?
2. To the extent the answer to any of questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the documents as kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the requested documents.

**Other Questions:**

3. Are you familiar with the decision to hire Mackevision? Why was Topalsson originally selected over Mackevision? Why was Mackevision later hired to complete software relating to the Rolls-

Royce configurators used at dealerships in the United States, including the Showroom Visualizer and Web Configurator?

4. Was Mackevision able to provide a Showroom Visualizer that met all of the requirements provided by RRMCL by fall of 2020? If not, what requirements were not met or not met to RRMCL's satisfaction?

5. What is the importance of the Showroom Visualizer in the sales process?

6. Why did RRMCL desire to have the RROC integrated with the Showroom Visualizer?

7. What were the benefits of the RROC/Showroom Visualizer integration in the sales and ordering process, financially and otherwise?

**TOPIC NO. 6.**

As to RRMCL's relationship with Sulzer and the documents produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. As to the materials produced by RRMCL in response to Topalsson's Request for Inspection and Production relating to Sulzer:

    a) Are the documents and communications produced by RRMCL kept in the ordinary course of business?

    b) Was it part of RRMC's regular course of business to documents of the types produced by RRMC?

    c) Are the versions of the documents produced by RRMCL exact duplicates of the original documents?

2. To the extent the answer to any of questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the documents as kept in

the ordinary course of business, and whether another person or company has access to an authentic copy of the requested documents.

**Other Questions:**

3. Why was the Web Configurator updated to a new version that included real-time image generation?
4. What are the benefits of the Web Configurator in the sales process, financially and otherwise?

**TOPIC NO. 7.**

As to RRMCL's relationship with Adesso and the documents produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. As to the materials produced by RRMCL in response to Topalsson's Request for Inspection and Production relating to Adesso:
   a) Are the documents and communications produced by RRMCL kept in the ordinary course of business?
   b) Was it part of RRMC's regular course of business to documents of the types produced by RRMC?
   c) Are the versions of the documents produced by RRMCL exact duplicates of the original documents?
2. To the extent the answer to any of questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the documents as kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the requested documents.

**TOPIC NO. 8.**

As to RRMCL's relationship with NTT Data and the documents produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. As to the materials produced by RRMCL in response to Topalsson's Request for Inspection and Production relating to NTT Data:
    a) Are the documents and communications produced by RRMCL kept in the ordinary course of business?
    b) Was it part of RRMC's regular course of business to documents of the types produced by RRMC?
    c) Are the versions of the documents produced by RRMCL exact duplicates of the original documents?
2. To the extent the answer to any of questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the documents as kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the requested documents.

**TOPIC NO. 9.**

As to RRMCL's relationship with Acrontum and the documents produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. As to the materials produced by RRMCL in response to Topalsson's Request for Inspection and Production relating to Acrontum
    a) Are the documents and communications produced by RRMCL kept in the ordinary course of business?

  b) Was it part of RRMC's regular course of business to documents of the types produced by RRMC?

  c) Are the versions of the documents produced by RRMCL exact duplicates of the original documents?

2. To the extent the answer to any of questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the documents as kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the requested documents.

**TOPIC NO. 10.**

As to RRMCL's relationship with Eder and the documents produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. As to the materials produced by RRMCL in response to Topalsson's Request for Inspection and Production relating to Eder

  a) Are the documents and communications produced by RRMCL kept in the ordinary course of business?

  b) Was it part of RRMC's regular course of business to documents of the types produced by RRMC?

  c) Are the versions of the documents produced by RRMCL exact duplicates of the original documents?

2. To the extent the answer to any of questions 1(a)-(c) is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the documents as kept in

the ordinary course of business, and whether another person or company has access to an authentic copy of the requested documents.

**TOPIC NO. 11.**

As to the materials relating to the 2019 Rolls-Royce World Dealership Conference produced by RRMCL in response to Topalsson's Request for Inspection and Production:

**Records Authentication:**

1. Are the materials produced by RRMCL kept in the ordinary course of business?
2. Was it part of RRMC's regular course of business to create materials of the types produced by RRMC?
3. Are the versions of the materials produced by RRMCL exact duplicates of the original documents?
4. To the extent the answer to any of questions 1-3 is not "yes," follow-up questions to clarify why the answer is not "yes," whether RRMCL has access to an authentic copy of the materials as kept in the ordinary course of business, and whether another person or company has access to an authentic copy of the requested materials.