DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGo European Motorcars, LLC; Orange County British Motorcars, LLC; and Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**NOTICE OF ERRATA RE DKT. 106** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Topalsson's Request for Issuance of a Letter of Request filed on Tuesday, August 27, 2024, at Dkt. 106, inadvertently included a hearing date and time.

Topalsson respectfully requests that Court delete the request for a hearing on September 10, 2024, at 10:00 AM as a hearing is not necessary.

Date: August 27, 2024

Respectfully submitted,
By: /s/ *Lydia C. Raw*
ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
Carrie Bader (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)

**Attorneys for Plaintiff Topalsson GmbH**

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 27, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Lydia C. Raw