Nicole M. Smith (State Bar No. 189598)
Email: nmsmith@jonesday.com
John R. O'Donnell (State Bar No. 318054)
Email: jodonnell@jonesday.com
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

John Froemming (admitted pro hac vice)
Email: jfroemming@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20007
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars, LLC;<br>and Westlake Coach Company, LLC,<br><br>　　　　Defendants. | Case No. 2:23-CV-01823-WLH-PVCx<br><br>Honorable Wesley L. Hsu<br><br>**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER [DKT. 112] GRANTING PLAINTIFF'S MOTION TO MODIFY CASE SCHEDULE [DKT. 80]**<br><br>Date:　　　　November 1, 2024<br>Time:　　　　1:30 p.m.<br>Courtroom:　9B<br>Judge:　　　Hon. Wesley L. Hsu |

1  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support and all prior pleadings herein, Defendants' will and hereby does move this Court, before the Honorable Wesley L. Hsu at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, Los Angeles, California, if needed on November 1, 2024, or a date and time to be determined by the Court, for reconsideration pursuant to Civil Local Rule 7-18 regarding the Court's decision, in its September 19, 2024 Order (Dkt. 112) granting Plaintiff Topalsson's Motion to Modify Case Schedule (Dkt. 80).

Dated: October 1, 2024

Respectfully submitted,

JONES DAY

By:  */s/ John R. O'Donnell*
     John R. O'Donnell
     John Froemming
     Nicole Smith

Attorneys for the Defendants

- 2 -

Case No.  2:23-CV-01823-WLH-PVCx
NOTICE OF MOTION AND MOTION
FOR RECONSIDERATION