Nicole M. Smith (State Bar No. 189598)
Email: nmsmith@jonesday.com
John R. O'Donnell (State Bar No. 318054)
Email: jodonnell@jonesday.com
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

John Froemming (admitted pro hac vice)
Email: jfroemming@jonesday.com
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20007
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Topalsson GmbH,<br><br>            Plaintiff,<br><br>     v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGO European Motorcars, LLC;<br>Orange County British Motorcars, LLC;<br>and Westlake Coach Company, LLC,<br><br>            Defendants. | Case No. 2:23-CV-01823-WLH-PVCx<br><br>**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR RECONSIDERATION OF THE COURT'S ORDER [DKT. 112] GRANTING PLAINTIFF'S MOTION TO MODIFY CASE SCHEDULE [DKT. 80]**<br><br>Date:         November 1, 2024<br>Time:        1:30 p.m.<br>Courtroom: 9B<br>Judge:       Hon. Wesley L. Hsu |

Defendants respectfully request that the Court reconsider its Order re Plaintiff Topalsson's Motion to Modify Case Schedule ("Order," Dkt. 112) because it appears the Court did not consider Defendants' opposition. A motion for reconsideration of an Order on a motion may be made where there has been "a manifest showing of a failure to consider material facts presented to the Court before the Order was entered." L.R. 7-18(c). Plaintiff Topalsson filed a Motion to Modify Case Schedule on June 14, 2024 ("Motion," Dkt. 80). Defendants timely filed their Responsive Brief to the Motion on June 28, 2024 ("Opposition, Dkt. 89). Plaintiff timely filed its Reply in Support of its Motion on July 5, 2024 ("Reply," Dkt. 91).

In the Order, the Court stated, "Defense presented no opposition to the motion." Dkt. 112 at 2. Defendants believe the Court may have missed Defendants' Opposition and Plaintiff's Reply. Defendants therefore request that the Court reconsider the Order in view of the Opposition and the Reply.

Plaintiff believes that the Motion to Modify Case Schedule was correctly decided, but does not oppose Defendants' bringing this request for consideration to the Court's attention.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 24, 2024.

                                                    Respectfully submitted,

Dated: October 1, 2024             JONES DAY

                                                    By:   */s/ John R. O'Donnell*
                                                              John R. O'Donnell
                                                              John Froemming
                                                              Nicole Smith

                                                    Attorneys for the Defendants

Case No. 2:23-CV-01823-WLH-PVCx
MEMO OF POINTS AND AUTHORITIES
ISO MOTION FOR RECONSIDERATION

The undersigned, counsel of record for Defendants, certifies that this brief contains 209 words, which complies with the word limit of L.R. 11-6.1.

Dated: October 1, 2024          By:   */s/ John R. O'Donnell*
                                      John R. O'Donnell