DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Carrie Bader (*pro hac vice*)
Carrie.bader@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOPALSSON GmbH,<br><br>   v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**TOPALSSON'S OPPOSITION TO DEFENDANTS MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY CASE SCHEDULE [DKT. 80]**<br><br>Date:          November 1, 2024<br>Time:          1:30 p.m.<br>Courtroom:  9B<br>Judge:         Hon. Wesley L. Hsu |

Topalsson respectfully submits that the Court correctly decided Topalsson's Motion to Modify Case Schedule ("Motion" Dkt. 80) based on the applicable law and the facts of this case, for the reasons stated in Topalsson's motion and reply briefing (Dkt. 80, 91). Accordingly, Topalsson respectfully requests that this Court affirm its order (Dkt. 112) granting the Motion.

Date: October 11, 2024

Respectfully submitted,

By: /s/ *Lydia C. Raw*

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
Carrie Bader (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)

**Attorneys for Plaintiff Topalsson GmbH**

### L.R. 11-6.1 CERTIFICATION

The undersigned counsel hereby certifies that this brief contains 296 words, which complies with the word limit of L.R. 11-6.1

*/s/ Lydia C. Raw*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 11, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Lydia C. Raw*

2

Case. No. 2:23-CV-01823-WLH-PVCx
PLAINTIFF'S OPPOSITION TO DEFENDANTS
MOTION FOR RECONSIDERATION