UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>   v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC;<br>and<br>Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION [ECF NO. 113]** |

On June 14, 2024, Plaintiff filed a Motion to Modify Case Schedule (Dkt. 80). Defendants timely filed a Responsive Brief on June 28, 2024 (Dkt. 89). Plaintiff timely filed a Reply on July 5, 2024 (Dkt. 91).

On September 19, 2024 the Court granted Plaintiff's Motion to Modify Case Schedule (Dkt. 112). The Court mistakenly noted that "Defense presented no opposition to the motion." Dkt. 112 at 2.

On October 1, 2024 Defendants filed a Motion for Reconsideration (Dkt. 113).

The Court, having considered each of the above-listed motions and all briefing relating to the same hereby ORDERS that its order granting Topalsson's Motion to

-1-

Modify Case Schedule (Dkt. 112) is affirmed and that there is good cause for Topalsson's request to Modify the Case Schedule for the reasons previously provided.

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE