DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Carrie Bader (*pro hac vice*)
Carrie.bader@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

Nicole M. Smith (Bar No. 189598)
Email: nmsmith@jonesday.com
John O'Donnell (Bar No. 318054)
Email: jodonnell@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Tharan Gregory Lanier (Bar No. 138784)
Email: tglanier@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

*Attorneys for the Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**NOTICE OF MOTION AND JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>Date: January 24, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |

1    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support, the Parties will and hereby do move this Court, before the Honorable Wesley L. Hsu at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, Los Angeles, California, if needed, on January 24, 2025, or at a date and time to be determined by the Court for an amendment of the Scheduling Order as set forth below.

The Parties respectfully request that the Court modify the scheduling order to allow time for the ongoing English Court proceedings relating to Plaintiff Topalsson GmbH's ("Topalsson") Letter of Request to Rolls-Royce Motor Cars Limited ("RRMCL") to conclude and to allow the Defendant dealerships sufficient time to complete discovery thereafter.

The Parties seek this extension not for delay, but so that they can adequately prepare their cases for trial, and therefore the extension is in the interests of justice. The jointly proposed extension acknowledges the realities of how long it takes to obtain discovery through a request under the Hague Convention and further will provide sufficient time for the Parties to complete discovery once they have certainty regarding the scope of what source code was allegedly copied.

Specifically, the Parties have jointly agreed (now hereby propose) that after Topalsson reviews the source code produced by RRMCL pursuant to the Letter of Request, Topalsson will provide Infringement Contentions within 30 days. The Parties further jointly propose that the close of fact discovery be no less than five months after the Infringement Contentions are provided. The table below and the Proposed Order, provided concurrently with this motion, identify a proposed schedule consistent with this agreement and with the expected timeline of the English Letter of Request proceedings.

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Deadline | January 17, 2025 | September 17, 2025 |
| Initial Expert Disclosure | February 10, 2025 | October 15, 2025 |
| Rebuttal Expert Disclosure | March 13, 2025 | November 14, 2025 |
| Motions Deadline Including Moving Parties' Portion of Summary Judgment Motion Joint Brief | May 1, 2025 | January 16, 2026 |
| Oppositions to Motions, including Opposing Parties' Portion of for Summary Judgment Joint Brief | May 15, 2025 | January 30, 2026 |
| Joint Summary Judgment Brief Deadline | N/A | February 4, 2026 |
| Replies in Support of Motions | May 22, 2025 | February 13, 2026 |
| Hearing Date Cut-Off on Motions for Summary Judgement and *Daubert* Motions | June 13, 2025 | March 6, 2026 |
| Complete Settlement Conference | July 31, 2025 | April 24, 2026 |
| Parties Meet and Confer Regarding Final Pretrial Conference | N/A | April 24, 2026 |
| Parties Exchange Proposed General and Special Jury Instructions | July 31, 2025 | April 29, 2026 |
| Parties Exchange Objections to Jury Instructions | August 8, 2025 | May 6, 2026 |
| Trial Filings First Round | August 18, 2025 | May 6, 2026 |
| Parties Meet and Confer to Agree on One Set of Proposed Jury Instructions | August 13, 2025 | May 11, 2026 |

| Trial Filings Second Round | August 21, 2025 | May 13, 2026 |
|---|---|---|
| Pretrial Conference | September 5, 2025 at 3:00 p.m. | May 29, 2026 at 3:00 p.m. |
| Email Court Reporter with Unusual Phrases, Names, Words | September 15, 2025 | June 8, 2026 |
| Trial | September 22, 2025 at 9:00 a.m. | June 15, 2026 at 9:00 a.m. |

Dated: December 20, 2024

Respectfully submitted,

By: /s/ *Lydia C. Raw*

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
Carrie Bader (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)

***Attorneys for Plaintiff Topalsson GmbH***

Respectfully submitted,

By: /s/ *John R. O'Donnell*

JONES DAY
Nicole M. Smith (Bar No. 189598)
John O'Donnell (Bar No. 318054)
Tharan Gregory Lanier (Bar No. 138784)

***Attorneys for Defendants***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**L.R. 5-4.3.4 Certification**

The undersigned counsel hereby certifies that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

        */s/ Lydia C. Raw*
        Lydia C. Raw