DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Carrie Bader (*pro hac vice*)
Carrie.bader@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmBH*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**DECLARATION OF LYDIA C. RAW IN SUPPORT OF JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>Date: January 24, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |

I, Lydia C. Raw state as follows:

1. I am an associate with the law firm of Erise IP, LLP, and counsel of record for Plaintiff Topalsson GmbH in the above-captioned matter. I am an active member in good standing of the bar of the State of Kansas and have been admitted *pro hac vice* in the above-referenced case. I have personal knowledge of the matters set forth herein unless otherwise stated, and, if called upon to testify, I could and would competently testify thereto.

2. I submit this declaration in support of the Joint Motion to Modify the Case Schedule.

3. The Parties jointly request that the Court modify the scheduling order to allow time for the ongoing English Court proceedings relating to Plaintiff Topalsson GmbH's ("Topalsson") Letter of Request to Rolls-Royce Motor Cars Limited ("RRMCL") to conclude and to allow the Defendant dealerships sufficient time to complete discovery thereafter.

4. This extension is sought not for delay, but so that the Parties can adequately prepare their cases for trial. The jointly proposed extension acknowledges the realities of how long it takes to obtain discovery through a request under the Hague Convention and further will provide sufficient time for the Parties to complete discovery once they have certainty regarding the scope of what source code was allegedly copied.

5. This is the second extension of deadlines sought in this case. On June 10, 2024, Topalsson asked the Court to issue a Letter of Request to RRMCL. (Dkt. 76.) That request was granted on August 20, 2024 and the Letter of Request was issued on September 4, 2024. (Dkts. 103, 109.) Relatedly, on July 14, Topalsson asked the Court to extend the deadlines to allow time it to obtain the source code and other documents sought by the Letter of Request from RRMCL under the procedures of the Hague Convention. (Dkt. 80.) At that time, I was

informed by Topalsson's UK counsel that the timing could vary widely, but that their best estimate was around six months. Accordingly, Topalsson sought a six-month extension of time to the scheduling order, expecting that the Letter of Request might issue in July or shortly thereafter. That extension was granted on September 19, 2024, setting January 17, 2025 as the new date for the close of fact discovery. (Dkt. 112.)

6. Topalsson's English counsel was instructed to proceed diligently with executing the Letter of Request through the appropriate authorities within England and Wales. The steps that were taken are laid out in the accompanying declaration of Topalsson's English Counsel, attached hereto as **Exhibit A**. Ultimately, Topalsson's English Counsel filed a detailed application to give effect to the Letter of Request, which consisted of an Application Notice, a Draft Order, a detailed Witness Statement summarizing the US proceedings and US Letter of Request proceedings, a detailed Draft Order, and an Exhibit comprising over 1,200 pages. Topalsson also applied for confidentiality restrictions to apply to the court file, the examination and the examination transcript given the nature of the materials.

7. The English Court granted Topalsson's application without amendment on December 12, 2024, and RRMCL has until next Monday, December 23, 2024 to file its motion to modify or amend the request. After that, there is every expectation that the matter will resolve promptly in early 2025.

8. The proposed extension is supported by good cause. The English proceedings to give effect to the Letter of Request will not conclude before the current close of fact discovery on January 17, 2025. The Letter of Request seeks, among other things, the source code that is alleged to infringe Topalsson's copyrights. Whether or not the source code underlying the Rolls-Royce configurator software used at Defendants Dealerships infringes Topalsson's copyrighted source code is a central question of this case. Without access to that

source code, there is no way for the Court or the jury to make a decision on the merits resolving this fundamental dispute.

9. The proposed extension further allows time for discovery to conclude in a timely manner once the source code at issue in the case is reviewed by Topalsson's expert. Topalsson has agreed to provide Infringement Contentions that identify with specificity those portions of Topalsson's source code that are protectable and infringed, and it has agreed to do so 30 days after its expert(s) have a chance to review the accused code. This request is supported by good cause because the Parties could not have served targeted discovery based on the specific portion(s) of Topalsson's source code that have been allegedly copied without permission until Topalsson is able to review the accused source code and provide Infringement Contentions.

10. This request is also timely. The close of fact discovery is currently January 17, 2025. (Dkt. 112.) Topalsson reached out to Defendants on December 6 to discuss scheduling. The Parties first conferred on Thursday, December 12, the same day that the English Court granted Topalsson's application to give effect to the Letter of Request. No deadlines have yet been missed, and this request is not made for the purpose of delay, but rather so that the Parties can develop their respective claims and defenses for trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 20th day of December, 2024, in Overland Park, Kansas.

/s/ Lydia C. Raw
Lydia C. Raw