# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGo European Motorcars, LLC; Orange County British Motorcars, LLC; and Westlake Coach Company, LLC. | Case No.  2:23-cv-1823-WLH-PVC<br><br>**ORDER RE JOINT MOTION TO MODIFY CASE SCHEDULE [118]** |

Having considered the Joint Motion to Modify the Case Schedule, the Court finds good cause and GRANTS the Motion. It is therefore ORDERED that the Scheduling Order is modified as set forth below:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Deadline | January 17, 2025 | September 17, 2025 |
| Initial Expert Disclosure | February 10, 2025 | October 15, 2025 |
| Rebuttal Expert Disclosure | March 13, 2025 | November 14, 2025 |
| Motions Deadline Including Moving Parties' Portion of Summary Judgment Motion Joint Brief | May 1, 2025 | January 16, 2026 |
| Oppositions to Motions, including Opposing Parties' Portion of for Summary Judgment Joint Brief | May 15, 2025 | January 30, 2026 |
| Joint Summary Judgment Brief Deadline | N/A | February 4, 2026 |
| Replies in Support of Motions | May 22, 2025 | February 13, 2026 |
| Hearing Date Cut-Off on Motions for Summary Judgement and *Daubert* Motions | June 13, 2025 | March 6, 2026 |
| Complete Settlement Conference | July 31, 2025 | April 24, 2026 |
| Parties Meet and Confer Regarding Final Pretrial Conference | N/A | April 24, 2026 |
| Parties Exchange Proposed General and Special Jury Instructions | July 31, 2025 | April 29, 2026 |

| Parties Exchange Objections to Jury Instructions | August 8, 2025 | May 6, 2026 |
|---|---|---|
| Trial Filings First Round | August 18, 2025 | May 6, 2026 |
| Parties Meet and Confer to Agree on One Set of Proposed Jury Instructions | August 13, 2025 | May 11, 2026 |
| Trial Filings Second Round | August 21, 2025 | May 13, 2026 |
| Pretrial Conference | September 5, 2025 at 3:00 p.m. | May 29, 2026 at 3:00 p.m. |
| Email Court Reporter with Unusual Phrases, Names, Words | September 15, 2025 | June 8, 2026 |
| Trial | September 22, 2025 at 9:00 a.m. | June 15, 2026 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: 12/27/2024

Honorable Judge Wesley Hsu
United States District Judge

2