| | |
|---|---|
| DAVIDSON LAW GROUP<br>Ben M. Davidson (Bar No. 181464)<br>ben@dlgla.com<br>4500 Park Granada Boulevard,<br>Suite 202<br>Calabasas, CA 91302<br>Telephone: (310) 473-2300<br><br>ERISE IP, P.A.<br>Eric A. Buresh (*pro hac vice*)<br>eric.buresh@eriseip.com<br>Carrie Bader (*pro hac vice*)<br>Carrie.bader@eriseip.com<br>Lydia C. Raw (*pro hac vice*)<br>Lydia.raw@eriseip.com<br>7015 College Blvd., Suite 700<br>Overland Park, KS 66211<br><br>*Attorneys for Plaintiff Topalsson GmBH* | Nicole M. Smith (Bar No. 189598)<br>Email: nmsmith@jonesday.com<br>John O'Donnell (Bar No. 318054)<br>Email:  jodonnell@jonesday.com<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br><br>Tharan Gregory Lanier (Bar No. 138784)<br>Email: tglanier@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone: (650) 739-3939<br>Facsimile: (650) 739-3900<br><br>*Attorneys for the Defendants* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC. | Case No.  2:23-cv-1823-WLH-PVC<br><br>**NOTICE OF MOTION AND JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>Date: September 12, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |

i   Case. No. 2:23-CV-01823-WLH-PVC
JOINT MOTION
TO MODIFY CASE SCHEDULE

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support, the Parties will and hereby do move this Court, before the Honorable Wesley L. Hsu at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, Los Angeles, California, if needed, on September 12, 2025, or at a date and time to be determined by the Court for an amendment of the Scheduling Order as set forth below.

On December 27, 2024, the Court granted the parties' joint motion to modify the case schedule to allow Plaintiff Topalsson GmbH ("Topalsson") time to obtain evidence, including source code, from Rolls Royce Motor Cars Limited ("RRMCL") through a Letter of Request, and to allow the Defendant dealerships sufficient time to complete discovery thereafter.

Master Cook of the English Court ("UK Court") heard argument on Topalsson's Letter of Request at a hearing on June 9, 2025. On July 1, 2025, the UK Court ordered RRMCL to comply with Requests 1 to 3, including producing source code identified in Request 1 to 3 in Topalsson's Letter of Request, subject to certain conditions. On August 27, 2025, RRMCL timely filed a Permission to Appeal (PTA) application, seeking a variation of the order made on 1 July 2025, the effect of which, if granted, would be to set aside in its entirety the obligation of RRMCL to produce evidence pursuant to the Letter of Request. RRMCL will not be required to produce source code until its PTA application has been resolved. Therefore, it is unclear when RRMCL's source code will be made available for Topalsson's expert to review.

Accordingly, the Parties respectfully request that the Court modify the scheduling order to allow time for the ongoing English Court proceedings relating to Topalsson's Letter of Request to RRMCL to conclude and to allow the Defendant dealerships sufficient time to complete discovery thereafter.

The Parties seek this extension not for delay, but so that they can adequately prepare their cases for trial, and therefore the extension is in the interests of justice. The jointly proposed extension acknowledges the realities of how long it takes to

1     Case. No. 2:23-CV-01823-WLH-PVC
JOINT MOTION
TO MODIFY CASE SCHEDULE

obtain discovery through a request under the Hague Convention and further will provide sufficient time for the Parties to complete discovery once they have certainty regarding the scope of what source code was allegedly copied.

Because it is uncertain when RRMCL's source code will be made available to Topalsson's expert for review, the Parties have jointly agreed (and now hereby propose) that the remaining deadlines in this case be set based on when RRMCL makes source code available to be reviewed by Topalsson's expert. The Parties agree that after Topalsson reviews the source code produced by RRMCL pursuant to the Letter of Request, Topalsson will provide Infringement Contentions within 30 days. The Parties further jointly propose that the close of fact discovery be no less than six months after the source code is produced. The table below and the Proposed Order, provided concurrently with this motion, identify a proposed schedule consistent with this agreement.

Further, the Parties will submit a joint notice to the Court no later than 5 business days after Rolls-Royce makes source code available, which joint notice will include an updated list of calendar dates for each case deadline (including proposed dates pre-trial and trial) based on the date that source code was made available.

| Event | Current Date | New Date |
|---|---|---|
| Rolls-Royce makes Source Code available for Topalsson's Expert to Review ("Source Code Disclosure") | | |
| Fact Discovery Deadline | September 17, 2025 | Six months after Source Code Disclosure |
| Initial Expert Disclosure | October 15, 2025 | Four weeks after Fact Discovery Deadline |
| Rebuttal Expert Disclosure | November 14, 2025 | Eight weeks after Fact Discovery Deadline |

| Expert Discovery Deadline | N/A | Fourteen weeks after Fact Discovery Deadline |
|---|---|---|
| Motions Deadline Including Moving Parties' Portion of Summary Judgment Motion Joint Brief | January 16, 2026 | Fourteen weeks after Fact Discovery Deadline |
| Oppositions to Motions, including Opposing Parties' Portion of Summary Judgment Joint Motion Brief | January 30, 2026 | Seventeen weeks after Fact Discovery Deadline |
| Joint Summary Judgment Brief Deadline | February 4, 2026 | Eighteen weeks after Fact Discovery Deadline |
| Replies in Support of Motions | February 13, 2026 | Twenty weeks after Fact Discovery Deadline |
| Hearing Date Cut-Off on Motions for Summary Judgement and *Daubert* Motions | March 6, 2026 | Twenty-four weeks after Fact Discovery Deadline |
| Complete Settlement Conference | April 24, 2026 | Twenty-seven weeks after Fact Discovery Deadline |
| Parties Meet and Confer Regarding Final Pretrial Conference | April 24, 2026 | Forty days before Pretrial Conference (L.R. 16-2). |
| Parties Exchange Proposed General and Special Jury Instructions | April 29, 2026 | Thirty-five days before Pretrial Conference (Dkt. 69). |
| Parties Exchange Objections to Jury Instructions | May 6, 2026 | Twenty-eight days before Pretrial Conference (Dkt. 69). |
| Trial Filings First Round | May 6, 2026 | Twenty-eight days before Pretrial Conference (Dkt. 69). |
| Parties Meet and Confer to Agree on One Set of Proposed Jury Instructions | May 11, 2026 | Twenty-one days before Pretrial Conference (Dkt. 69). |

| Trial Filings Second Round | May 13, 2026 | Fourteen days before Pretrial Conference (Dkt. 69). |
|---|---|---|
| Pretrial Conference | May 29, 2026 at 3:00 p.m. | (Friday at 3:00 p.m., at least 18 days before trial) |
| Email Court Reporter with Unusual Phrases, Names, Words | June 8, 2026 | Seven days before trial |
| Trial | June 15, 2026 at 9:00 a.m. | Thirty-five weeks after Fact Discovery Deadline (Tuesday at 9:00 a.m.) (Dkt. 69 at 15). |

Dated: August 29, 2025

Respectfully submitted,

By: /s/ *Lydia C. Raw*

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
Carrie Bader (*pro hac vice*)
Lydia C. Raw (*pro hac vice*)

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
***Attorneys for Plaintiff Topalsson GmbH***

Respectfully submitted,

By: /s/ *Tharan Gregory Lanier*

JONES DAY
Nicole M. Smith (Bar No. 189598)
John O'Donnell (Bar No. 318054)
Tharan Gregory Lanier (Bar No. 138784)
***Attorneys for Defendants***

**L.R. 5-4.3.4 Certification**

 The undersigned counsel hereby certifies that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

              */s/ Lydia C. Raw*
              Lydia C. Raw