1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH, | |
| v. | Case No. 2:23-cv-1823-WLH-PVC |
| O'Gara Coach Company, LLC; Rusnak/Pasadena Corporation; indiGo European Motorcars, LLC; Orange County British Motorcars, LLC; and Westlake Coach Company, LLC. | **[PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY CASE SCHEDULE**<br><br>Date: September 12, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |

Having considered the Joint Motion to Modify the Case Schedule, the Court finds good cause and GRANTS the Motion. It is therefore ORDERED that the Scheduling Order is modified as set forth below.

Further, the Court ORDERS the Parties to provide a joint status update no later than 5 business days after Rolls-Royce makes source code available, which joint notice will include an updated list of calendar dates for each case deadline (including proposed dates for pre-trial and trial) based on the date that source code was made available.

| Event | Current Date | New Date |
|---|---|---|
| Rolls-Royce makes Source Code available for Topalsson's Expert to Review ("Source Code Disclosure") | | |
| Fact Discovery Deadline | September 17, 2025 | Six months after Source Code Disclosure |
| Initial Expert Disclosure | October 15, 2025 | Four weeks after Fact Discovery Deadline |
| Rebuttal Expert Disclosure | November 14, 2025 | Eight weeks after Fact Discovery Deadline |
| Expert Discovery Deadline | N/A | Fourteen weeks after Fact Discovery Deadline |
| Motions Deadline Including Moving Parties' Portion of Summary Judgment Motion Joint Brief | January 16, 2026 | Fourteen weeks after Fact Discovery Deadline |
| Oppositions to Motions, including Opposing Parties' Portion of Summary Judgment Joint Motion Brief | January 30, 2026 | Seventeen weeks after Fact Discovery Deadline |
| Joint Summary Judgment Brief Deadline | February 4, 2026 | Eighteen weeks after Fact Discovery Deadline |

2

Case. No. 2:23-CV-01823-WLH-PVC
[PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULE

| Replies in Support of Motions | February 13, 2026 | Twenty weeks after Fact Discovery Deadline |
|---|---|---|
| Hearing Date Cut-Off on Motions for Summary Judgement and *Daubert* Motions | March 6, 2026 | Twenty-four weeks after Fact Discovery Deadline |
| Complete Settlement Conference | April 24, 2026 | Twenty-seven weeks after Fact Discovery Deadline |
| Parties Meet and Confer Regarding Final Pretrial Conference | April 24, 2026 | Forty days before Pretrial Conference (L.R. 16-2). |
| Parties Exchange Proposed General and Special Jury Instructions | April 29, 2026 | Thirty-five days before Pretrial Conference (Dkt. 69). |
| Parties Exchange Objections to Jury Instructions | May 6, 2026 | Twenty-eight days before Pretrial Conference (Dkt. 69). |
| Trial Filings First Round | May 6, 2026 | Twenty-eight days before Pretrial Conference (Dkt. 69). |
| Parties Meet and Confer to Agree on One Set of Proposed Jury Instructions | May 11, 2026 | Twenty-one days before Pretrial Conference (Dkt. 69). |
| Trial Filings Second Round | May 13, 2026 | Fourteen days before Pretrial Conference (Dkt. 69). |
| Pretrial Conference | May 29, 2026 at 3:00 p.m. | (Friday at 3:00 p.m., at least 18 days before trial) |
| Email Court Reporter with Unusual Phrases, Names, Words | June 8, 2026 | Seven days before trial |
| Trial | June 15, 2026 at 9:00 a.m. | Thirty-five weeks after Fact Discovery Deadline (Tuesday at 9:00 a.m.) (Dkt. 69 at 15). |

3

Case. No. 2:23-CV-01823-WLH-PVC
[PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULE

1
2  **IT IS SO ORDERED.**
3
4  Dated:_____     _____
5  Honorable Judge Wesley Hsu
   United States District Judge
6
7
...
28

4

Case. No. 2:23-CV-01823-WLH-PVC
[PROPOSED] ORDER GRANTING
MOTION TO MODIFY SCHEDULE