|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>    v.<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation;<br>indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and Westlake Coach Company, LLC. | Case No.  2:23-cv-1823-WLH-PVC<br><br>**ORDER RE JOINT MOTION TO MODIFY CASE SCHEDULE** **[120]** |

Having considered the Joint Motion to Modify the Case Schedule, the Court finds good cause and **GRANTS** the Motion. It is therefore **ORDERED** that the Scheduling Order is modified as set forth below.

Further, the Court **ORDERS** the Parties to provide a joint status update no later than 5 business days after Rolls-Royce makes source code available, which joint notice will include an updated list of calendar dates for each case deadline (including proposed dates for pre-trial and trial) based on the date that source code was made available.

| Event | Current Date | New Date |
|---|---|---|
| Rolls-Royce makes Source Code available for Topalsson's Expert to Review ("Source Code Disclosure") | | |
| Fact Discovery Deadline | September 17, 2025 | Six months after Source Code Disclosure |
| Initial Expert Disclosure | October 15, 2025 | Four weeks after Fact Discovery Deadline |
| Rebuttal Expert Disclosure | November 14, 2025 | Eight weeks after Fact Discovery Deadline |
| Expert Discovery Deadline | N/A | Fourteen weeks after Fact Discovery Deadline |
| Motions Deadline Including Moving Parties' Portion of Summary Judgment Motion Joint Brief | January 16, 2026 | Fourteen weeks after Fact Discovery Deadline |
| Oppositions to Motions, including Opposing Parties' Portion of Summary Judgment Joint Motion Brief | January 30, 2026 | Seventeen weeks after Fact Discovery Deadline |
| Joint Summary Judgment Brief Deadline | February 4, 2026 | Eighteen weeks after Fact Discovery Deadline |
| Replies in Support of Motions | February 13, 2026 | Twenty weeks after Fact Discovery Deadline |
| Hearing Date Cut-Off on Motions for Summary Judgement and *Daubert* Motions | March 6, 2026 | Twenty-four weeks after Fact Discovery Deadline |
| Complete Settlement Conference | April 24, 2026 | Twenty-seven weeks after Fact Discovery Deadline |
| Parties Meet and Confer Regarding Final Pretrial Conference | April 24, 2026 | Forty days before Pretrial Conference (L.R. 16-2). |

| Parties Exchange Proposed General and Special Jury Instructions | April 29, 2026 | Thirty-five days before Pretrial Conference (Dkt. 69). |
|---|---|---|
| Parties Exchange Objections to Jury Instructions | May 6, 2026 | Twenty-eight days before Pretrial Conference (Dkt. 69). |
| Trial Filings First Round | May 6, 2026 | Twenty-eight days before Pretrial Conference (Dkt. 69). |
| Parties Meet and Confer to Agree on One Set of Proposed Jury Instructions | May 11, 2026 | Twenty-one days before Pretrial Conference (Dkt. 69). |
| Trial Filings Second Round | May 13, 2026 | Fourteen days before Pretrial Conference (Dkt. 69). |
| Pretrial Conference | May 29, 2026 at 3:00 p.m. | (Friday at 3:00 p.m., at least 18 days before trial) |
| Email Court Reporter with Unusual Phrases, Names, Words | June 8, 2026 | Seven days before trial |
| Trial | June 15, 2026 at 9:00 a.m. | Thirty-five weeks after Fact Discovery Deadline (Tuesday at 9:00 a.m.) (Dkt. 69 at 15). |

**IT IS SO ORDERED.**

Dated: 9/5/2025

_____
HON. JUDGE WESLEY HSU
UNITED STATES DISTRICT JUDGE

3