DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard,
Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (*pro hac vice*)
eric.buresh@eriseip.com
Carrie Bader (*pro hac vice*)
Carrie.bader@eriseip.com
Lydia C. Raw (*pro hac vice*)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmbH*

Erik R. Puknys, Bar No. 190926
erik.puknys@finnegan.com
FINNEGAN, HENDERSON,
FARABOW, GARRETT
& DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

*Attorney for the Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPALSSON GmbH,<br><br>　　　Plaintiff,<br><br>　　　v,<br><br>O'Gara Coach Company, LLC;<br>Rusnak/Pasadena Corporation; indiGo European Motorcars, LLC;<br>Orange County British Motorcars, LLC; and<br>Westlake Coach Company, LLC,<br><br>　　　Defendants. | Case No. 2:23-cv-1823-WLH-PVC<br><br>**JOINT STATUS REPORT**<br><br>JUDGE: Hon. Wesley L. Hsu<br>Action filed: March 10, 2023 |

Pursuant to the Court's May 27, 2026 Order (Dkt. 125), Plaintiff Topalsson GmbH ("Topalsson") and Defendants O'Gara Coach Company, LLC, Rusnak/Pasadena Corporation, indiGo European Motorcars, LLC, Orange County British Motorcars, LLC, and Westlake Coach Company, LLC (collectively, "Defendants") hereby provide the following Joint Status Report.  As further detailed below, the Parties have been waiting, and continue to wait, for the United Kingdom judicial authority to resolve Topalsson's Request for Judicial Assistance to obtain discovery in the United Kingdom, which occasioned the suspension of deadlines in this proceeding in September 2025. (Dkt. 121.)  Because that United Kingdom proceeding remains pending, the Parties respectfully submit that continued suspension of deadlines in this case is appropriate.

On September 4, 2024, this Court granted Topalsson's Letter of Request for Judicial Assistance ("Hague Request") to obtain discovery from Rolls Royce Motor Cars Limited in the United Kingdom.  (Dkt. 109.)  On December 27, 2024, the Court granted the parties' joint motion to modify the case schedule to allow Topalsson time to obtain such evidence, including source code, from Rolls Royce in the United Kingdom through a Letter of Request, and to allow the Defendants sufficient time to complete discovery thereafter. (Dkt. 119.)

On December 11, 2024, the English Court ("UK Court") granted Topalsson's Hague Request.  On January 7, 2025, Rolls Royce filed an application for an order setting aside or, alternatively, varying the UK Court's order.  Senior Master Cook of

1

the UK Court heard argument on Topalsson's Letter of Request at a hearing on June 9, 2025.  On July 1, 2025, the UK Court ordered Rolls Royce to comply with Requests 1 to 3, including producing source code identified in Requests 1 to 3 in Topalsson's Letter of Request, subject to certain conditions.

On August 27, 2025, Rolls Royce timely filed a Permission to Appeal (PTA) application, seeking a variation of the UK Court's July 1, 2025 Order, the effect of which, if granted, would be to set aside in its entirety Rolls Royce's obligation to produce evidence pursuant to the Letter of Request. Rolls Royce will not be required to produce source code until its PTA application has been resolved.

On August 29, 2025, because it was unclear when the UK Court would resolve Rolls Royce's PTA application—and thus when its source code would be made available for Topalsson's expert to review—the Parties filed a joint motion with this Court to modify the schedule in the instant case.  (Dkt. 120.)  On September 5, 2025, this Court granted the joint motion to modify the case schedule, ordering the Parties to provide a joint status update no later than 5 business days after Rolls Royce makes source code available, including an updated list of calendar dates for each case deadline (including proposed dates for pre-trial and trial) based on the date when source code was made available.  (Dkt. 121.)

From August 27, 2025 to March 17, 2026, the Parties waited for the UK Court to respond to Rolls Royce's request for permission to appeal.  On March 17, 2026, the UK

2

JOINT STATUS REPORT
Case No.2:23-cv-1823-WLH-PVC

Court granted Rolls Royce's request and invited the parties' input regarding scheduling of the appeal hearing. On June 4, 2026, the UK Court set the date for the appeal hearing, scheduling it to take place on November 24–25, 2026.

Because it remains unclear when the UK Court will resolve Rolls Royce's PTA application—and thus when Rolls Royce's source code will be made available for Topalsson's expert to review—the Parties respectfully request that this Court maintain the schedule set forth in the Court's September 5, 2025 Order (Dkt. 121).  This will allow time for the ongoing UK Court proceedings relating to Topalsson's Letter of Request to Rolls Royce to conclude and for the Defendants to complete discovery thereafter.  Specifically, the Parties respectfully ask that the remaining deadlines in this case be set after, and based on the date when, Rolls Royce makes source code available to be reviewed by Topalsson's expert (*i.e.*, after the UK Court resolves its PTA application), consistent with the schedule set forth in the Court's September 5, 2025 Order (Dkt. 121).

Dated:  June 5, 2026

By: */s/ Erik R. Puknys*

Erik R. Puknys, Bar No. 190926
erik.puknys@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Stanford Research Park
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304-1203
Telephone:  (650) 849-6600
Facsimile:      (650) 849-6666

*Attorney for the Defendants*

Dated:  June 5, 2026

By: */s/ Lydia C. Raw*

DAVIDSON LAW GROUP
Ben M. Davidson (Bar No. 181464)
ben@dlgla.com
4500 Park Granada Boulevard, Suite 202
Calabasas, CA 91302
Telephone: (310) 473-2300

ERISE IP, P.A.
Eric A. Buresh (pro hac vice)
eric.buresh@eriseip.com
Carrie Bader (pro hac vice)
Carrie.bader@eriseip.com
Lydia C. Raw (pro hac vice)
Lydia.raw@eriseip.com
7015 College Blvd., Suite 700
Overland Park, KS 66211

*Attorneys for Plaintiff Topalsson GmbH*

4

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Erik R. Puknys

5